# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
## _____ DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

**FEB 1 2 2025**

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Donetta Barner

(Print your full name)

Plaintiff *pro se*,

v.

Wells Fargo

_____

_____

(Print full name of each defendant; an
employer is usually the defendant)

Defendant(s).

CIVIL ACTION FILE NO.

**1:25-CV- 0706**

(to be assigned by Clerk)

## *PRO SE* EMPLOYMENT DISCRIMINATION COMPLAINT FORM

### Claims and Jurisdiction

1.    This employment discrimination lawsuit is brought under (check only those
that apply):

_____    Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e <u>et
seq.</u>, for employment discrimination on the basis of race, color,
religion, sex, or national origin, or retaliation for exercising rights
under this statute.

**NOTE**: To sue under Title VII, you generally must have
received a notice of right-to-sue letter from the Equal
Employment Opportunity Commission ("EEOC").

Page 1 of 9

_____ Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 et seq., for employment discrimination against persons age 40 and over, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Age Discrimination in Employment Act, you generally must first file a charge of discrimination with the EEOC.

_X_ Americans With Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq., for employment discrimination on the basis of disability, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Americans With Disabilities Act, you generally must have received a notice of right-to-sue letter from the EEOC.

_____ Other (describe) _____

_____

_____

_____

_____

_____

2.    This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

## **Parties**

3.   Plaintiff.   Print your full name and mailing address below:

Name     Doretta Barner

Address   9606 Woodgreen Way
          Jonesboro GA 30238

4.   Defendant(s).   Print below the name and address of each defendant listed on page 1 of this form:

Name     Wells Fargo
Address  3579 Atlanta Ave
         HApeville GA 30354

Name     _____
Address  _____
         _____

Name     _____
Address  _____
         _____

## **Location and Time**

5.   If the alleged discriminatory conduct occurred at a location different from the address provided for defendant(s), state where that discrimination occurred:

I was on Short-Term Disability (STD) at home

Page 3 of 9

6.  When did the alleged discrimination occur? (State date or time period)

_November 9 2023 @ 5:57 pm_
_November 17 2023 @ 10:00 pm_
_(Manager) Shenese Williams contacted me at home_
_Stating I must return to work, but I was_
_steal under doctors care._

## Administrative Procedures

7.  Did you file a charge of discrimination against defendant(s) with the EEOC or any other federal agency?    ✓ Yes    _____ No

    If you checked "Yes," attach a copy of the charge to this complaint.

8.  Have you received a Notice of Right-to-Sue letter from the EEOC?

    ✓ Yes    _____ No

    If you checked "Yes," attach a copy of that letter to this complaint and state the date on which you received that letter: _1-21-2025_
    DB

9.  If you are suing for **age discrimination**, check one of the following:

    _____    60 days or more have elapsed since I filed my charge of age discrimination with the EEOC

    _____    Less than 60 days have passed since I filed my charge of age discrimination with the EEOC

10. If you were employed by an agency of the State of Georgia or unsuccessfully sought employment with a State agency, did you file a complaint against defendant(s) with the Georgia Commission on Equal Opportunity?

_____ Yes        _X_ No        _____ Not applicable, because I was not an employee of, or applicant with, a State agency.

If you checked "Yes," attach a copy of the complaint you filed with the Georgia Commission on Equal Opportunity and describe below what happened with it (i.e., the complaint was dismissed, there was a hearing before a special master, or there was an appeal to Superior Court):

_N/A_____

_____

_____

_____

11. If you were employed by a Federal agency or unsuccessfully sought employment with a Federal agency, did you complete the administrative process established by that agency for persons alleging denial of equal employment opportunity?

_____ Yes        _X_ No        _____ Not applicable, because I was not an employee of, or applicant with, a Federal agency.

If you checked "Yes," describe below what happened in that administrative process:

_N/A_____

_____

_____

_____

Page 5 of 9

## Nature of the Case

12. The conduct complained about in this lawsuit involves (check only those that apply):

    _____ failure to hire me
    _____ failure to promote me
    _____ demotion
    _____ reduction in my wages
    _X_ working under terms and conditions of employment that differed from similarly situated employees
    _X_ harassment
    _____ retaliation
    _X_ termination of my employment
    _X_ failure to accommodate my disability
    _____ other (please specify) _____

    _____

13. I believe that I was discriminated against because of (check only those that apply):

    _X_ my race or color, which is _Black_____
    _____ my religion, which is _____
    _____ my sex (gender), which is _____ male _____ female
    _____ my national origin, which is _____
    _____ my age (my date of birth is _____ )
    _X_ my disability or perceived disability, which is:

    _____

    _X_ my opposition to a practice of my employer that I believe violated the federal anti-discrimination laws or my participation in an EEOC investigation

    _____ other (please specify) _____

    _____

14.  Write below, as clearly as possible, the essential facts of your claim(s).
Describe specifically the conduct that you believe was discriminatory or
retaliatory and how each defendant was involved. Include any facts which
show that the actions you are complaining about were discriminatory or
retaliatory. Take time to organize your statements; you may use numbered
paragraphs if you find that helpful. Do not make legal arguments or cite cases
or statutes.

I was hired on June 23 1997 to 11-17-2023, Working at
Wells Fargo home starting to become a toxic environment for me.
totaling of 26½ years.
    On September 8, 2023, a Friday, Claudette Burns
(Work Flow) approach me about a customer work that
which she could have taken care of herself, I Knew
then I was been sit up to be Fired, how I reacted
to her, she was not satisfied. So then, she went to
get (manager) Tiffany Williams, So, we all, three of
us, went into the conference room, without hearing my
point of view, Tiffany William stated that I need
to go back into training classes. I always out -
perform well in every area but only receive One percent
to two percent increase on salaries. I have been
working in the mailroom for several years. When
Manage Tiffany Williams told "about extra Training,
I was devastate, Claudette Burn(workFlow) Laugh "
meeting ended.
    IN the meantime, On September 8, 2023, I made a

(Attach no more than five additional sheets if necessary; type or write legibly only on
one side of a page.)

appointment with Kaiser Permanente in Fayetteville GA, and my blood pressure were extremely high.

On 9-11-2023, I was forced to go to Riverwoods Behavioral Health center for one week with no contact to the outside world with monitor on my ankle. I was release on Friday 9/15/2023.

When I was release, I contacted (manger) Tamereka Toussaint and told her what happen and she said because of the "HIPAA" Health Insurance Portability and Accountability Act, I told her to much.

So now (STD) Short-term Disability Started on 9/25/2023.

While on (STD) the harassment started from (manger) Shenese Williams, calling me and texting to come back to work. I have two termination dates: November 6 2023, November 17, 2023.

The change-of-command are:
    Richard Robinsons
    Tam-eeka Toussaint
    Shenese Williams

In the past I had several incidents
with coworker Denise Washington
reported me to HR at WellsFargo
stating "I was following her around
in my car and this allegation was
found to be false.

Daily, I was yelled by (workflow) Ms.
Eleanor Nolden as a child, while,
mangerment stand-by and watch.

Their should have been alot more
Exhibit on Wells Fargo behalf on me
contacting Human Resource, of me,
complaining about the hostile environment.

So one stated that I wanting to kill someone
which is not true. My character is
ruin.





15.  Plaintiff _____ still works for defendant(s)

     __X__ no longer works for defendant(s) or was not hired

16.  If this is a disability-related claim, did defendant(s) deny a request for reasonable accommodation?   __X__ Yes   _____ No

     If you checked "Yes," please explain: _____

     _____

     _____

     _____

     _____

17.  If your case goes to trial, it will be heard by a judge <u>unless</u> you elect a jury trial.  Do you request a jury trial?   __X__ Yes   _____ No

## **Request for Relief**

As relief from the allegations of discrimination and/or retaliation stated above, plaintiff prays that the Court grant the following relief (check any that apply):

__X__   Defendant(s) be directed to _Doretta Barner_

__X__   Money damages (list amounts) _____

__X__   Costs and fees involved in litigating this case

__X__   Such other relief as my be appropriate

Page 8 of 9

## <u>PLEASE READ BEFORE SIGNING THIS COMPLAINT</u>

Before you sign this Complaint and file it with the Clerk, please review Rule 11 of the Federal Rules of Civil Procedure for a full description of your obligation of good faith in filing this Complaint and any motion or pleading in this Court, as well as the sanctions that may be imposed by the Court when a litigant (whether plaintiff or defendant) violates the provisions of Rule 11. These sanctions may include an order directing you to pay part or all of the reasonable attorney's fees and other expenses incurred by the defendant(s). Finally, if the defendant(s) is the prevailing party in this lawsuit, costs (other than attorney's fees) may be imposed upon you under Federal Rule of Civil Procedure 54(d)(1).

Signed, this _____ day of _____, 20_____

_____

(Signature of plaintiff *pro se*)

_____

(Printed name of plaintiff *pro se*)

_____

(street address)

_____

(City, State, and zip code)

_____

(email address)

_____

(telephone number)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Mobile Local Office**
63 South Royal Street, Suite 504
Mobile, AL 36602
(251) 304-7920
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 01/21/2025

**To:** Doretta Barner
9106 Wood green Way , Jonesboro, GA 30238
Charge No: 410-2024-13478

EEOC Representative and email:     ERIKA LACOUR
MLO Director
erika.lacour@eeoc.gov

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 410-2024-13478.

On behalf of the Commission,

Digitally Signed By: Erika La'Cour
01/21/2025
Erika La'Cour
Local Office Director

**cc:**
Kau Guannu
Wells Fargo
90 South 7th Street
17th FloorMinneapolis, MN 55402


Please retain this notice for your records.

### INFORMATION RELATED TO FILING SUIT
### UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

#### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

#### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

#### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 410-2024-13478 to the

Enclosure with EEOC Notice of Closure and Rights (01/22)

District Director, Bradley A. Anderson, at 1130 22nd Street South Suite 2000, Birmingham, AL 35205.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 410-2024-13478 to the District Director, Bradley A. Anderson, at 1130 22nd Street South Suite 2000, Birmingham, AL 35205.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.

NOTICE OF RIGHTS UNDER THE ADA AMENDMENTS ACT OF 2008 (ADAAA)

The ADA was amended, effective January 1, 2009, to broaden the definitions of disability to make it easier for individuals to be covered under the ADA/ADAAA. A disability is still defined as (1) a physical or mental impairment that substantially limits one or more major life activities (actual disability); (2) a record of a substantially limiting impairment; or (3) being regarded as having a disability. *However, these terms are redefined, and it is easier to be covered under the new law.*

If you plan to retain an attorney to assist you with your ADA claim, we recommend that you share this information with your attorney and suggest that he or she consult the amended regulations and appendix, and other ADA related publications, available at: http://www.eeoc.gov/laws/types/disability_regulations.cfm.

**"Actual" disability or a "record of" a disability**

If you are pursuing a failure to accommodate claim you must meet the standards for either "actual" or "record of" a disability:

- ✓ **The limitations from the impairment no longer must be severe or significant** for the impairment to be considered substantially limiting.

- ✓ In addition to activities such as performing manual tasks, walking, seeing, hearing, speaking, breathing, learning, thinking, concentrating, reading, bending, and communicating (more examples at 29 C.F.R. § 1630.2(i)), **"major life activities" now include the operation of major bodily functions**, such as: functions of the immune system, special sense organs and skin; normal cell growth; and digestive, genitourinary, bowel, bladder, neurological, brain, respiratory, circulatory, cardiovascular, endocrine, hemic, lymphatic, musculoskeletal, and reproductive functions; or the operation of an individual organ within a body system.

- ✓ **Only one** major life activity need be substantially limited.

- ✓ Except for ordinary eyeglasses or contact lenses, the beneficial effects of **"mitigating measures"** (e.g., hearing aid, prosthesis, medication, therapy, behavioral modifications)

**are not considered** in determining if the impairment substantially limits a major life activity.

✓ An impairment that is **"episodic"** (e.g., epilepsy, depression, multiple sclerosis) or "**in remission**" (e.g., cancer) is a disability if it **would be substantially limiting when active**.

✓ An impairment **may be substantially limiting even though** it lasts or is expected to last **fewer than six months**.

## "Regarded as" coverage

An individual can meet the definition of disability if an **employment action was taken because of an actual or perceived impairment** (e.g., refusal to hire, demotion, placement on involuntary leave, termination, exclusion for failure to meet a qualification standard, harassment, or denial of any other term, condition, or privilege of employment).

✓ "Regarded as" coverage under the ADAAA no longer requires that an impairment be substantially limiting, or that the employer perceives the impairment to be substantially limiting.

✓ The employer has a defense against a "regarded as" claim only when the impairment at issue is objectively **both** transitory (lasting or expected to last six months or less) **and** minor.

✓ A person is not able to bring a failure to accommodate claim **if** the individual is covered only under the "regarded as" definition of "disability".

*Note: Although the amended ADA states that the definition of disability "shall be construed broadly" and "should not demand extensive analysis," some courts require specificity in the complaint explaining how an impairment substantially limits a major life activity or what facts indicate the challenged employment action was because of the impairment. Beyond the initial pleading stage, some courts will require specific evidence to establish disability.* For more information, consult the amended regulations and appendix, as well as explanatory publications, available at http://www.eeoc.gov/laws/types/disability_regulations.cfm.



November 15, 2023

Doretta Barner
Employee ID: 00001049093
9106 Woodgreen Way
Jonesboro, GA 30238

Subject: **Notice of Ineligibility for Continued Employment**

Dear Doretta:

| | |
|---|---|
| **Why You're Receiving this Notice** | We have been in the process of reviewing some ongoing issues with your behavior related to potential violations of Wells Fargo's Professionalism and Workplace Conduct policies.<br><br>This review was completed on November 6, 2023.<br><br>It was determined that you have continued to violate the Professionalism and Workplace Conduct policies even after being delivered coaching and corrective action. Due to this, your employment will be terminated. |
| **What You Need to Know** | Out of deference to your pending leave of absence request (e.g., leave extension request), Wells Fargo is suspending the termination of your employment until the end of your approved leave period, assuming your leave extension request is approved. If your leave extension request is <u>not</u> approved, your employment will be terminated immediately.<br><br>Your medical, dental, vision and life insurance benefits may continue as long as you are on a paid leave or if you are enrolled in leave billing and you timely submit the appropriate premiums. |
| **What You Need to Do** | ☐ **Continue** to submit premiums for medical, dental, vision and life insurance benefits, if applicable.<br><br>☐ **Keep** Wells Fargo's leave and claim administrator, Lincoln Financial informed of any changes with your leave status.<br><br>☐ **Contact** your manager, Shenese Williams at 404-226-2573 if you have a need to discuss this communication. |
| **What Happens Next** | Your termination of employment will be processed on the next business day after your initially approved leave period ends or effective immediately following the denial of your leave extension request.<br>You will receive a separate communication regarding information about your benefits and verification of employment. |
| **Questions?** | Contact our leave and claims administrator for information about your leave of absence by calling Employee Care at 1-877-HRWELLS (1-877-479-3557), option 2, 3, 5.<br><br>Employee Assistance Consulting is available by calling 1-877-HRWELLS (1-877-479-3557), option 4. |

cc:     Official Personnel File, N9160-01S EID# 00001049093



Lincoln Financial Group
Leave Service Department
PO Box 49410
Charlotte, NC 28277

September 15, 2023

Ms. DORETTA BARNER
9106 WOODGREEN WAY
JONESBORO, GA 30238-0000

RE: Wells Fargo & Company
    Leave Acknowledgment with Disability Benefit Claim
    Leave ID#: 14739155 Short-Term Disability Claim ID#: 14739151

| | |
|---|---|
| ***Why You and Your Manager Are Receiving This Notice*** | As the leave administrator for Wells Fargo, Lincoln Financial Group received your request for disability benefits on September 15, 2023. <br><br> You have indicated that your Leave Begin Date is **September 9, 2023**. <br><br> **Managers, please be sure to read this letter and refer to the important Manager Information section below for next steps.** |
| ***What You Need to Know*** | You are eligible for leave under the Family & Medical Leave Act (FMLA) or, applicable state leave law, or both. However, a final determination of your leave will be based upon an evaluation of the medical documentation submitted for review. <br><br> **Note**: if your first applied absence occurs after the date of this letter, your eligibility status will be re-evaluated on your first applied absence to ensure you meet the eligibility requirements. If you are not eligible for leave under FMLA at that time, your request will be denied. <br><br> If your disability benefit claim is approved you will receive income replacement under Wells Fargo's Short-term Disabilty Plan, unless offsets from other income would apply. <br><br> If your FMLA or applicable state leave law, or both is approved you will have job protection while you are absent from work through your remaining entitlement time as referenced below. If you are approved for both FMLA and applicable state leave they may run concurrently (at the same time). <br><br> **As of the date of this letter and prior to the beginning of your leave date, you have 480 hours of unpaid leave remaining under the Family & Medical Leave Act for the current 12 month period, which is measured forward from the first date leave was taken.** |

00000680 LFPB9WD1 00002776

State leave will count concurrently with your federal leave entitlement when appropriate.

| | |
|---|---|
| *What You Need to Do* | **Read** the attached document titled "Rights and Responsibilities Under the Family and Medical Leave Act" to familiarize yourself with eligibility requirements, leave entitlement, and other leave policies.<br><br>**Apply** for your state disability benefits if you work in participating state. Applying for the state benefits does not complete the requirements for documentation needed for your Wells Fargo disability claim; therefore, provide any documentation requested by Lincoln Financial Group. If you are unsure how to file for your state benefits, reference the enclosed state benefit instructions. If you have further questions contact Lincoln Financial Group at 866-213-2937. |
| *What Happens Next* | Your Lincoln Financial Group representative will contact you to conduct an initial claim interview.<br><br>**Provide** any forms and medical information that are requested as soon as possible to ensure a prompt decision.<br><br>Upon receipt of the requested information, you will be notified of a decision on your short-term disability claim.<br><br>You will receive status updates throughout the course of your absence.<br><br>**Note:** If Lincoln Financial Group does not receive timely and appropriate documentation to support your request for this leave of absence, your leave will be denied and your time away from work may be subject to corrective action, up to and including termination. |
| *Questions* | If you have any questions, contact your Lincoln Financial Group representative using the information provided in the signature line below.<br><br>You may also access www.mylincolnportal.com, to check the status of your request. First time users will need to create a login using the Company Code "Wells." |
| *Manager Information* | You are receiving a copy of this letter to update you on the status of your employee's leave.<br><br><u>*What you need to do:*</u><br>**Review and complete applicable action items outlined in Managers: Leave of Absence Guide article in HR Services & Support**. You can either use the search function in HR Services & Support or go to HR Services & Support, use the HR Information tab at the top of the page, go to time and absence on the left-hand navigation bar, then go to leave of absence on left-hand navigation bar and locate article entitled Managers: Leave of Absence Guide. |



The Lincoln National Life Insurance Company
Disability Claims
P.O. Box 2578
Omaha, NE 68103-2578
Phone: (866) 213-2937
Secure Fax No.: (603) 422-0119

September 19, 2023

DORETTA BARNER
9106 WOODGREEN WAY
JONESBORO, GA 30238-0000

RE:    Wells Fargo & Company
       Short-Term Disability Benefits
       Claim #: 14739151

Dear MS. BARNER

We are writing with regard to your claim for Short-Term Disability (STD) benefits under the
Wells Fargo & Company Disability Plan.

Your application for disability benefits has been received and is currently under review. If
necessary, we will be gathering additional information in order to evaluate your eligibility for
benefits. If you haven't already done so, please sign the enclosed Authorization form and
provide a copy to your Disability Case Manager and to your treating physician(s). You can
submit this form to Lincoln Financial Group by uploading to MyLincolnPortal.com, by email
to wellsfargo@lfg.com or by fax to (603) 422-0119.
   • *Lincoln Financial Group Authorization to Obtain and Release Information*

We will notify you of the status of your claim once a decision has been made. Lincoln
Financial Group offers you the convenience of managing multiple aspects of your benefits
online or through your mobile device, including viewing the status of your claim or leave. Visit
MyLincolnPortal.com on your computer or mobile device. Use the code "Wells" when
registering.

If you have any questions regarding the above information, please contact me at the number
below.

Sincerely,

Alexander Rankin
Disability Case Manager
Phone: (866) 213-2937
Secure Fax No.: (603) 422-0119

Enclosures

00000059 LFPD6LD1 00000140



**KAISER PERMANENTE.**

**Release of Information Questionnaire:
FMLA, Short Term/Long Term Disability or
Obstetrical (OB) Treatment Form**

> ➤ **Please answer the questions below if you are submitting a FMLA,
> Short Term/Long Term Disability or Obstetrical (OB) treatment form
> to Release of Information.**
> ➤ **Please enter N/A for any questions not pertaining to you.**

**PATIENT NAME:** Doretta Bonner

**KAISER HEALTH RECORD NUMBER:** D226858

Form is for you    Form is for a family member  Name: _____

1. Is the medical condition pregnancy?        (No)        Yes

    a.   If so, expected/actual delivery date: _____

    b.   Vaginal        Cesarean Section

2. What doctor did you see for your present condition/illness? _____

3. What is your diagnosis for your present condition/illness?  Mental/Stress

4. Were you admitted in the hospital?        (Yes)        No

    a.   If yes, Date Admitted: _____

    b.   Name of Hospital: _____

    c.   Discharge Date: _____

5. Are you scheduled for Surgery?    Yes  (No)  If yes, Date: _____

6. When was your first day off from work?  Date: 9-11-2023

7. When is your expected date to return to work?   Date: unknown

8. How often does the medical condition occur (Example: Frequency: 1-2 times per
month, Lasting: 1-2 days per flare-up)? N/A


**Thank you for your cooperation in helping us to complete your forms.**

# ☼ KAISER PERMANENTE.

(*Kaiser Permanente entities are listed on reverse side of this form)

## AUTHORIZATION FOR USE OR DISCLOSURE OF PATIENT HEALTH INFORMATION

Note: Fees may apply to certain requests

**Patient Name:** Doretta Lamer
**Medical Record number:** 0226858  **Birth Date:** 6-26-96
**Address:** 9106 WOOD GREEN WY
**City:** JonesBoro    **State:** GA
**Zip Code:** 30238  **Phone #:** (770) 603/1232
**Email:** Doretta.Lorner@gmail.com

---

**Kaiser Permanente may release this information to:** ☑ Check if same as above /myLincolnPortal.com
**Recipient Name:** Lincoln Financial Group
**Address:** PO Box 2578    **City:** Omaha    **State:** NE  **Zip Code:** 68103 2578
**Phone #** 866 213 3937    **FAX:** 600 432 0119  866 214 7839

---

**This disclosure can be used for the following purpose(s):** ❑ Personal Use   ❑ Legal   ❑ Insurance
❑ Medical Treatment   ❑ Medical Condition Verification   ❑ Disability   ❑ FMLA   ❑ Workers' Comp

---

**Check ONLY one of the following three options to identify the health information to be released.**

❑ **Option 1:** Form Completion (a substitute form or relevant medical records may be released)

❑ **Option 2:** Last 2 years of Kaiser Permanente Medical Office and Kaiser Foundation Hospital records

❑ **Option 3:** Records as specified. You must complete Step 1 and Step 2 below.

Step 1. Enter date range or date(s) of the records to be released: 9-11-2023
Step 2. Select types of records to be released:

☑ KP Medical Office   ❑ Kaiser Foundation Hospital   ❑ Immunization   ☑ Lab Results
❑ Diagnostic Images   ❑ Copays & Deductibles   ❑ Itemized Billing   ☑ Pharmacy
❑ Other (provider, department, specialty): _____

---

**NOTE:** Hospital and Medical Office records released as part of this authorization may contain references related to mental health, addiction, and HIV medical conditions.

**Check the boxes below if you want this release to include the following information, Otherwise, this information will be excluded.**

❑ Mental Health Treatment Records   ❑ Addiction Medicine Treatment Records   ❑ HIV Test Results

---

**Media Type:** ☑ Electronic   ❑ Paper   **Delivery Preference:** ☑ Electronic   ❑ Mail   ❑ Pickup

---

**DURATION:** Authorization shall remain in effect for one year from the date of signature below. However, in Washington, D.C. permission to release addiction medicine treatment records expires after six (6) months.

**REVOCATION:** You or your personal representative may cancel this authorization for future releases by submitting a written request to the Release of Information Unit listed for your region of service on the reverse side of this form. Your cancellation will not affect information that was released prior to receipt of the written request.

**REDISCLOSURE:** Once this information is released, it may not be protected under federal privacy law (HIPAA). State or other federal law may require the recipient to obtain your authorization before further disclosure.

Kaiser Permanente may not condition treatment, payment, enrollment, or eligibility for benefits on whether you sign this authorization. This disclosure is made at your request. For Virginia patients, a copy of this authorization, and a note stating to whom your information was disclosed will be included in your medical record. A copy of the original authorization is valid. You have a right to a copy of this completed authorization.

---

9-25-2023                    Doretta Lamer
**Date**        **Signature**                    If personal representative, print name/relationship

NS-9984 (2-16) SPANISH-NS-1614; CHINESE-NS-8274
NCAL: 90258 (REV. 2-16) SPANISH 01782-000; CHINESE 01782-002      ORIGINAL - DISCLOSING PARTY    CANARY - PATIENT

# Billing Statement

**Radiant Family Practice, LLC**
**P.O. Box 671047**
**Marietta, GA 30066**
**404-635-6117**

**Statement No: 177284**

**Statement Date: 10/5/2023**

**Bill To: BARNER, DORETTA**
**9106 WOOD GREEN WAY**
**JONESBORO, GA 30238**

| Patient Name: | | Patient Address: | | | | | Patient ID: |
|---|---|---|---|---|---|---|---|
| DORETTA BARNER | | 9106 WOOD GREEN WAY, JONESBORO, GA 30238 | | | | | RW1541423 |

| Date of Service | Procedure | Description | Charge | Insurance Payment | Patient Payment | Adjustment | Balance |
|---|---|---|---|---|---|---|---|
| 09/12/2023 | 99222 | HOSPITAL VISIT-INITIAL | $325.00 | ($114.86) | $0.00 | ($181.43) | $28.71 |
| | | | | | | **Balance Due:** | **$28.71** |

**Comments:** AMOUNT DUE IS YOUR PART AFTER INSURANCE WAS FILED. WE COVER LAKEVIEW & RIVERWOODS HOSPITALS & BILL SEPARATELY. OUR BILL IS DUE UPON RECEIPT. IF YOU FEEL YOUR INSURANCE PROCESSED INCORRECTLY YOU MUST CONTACT THEM. THANKS!



November 15, 2023

Doretta Barner
Employee ID: 00001049093
9106 Woodgreen Way
Jonesboro, GA 30238

Subject: **Notice of Ineligibility for Continued Employment**

Dear Doretta:

| | |
|---|---|
| **Why You're Receiving this Notice** | We have been in the process of reviewing some ongoing issues with your behavior related to potential violations of Wells Fargo's Professionalism and Workplace Conduct policies.<br><br>This review was completed on November 6, 2023.<br><br>It was determined that you have continued to violate the Professionalism and Workplace Conduct policies even after being delivered coaching and corrective action. Due to this, your employment will be terminated. |
| **What You Need to Know** | Out of deference to your pending leave of absence request (e.g., leave extension request), Wells Fargo is suspending the termination of your employment until the end of your approved leave period, assuming your leave extension request is approved. If your leave extension request is <u>not</u> approved, your employment will be terminated immediately.<br><br>Your medical, dental, vision and life insurance benefits may continue as long as you are on a paid leave or if you are enrolled in leave billing and you timely submit the appropriate premiums. |
| **What You Need to Do** | ☐ **Continue** to submit premiums for medical, dental, vision and life insurance benefits, if applicable.<br><br>☐ **Keep** Wells Fargo's leave and claim administrator, Lincoln Financial informed of any changes with your leave status.<br><br>☐ **Contact** your manager, Shenese Williams at 404-226-2573 if you have a need to discuss this communication. |
| **What Happens Next** | Your termination of employment will be processed on the next business day after your initially approved leave period ends or effective immediately following the denial of your leave extension request.<br>You will receive a separate communication regarding information about your benefits and verification of employment. |
| **Questions?** | Contact our leave and claims administrator for information about your leave of absence by calling Employee Care at 1-877-HRWELLS (1-877-479-3557), option 2, 3, 5.<br><br>Employee Assistance Consulting is available by calling 1-877-HRWELLS (1-877-479-3557), option 4. |

cc:     Official Personnel File, N9160-01S EID# 00001049093

ORIGIN ID:GPZA    (612) 667-3868
LEAH DANKO
WELLS FARGO-CORPORATE
550 S 4TH ST
N9310-115 FL 11
MINNEAPOLIS, MN 55415
UNITED STATES US

SHIP DATE: 15NOV23
ACTWGT: 0.50 LB
CAD: 103346565/WSXI2600

BILL SENDER

TO **DORETTA BARNER**
   **PRIVATE RESIDENCE**
   **9106 WOODGREEN WAY**

   **JONESBORO GA 30238**
   (770) 603-1232         REF: 0048543
   INV
   PO: N9310-115                    DEPT: ESO





FedEx
Express

**THU - 16 NOV 8:00P**
**STANDARD OVERNIGHT**
**DSR RES**
**30238**
GA-US  **ATL**

TRK# 0201  **7864 3138 8961**

# XG FTYA



DOL-415 42B1(R-02/17)
NM2006

## GEORGIA DEPARTMENT OF LABOR
## CLAIMS EXAMINER'S DETERMINATION

SSN ___***-**-3012___

BYB ___11/26/23___

CWB ___11/26/23___

ACCT# 375289-15

GEORGIA DEPARTMENT OF LABOR
APPEALS TRIBUNAL
148 ANDREW YOUNG INT'L BLVD NE, STE 525
ATLANTA, GA  30303-1734
EMAIL: appeals@gdol.ga.gov
FAX:  404-232-3901 OR 404-232-3902

CLAIMANT
DORAETTE E BARNER
9106 WOODGREEN WAY
JONESBORO GA        30238

EMPLOYER
WELLS FARGO BANK NA
C/O TALX UCM SERVICES INC
PO BOX 283
ST LOUIS  MO  63166

### SECTION I - CLAIM DETERMINATION

Benefits are allowed as of 11/26/23.

### SECTION II - LEGAL BASIS FOR DETERMINATION

Section 34-8-194(2)(B)(iii) of the Employment Security Law says you can be paid unemployment benefits if you are fired or suspended for absences caused by illness of yourself or a family member, if you properly notify your employer. Georgia Rules Chapter 300-2-9-.01(2)(a)(6) says that if you are fired for absences or tardiness, all of the absences or tardiness will be considered and not just the last one. The law says that your employer has to show that discharge or suspension was for a reason that would not allow you to be paid unemployment benefits. If you cannot be paid unemployment benefits under this section of the law, you may qualify at a later time. To do this, you must find other work and earn wages covered under unemployment law. The covered wages must be at least ten times the weekly amount of your claim. If you then become unemployed through no fault of your own, you may reapply for unemployment benefits.

### SECTION III - REASONING

You were away from work because you or a member of your family was sick. Personal or family illness is not something you can control. You used proper procedures in reporting the illness to your employer. Therefore, you can be paid unemployment benefits.

### SECTION IV - ACCOUNT CHARGEABILITY

NOTICE TO EMPLOYER:

### SECTION V - APPEAL RIGHTS

NOTE: This determination will become final unless you file an appeal by 01/19/24 . If you wish to file an appeal, submit a request online at dol.georgia.gov, in writing by email to appeals@gdol.ga.gov, or fax to 404.232.3901 or 404.232.3902. If you file an appeal you must continue to report on your claim as instructed, or you will not be paid if you win your appeal. Refer to the Claimant Handbook for more details.

| Georgia Department of Labor | 12/21/23 | 01/04/24 |
|---|---|---|
| Claims Examiner | Date of Interview | Mail Date |

EXPLANATION TO CLAIMANT

NM2007
(R-07/21)

**WARNING:**   It is a crime under Paragraph (a) of OCGA Section 34-8-256 of the EmploymentSecurity Law to make any false statement or to fail to disclose any material fact in connectionwith an unemployment insurance claim. **VIOLATORS WILL BE PROSECUTED.**

**UNEMPLOYMENT INSURANCE IS FINANCED WHOLLY BY AN EMPLOYER PAYROLL TAX;** no part is paid by the worker. Payments can be made only to those who meet **all** legal requirements.

**TO FILE A CLAIM** you must be either (a)totally or partially unemployed or (b)working part-time due to lack of work, and earning wages which total not more than your unemployment insurance weekly amount plus $150.00 ($300.00 for weeks ending March 14, 2021 through June 26, 2021).

**YOUR UNEMPLOYMENT INSURANCE WILL LAST LONGER** if you work all you can. You may receive partial payments if you work and earn not more than your weekly amount plus $150.00 ($300.00 for weeks ending March 14, 2021 through June 26, 2021).
**ALL YOUR EARNINGS DURING YOUR CLAIM WEEK MUST BE REPORTED WHETHER OR NOT YOU HAVE BEEN PAID.**

**YOU MAY CLAIM PARTIAL UNEMPLOYMENT INSURANCE** if you are employed on a full-time job with a regular employer and, because of lack of work only, work less than full time during your work week and earn not more than your unemployment insurance weekly amount plus $150.00 ($300.00 for weeks ending March 14, 2021 through June 26, 2021).
See your employer or contact the Georgia Department of Labor Career Center.

**TO BE PAID UNEMPLOYMENT INSURANCE** after establishing your claim, the law requires that you: (a)be unemployed, either totally or partially; (b) **report for each week claimed;** (c) be able and available for work and be actively seeking work; (d) be willing to accept suitable work as determined by the Department of Labor; (e) not be subject to disqualification.

**ALSO, you must have returned to work and have earned insured wages equal to at least 10 times the weekly amount of your claim since** (a)establishing a previous claim; (b)voluntarily quitting your most recent job WITHOUT GOOD CAUSE CONNECTED WITH YOUR WORK even though you have good personal cause; (c)failing , WITHOUT GOOD CAUSE, either to apply for or accept available, suitable work; (d)DISCHARGE OR SUSPENSION for failure to obey orders, rules, or instructions, or for failure to discharge the duties for which employed.

**OR, you must have returned to work and have earned insured wages equal to at least 12 times the weekly amount of your claim since** DISCHARGE OR SUSPENSION for intentional conduct involving theft of property, goods, or money valued at $100.00 or less, or intentional conduct on the premises of the employer or while on the job, which results in a physical assault upon or bodily injury to the employer, fellow employees, customers, patients, bystanders, or the eventual consumer of products.

**OR, you must have returned to work and have earned insured wages equal to at least 16 times the weekly amount of your claim since** DISCHARGE OR SUSPENSION for intentional conduct involving property loss or damages amounting to $2,000.00 or more; for theft of property, goods, or money valued at over $100.00; or for sabotage or embezzlement.

**YOU CANNOT BE PAID UNEMPLOYMENT INSURANCE** for any week in which you are (a)on vacation or leave of absence at your own request; (b)receiving wages in lieu of notice, vacation pay or Worker's Compensation for temporary total or temporary partial disability; or (c)out of work due to a labor dispute.

**OCGA Section 34-8-122**
**PRIVILEGED STATUS OF LETTERS, REPORTS, ETC., RELATING TO ADMINISTRATION OF CHAPTER -** "All letters, reports, communications, or any other matters, either oral or written, from the employer or employee to each other or to the Department of Labor or any of its agents, representatives or employees, which letters, reports, or other communications shall have been written, sent, delivered, or made in connection with the requirements of the administration of this chapter, shall be absolutely privileged and shall not be made the subject matter or basis for any action for slander or libel in any court of the State of Georgia."

If you have any questions about your unemployment claim, you may call Unemployment Insurance Customer Service at 1-877-709-8185. Delay could affect your future eligibility.



State of Georgia
Department of Labor
## SEPARATION NOTICE

1. Employee's Name Doretta Bamer          Employee ID Number 1049093          2. SSN xxx-xx-3012
   a. State any other name(s) under which employee worked. _____

3. Period of Last Employment: From 06/23/97  To 11/17/23

4. REASON FOR SEPARATION:

   a. LACK OF WORK.  ☐

   b. If for other than lack of work, state fully and clearly the circumstances of the separation: Professionalism-Inappropriate Conduct

5. Employee received payment for: (Severance Pay, Separation Pay, Wages-In-Lieu of Notice, bonus, profit
   sharing, etc.) (DO NOT include vacation pay or earned wages)

   ____Not Known____ in the amount of $ ___Not Known___ for period from      Not Known      to      Not Known____
      (type of payment)

   Date above payment(s) was/will be issued to employee          Not Known

   IF EMPLOYEE RETIRED, furnish amount of retirement pay and what percentage of contributions were paid by the employer.
   ___Not Known___ per month   ___Not Known___ % of contributions paid by employer

6. Did this employee earn at least $7,300.00 in your employ?    YES X      NO      If NO, how much? $ 0 _____

                                                        Average Weekly Wage $ 0.00

Employer's      Wells Fargo & Company
Name _____ c/o Equifax Workforce Solutions _____

                                                        | **GA DOL. Account Number**
                                                        | I CERTIFY that the above worker has been separated from work
Mailing                                                 | and the information furnished hereon is true and correct.
Address_____ PO Box 182366. _____          | This report has been handed to or mailed to the worker.
                  (Street or RFD)
                                                        |
City_____ Columbus _____State_ OH  |  43218 _____ |           *Stacey Lynch*
                                      ZIP Code          |
                                                        | _____
Employer's                                              | Signature of Official, Employee of the Employer,
Telephone No._ 614-658-3080 _____               |     or authorized agent for the employer
               (Area Code)          (Number)            |
                                                        | _____
            **NOTICE TO EMPLOYER**                      |           **Payroll Manager**
At the time of separation, you are required by the Employment | Title of Person Signing
Security Law, OCGA Section 34-8-190(c), to provide the employee |
with this document, properly executed, giving the reasons for |
separation. If you subsequently receive a request for separation | _____
information, you may attach a copy of this form (DOL-800) as a part | _____ **11/19/23** _____
of your response.                                       | Date Completed and Released to Employee

---

## NOTICE TO EMPLOYEE
**OCGA SECTION 34-8-190(c) OF THE EMPLOYMENT SECURITY LAW REQUIRES THAT YOU TAKE THIS NOTICE TO THE GEORGIA DEPARTMENT OF LABOR FIELD SERVICE OFFICE IF YOU FILE A CLAIM FOR UNEMPLOYMENT INSURANCE BENEFITS.**

DOL-800 (R-7/21)



*  N  D  0  4  0  0  0  3  *

# Fax Call Report

**HP PageWide Color Flow E58650**

**Page 1**

## Fax Header Information

Kaiser Permanente
6786103704
Sep/25/2023 11:01:38 AM

| Job | Date/Time | Type | Line | Identification | Duration | Pages | Result |
|-----|-----------|------|------|----------------|----------|-------|--------|
| 4142 | Sep/25/2023 10:55:49 AM | Send | Analog | 97702203705 | 05:42 | 6 | Success |

Sep/25/2023 10:56:15 AM                    Kaiser Permanente 6786103704

---

**KAISER PERMANENTE.**

(*Kaiser Permanente entities are listed on reverse side of this form)

**AUTHORIZATION FOR USE OR DISCLOSURE OF PATIENT HEALTH INFORMATION**
Note: Fees may apply to certain requests

Patient Name: _Doretta Tamer_
Medical Record number: _022685 8_   Birth Date: _6-26-196_
Address: _9106 WOODGREEN WY_
City: _Jonesboro_   State: _GA_
Zip Code: _30238_   Phone #: _(770) 603-1232_
Email: _Doretta.Torrer@gmail.com_

**Kaiser Permanente may release this information to:** ☑ Check if same as above _myLincolnPortal.com_
Recipient Name: _Lincoln Financial Group_
Address: _P O Box 2578_   City: _Omaha_   State: _NE_   Zip Code: _68103_
Phone # _866103 2937_   Fax: _402 0119 866 214 7839_

**This disclosure can be used for the following purpose(s):** ☐ Personal Use ☐ Legal ☐ Insurance
☐ Medical Treatment ☐ Medical Condition Verification ☐ Disability ☐ FMLA ☐ Workers' Comp

**Check ONLY one of the following three options to identify the health information to be released.**
☐ **Option 1:** Form Completion (a substitute form or relevant medical records may be released)
☐ **Option 2:** Last 2 years of Kaiser Permanente Medical Office and Kaiser Foundation Hospital records
☐ **Option 3:** Records as specified. You must complete Step 1 and Step 2 below.
  Step 1. Enter date range or date(s) of the records to be released: _9-11-2023_
  Step 2. Select types of records to be released:
  ☑ KP Medical Office ☐ Kaiser Foundation Hospital ☐ Immunization ☑ Lab Results
  ☐ Diagnostic Images ☐ Copays & Deductibles ☐ Itemized Billing ☑ Pharmacy
  ☐ Other (provider, department, specialty): _____

**NOTE:** Hospital and Medical Office records released as part of this authorization may contain references related to mental health, addiction, and HIV medical conditions.

**Check the boxes below if you want this release to include the following information, Otherwise, this information will be excluded.**
☐ Mental Health Treatment Records  ☐ Addiction Medicine Treatment Records  ☐ HIV Test Results

**Media Type:** ☑ Electronic  ☐ Paper  **Delivery Preference:** ☑ Electronic  ☐ Mail  ☐ Pickup

**DURATION:** Authorization shall remain in effect for one year from the date of signature below. However, in Washington, D.C. permission to release addiction medicine treatment records expires after six (6) months.
**REVOCATION:** You or your personal representative may cancel this authorization for future releases by submitting a written request to the Release of Information Unit listed for your region of service on the reverse side of this form. Your cancellation will not affect information that was released prior to receipt of the written request.
**REDISCLOSURE:** Once this information is released, it may not be protected under federal privacy law (HIPAA). State or other federal law may require the recipient to obtain your authorization before further disclosure.

Kaiser Permanente may not condition treatment, payment, enrollment, or eligibility for benefits on whether you sign this authorization. This disclosure is made at your request. For Virginia patients, a copy of this authorization, and a note stating to whom your information was disclosed will be included in your medical record. A copy of the original authorization is valid. You have a right to a copy of this completed authorization.

_9-25-2023_        _Doretta Tamer_
Date          Signature                    If personal representative, print name/relationship
NS-0604 (2-18) SPANISH-NS-1614; CHINESE-NS-9274
NCAL 90258 (REV. 2-18) SPANISH 01782-000; CHINESE 01782-002    ORIGINAL - DISCLOSING PARTY    CANARY - PATIENT

**Certification of Health Care Provider**
**For Employee's Serious Health Condition**
**(Family and Medical Leave Act)**
**Lincoln Financial Group**
**Leave Service Department**
**P.O. Box 49410**
**Charlotte, NC 28277**
**Phone: (866) 213-2937**
**Fax: 866-214-7839**

**Lincoln Financial Group**

Wells Fargo & Company

**Leave ID#:** 14739155

Employee Name: DORETTA BARNER

Employee Date of Birth: _9/06/1964_    Employee Phone: (_803_) _479-3557_

| | | |
|---|---|---|
| **Leave Request:** 09/15/2023 | **Begin Date:** 09/09/2023 | **End Date:** 09/24/2023 |
| **Leave Type:** a leave of absence due to your own medical condition | **Leave Reason:** Hospital care | |

**INSTRUCTIONS TO EMPLOYEE**: Please complete above and Section I before providing this form to your medical provider. This form will need to be completed and returned to Lincoln Financial Group in order for a decision to be rendered on your leave of absence request. The FMLA permits an employer to require that you submit a medical certification to support a request for FMLA leave. Failure to provide a complete and sufficient medical form in a timely manner may result in a denial.

**\*\*\*\*\*\*\*\*\*\*SECTION I: TO BE COMPLETED BY EMPLOYEE/PATIENT\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**Medical Release:** I authorize the release and verification of medical information in order to process this FMLA request.
Signature of Employee: _Doretta Barner_    Date: _9-25-2023_

**\*\*\*\*\*\*\*\*\*\*SECTION II: TO BE COMPLETED BY A QUALIFIED HEALTH CARE PROVIDER\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
**INSTRUCTIONS TO THE HEALTH CARE PROVIDER**: Your patient has requested leave under the FMLA. Please answer all questions so a determination for FMLA coverage can be made.

For residents of California, do not disclose the underlying diagnosis unless you have received consent from the patient.

**Note:** The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic Information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

1. **MEDICAL FACTS/TREATMENT:**
A serious health condition is an illness, injury, impairment, or physical or mental condition that involves inpatient care or continuing treatment by a health care provider.

(1A): Describe the patient's medical facts related to the serious health condition(providers in California should not provide underlying diagnosis without patient's prior approval): _Stress / mental illness_

**IF** the medical condition is **pregnancy**, please provide the expected delivery date: _____

(1B) Was the patient seen within seven (7) days of the requested leave begin date?    YES ☐  NO ☐
(1C) Was any medication prescribed (over-the-counter medication does not apply)?    YES ☐  NO ☐
(1D) Will the patient need to have treatment visits at least twice per year due to the condition?    YES ☐  NO ☐
If yes, provide the actual or estimated dates of treatment: _____
(1E) Was the patient admitted for an overnight stay in a hospital, hospice, or medical care facility?  YES ☐  NO ☐
If yes, please provide: Admission date: _____  Discharge date: _____
(1F) Was the patient referred to another health care provider(s) for evaluation or treatment?    YES ☐  NO ☐
If yes, type of provider (e.g. neurologist, cardiologist): _____
Nature of the treatment: _____

2. <u>**LEAVE TYPE/DURATION/FREQUENCY**</u> : Select a leave type and provide all required information.
   <u>An answer must be provided for each category</u> :
   <u>Leave Type</u>: intermittent, reduced work schedule and/or continuous
   <u>Leave Dates</u>: leave begin date <u>and</u> end date
   <u>Frequency</u> (if intermittent/reduced work schedule): estimate time the employee may need to miss work as a result of the serious health condition.
   Be as specific as you can; terms such as "n/a," "unknown," "undetermined," or "as needed" are not acceptable.

   **Note: For an extension:** If you anticipate any gaps in time from the end date shown on page one (1) and begin date provided below.

   (2A) ☐ **Continuous:** Continuous leave is defined as <u>one single period</u> for more than three (3) consecutive, full calendar days,
         unless hospitalized.
         **Leave Dates: Leave begin date:** _____ **Leave end date:** _____

         **AND/OR**
         **(Complete both boxes ONLY if an intermittent or reduced work schedule  AND a continuous leave is needed.)**

   (2B) ☐ **Intermittent:** Intermittent leave is defined as recurring absences taken at <u>separate periods of time</u>.
         **Leave Dates: Leave begin date:** _____ **Leave end date:** _____
         **Frequency:** Based on your medical knowledge, experience, and examination of the patient, please estimate a frequency of leave.
         **If unknown, a reasonable range should be provided. Only provide one selection from the options below:**

         Frequency: _____ times per _____ week(s) <u>OR</u> _____ month(s)

         Duration: _____ hours <u>OR</u> _____ day(s) per episode

   (2C) ☐ **Reduced Work Schedule:** It will be medically necessary for the patient to work a reduced work schedule as a result of the medical
         condition. Provide the following details regarding the hours the patient is able to work.
         **Leave Dates: Leave begin date:** _____ **Leave end date:** _____

         Number of hours patient can work each day: _____
         Number of hours patient can work each week: _____

         Recommended duration for the reduced work schedule outlined above.

         ☐ 90 Days      ☐ 6 Months      ☐ 1 Year      ☐ Other (Please indicate): _____

3. <u>**ABSENCE FROM WORK**</u> : Check **ALL** that apply. As a result of the stated serious health condition(s) it is medically necessary for the patient
   to be absent from work:

         ☐ Due to <u>incapacity</u> caused by possible episodic flare-ups (of a chronic condition)
         ☐ To attend follow-up <u>treatment</u> appointments.
         Probable number of treatments needed: _____ probable interval of treatments needed: _____
         Actual dates of treatment: _____ Time period of recovery from treatment: _____

I certify by signing below that the information provided in this medical certification (2 pages) is accurate to the best of my knowledge.

Signature of Provider: _____ Date: _____

Print Provider Name: _____ Tel: ( _____ ) _____

Medical Credentials (Example: MD, DO, **\*DC**): _____ Fax: ( _____ ) _____
         **\*IF** the medical credential above is listed as " **DC**," please confirm if x-rays have been taken for the patient's condition?
         YES ☐     NO ☐

**Please Fax** the completed medical form to Lincoln Financial Group at the number listed at the top of this page and retain a copy of this form and a
printed fax confirmation of delivery for your records. If you have any questions, please call Leave Services at the number at the top of this page. If
you prefer, this form can be mailed to Leave Services at the address at the top of this page.



The Lincoln National Life Insurance Company
Disability Claims
P.O. Box 2578
Omaha, NE 68103-2578
Phone: (866) 213-2937
Secure Fax No.: (603) 422-0119

## AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION

I authorize any licensed physician, medical provider, hospital, medical facility, HMO, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all medical information with respect to my physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, mental health and any non-medical information to the particular Company in the Lincoln Financial Group (Lincoln Financial Group) to which I am submitting a claim, or to its legal representative, or to my employer, Wells Fargo (Plan Sponsor) in its capacity as administrator of its short term disability benefit plan and my leave request, or to persons or other organizations providing claims management services, including Wells Fargo Accommodations Management.

I understand the information obtained under this Authorization or directly from me will be used to determine eligibility for benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Lincoln Financial Group to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to Lincoln Financial Group, the Plan Sponsor or its agents/vendors for purposes of auditing Lincoln Financial Group's administration of claims and/or assessing statistical claim data related to its benefit programs, and persons or organizations providing medical treatment or services in connection with my claim for benefits and/or my leave request consistent with law.

If I receive a disability benefit greater than that which I should have been paid, I understand that Lincoln Financial Group and/or the Plan Sponsor has the right to recover such overpayment from me, including the right to reduce future disability benefits, if any.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or the Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature below. I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by writing to Lincoln Financial Group at the above address, except to the extent that action has been taken in reliance on it.

_Doretta Banner_
Team Member Name

_Doretta Banner_
Team Member Signature (or Authorized Representative)

_6 26-1964_
DOB

_9 05-2023_
Date

Claim Number
Wells Fargo STD DP402  08/09

00000059 LFPD6LD1 00000141    E

*What you need to know:*

Lincoln Financial Group will continue to provide updates on any status changes throughout your employee's leave.

Review all communications related to your employee's leave and perform any actions as requested as soon as possible.

**DO NOT** TAKE ANY CORRECTIVE ACTION OR REPLACE THE EMPLOYEE'S POSITION UNTIL CONSULTING WITH ER SOLUTIONS FIRST . Complete the Employee Relations eform to request the consultation.

If you have any questions, contact the Lincoln Financial Group representative using the information provided in the signature line below.

Sincerely,

Leave of Absence Team
Phone: (866) 213-2937, option 3
Fax: 866-214-7839
Email: wellsfargo@lfg.com

Attachments: Certification of Health Care Provider Form
FMLA Rights
Medical Leave Guide for Team Members
Standard Read Med First Document

# Your Rights and Responsibilities Under the
# FAMILY AND MEDICAL LEAVE ACT

**Basic Leave Entitlement**

FMLA requires covered employers to provide up to 12 Weeks of unpaid, job protected leave to "eligible" employees for the following reasons:

- For incapacity due to pregnancy, prenatal medical care or child birth;
- To care for the employee's child after birth, or placement for adoption or foster care;
- To care for the employee's spouse, son or daughter, or parent, who has a serious health condition; or
- For a serious health condition that makes the employee unable to perform the employee's job

**Military Family Leave Entitlement**

Eligible employees with a spouse, son, daughter, or parent is on covered active duty or call to covered active duty status may use their 12-week leave entitlement to address certain qualifying exigencies. Qualifying exigencies may include attending certain military events, arranging for alternative childcare, addressing certain financial and legal arrangements, attending certain counseling sessions, and attending post-deployment reintegration briefings.

FMLA also includes a special leave entitlement that permits eligible employees to take up to 26 weeks of leave to care for a covered servicemember during a single 12 month period. A covered servicemember is (1) a current member of the Armed Forces, including a member of the National Guard or Reserves, who is undergoing medical treatment, recuperation or therapy, is otherwise in outpatient status, or is otherwise on the temporary disability retired list, for a serious injury or illness*; or (2) a veteran who was discharged or released under conditions other than dishonorable at any time during the five year period prior to the first date the eligible employee takes FMLA leave to care for the covered veteran, and who is undergoing medical treatment, recuperation, or therapy for a serious injury or illness.*

**\*The FMLA definitions of "serious injury or illness" for current servicemembers and veterans are distinct from the FMLA definition of "serious health condition".**

**Benefits and Protection:**

During FMLA leave, the employer must maintain the employee's health coverage under any "group health plan" on the same terms as if the employee had continued to work. Upon return from FMLA leave, most employees must be restored to their original or equivalent positions with equivalent pay, benefits, and other employment terms. Use of FMLA leave cannot result in the loss of any employment benefit that accrued prior to the start of an employee's leave.

**Eligibility Requirements**

Employees are eligible if they have worked for a covered employer for at least one year, for 1250 hours over the previous 12 months*, and if at least 50 employees are employed by the employer within 75 miles.

**\*Special hours of service eligibility requirements apply to airline flight crew employees.**

**Definition of Serious Health Condition**

A serious health condition is an illness, injury, impairment, or physical or mental condition that involves either an overnight stay in a medical care facility, or continuing treatment by a health care provider for a condition that either prevents the employee from performing the functions of the employee's job, or prevents the qualified family member from participating in school or other daily activities. Subject to certain conditions, the continuing treatment requirements may be met by a period of incapacity of more than 3 consecutive calendar days combined with at least two visits to a health care provider or one visit and a regimen of continuing treatment, or

incapacity due to pregnancy, or incapacity due to a chronic condition. Other conditions may meet the definition of continuing treatment.

**Use of Leave**

An employee does not need to use this leave entitlement in one block. Leave can be taken intermittently or on a reduced leave schedule when medically necessary. Employees must make reasonable efforts to schedule leave for planned medical treatments so as not to unduly disrupt the employer's operations. Leave due to qualifying exigencies may also be taken on an intermittent basis.

**Substitution of Paid leave for Unpaid Leave**

Employees may choose or employers may require use of accrued paid leave while taking FMLA leave. In order to use paid leave for FMLA leave, employees must comply with the employer's normal paid leave policies.

**Employee Responsibilities**

Employees must provide 30 days advance notice of the need to take FMLA leave when the need is foreseeable. When 30 days' notice is not possible, the employee must provide notice as soon as practicable and generally must comply with an employer's normal call-in procedures. Employees must provide sufficient information for the employer to determine if the leave may qualify or FMLA protection and the anticipated timing and duration of the leave. Sufficient information may include that the employee is unable to perform job functions; the family member is unable to perform daily activities, the need for hospitalization or continuing treatment by a health care provider; or circumstances supporting the need for military family leave. Employees also must inform the employer if the requested leave is for a reason for which FMLA leave was previously taken or certified. Employees also may be required to provide a certification and periodic recertification supporting the need for leave.

**Employer Responsibilities**

Covered employers must inform employees requesting leave whether they are eligible under FMLA. If they are, the notice must specify any additional information required as well as the employee's rights and responsibilities. If they are not eligible, the employer must provide a reason for the ineligibility. Covered employers must inform employees if leave will be designated as FMLA-protected and the amount of leave counted against the employee's leave entitlement. If the employer determines that the leave is not FMLA-protected, the employer must notify the employee.

**Unlawful Acts by Employers**

FMLA makes it unlawful for any employer to:

- Interfere with, restrain, or deny the exercise of any right provided under FMLA;
- Discharge or discriminate against any person for opposing any practice made unlawful by FMLA or for involvement in any proceeding under or relating to FMLA.

**Enforcement**

An employee may file a complaint with the U.S. Department of Labor or may bring a private lawsuit against an employer. FMLA does not affect any Federal or State law prohibiting discrimination, or supersede any State or local law or collective bargaining agreement which provides greater family or medical leave rights.

**FMLA section 109 (29 U.S.C. § 2619) requires FMLA covered employers to post the text of this notice. Regulation 29 C.F.R. § 825.300(a) may require additional disclosures.**
**For additional information:**

1-866-4US-WAGE (1-866-487-9243) TTY: 1-877-889-5627
WWW.WAGEHOUR.DOL.GOV

WH Publication 1420  Revised  February 2013

00000680 LFPB9WD1 00002780



# Medical Leave guide for employees

This guide explains your responsibilities as an employee while you are on a leave of absence.

| | |
|---|---|
| **At the beginning of your leave** | ***Notify*** your manager of the time you have requested for your leave and your expected return date, if known. |
| | ***Record*** accrued unused PTO in the absence application of Workday for any short-term disability (STD) waiting period, if applicable. |
| | ***Refer*** to the Paid Time Off (PTO) section under HR Services & Support for more information, if you need additional time away from work outside of your leave of absence(s). |
| | ***Give*** your health care provider a copy of the Medical Certification Form and ask him or her to complete, date and sign it, and return to our claim and leave administrator, Lincoln Financial Group, as directed in its communications. |
| | ***Apply*** for State Disability Insurance (SDI) if you work in a participating state and forward a copy of your first SDI pay stub to our claim and leave administrator, Lincoln Financial Group. |
| | ***Review*** all correspondence sent to you by our claim and leave administrator, Lincoln Financial Group, and perform any actions as requested. |
| | ***Cancel*** your commuter benefit elections (including parking, train, bus, subway, ferry or vanpool) by calling HealthEquity member services at 1-877-924-3967. |
| | ***Ensure*** you have a delegate established in My Concur and that all outstanding transactions are addressed. |
| **During your leave of absence** | ***Stay*** in contact with your manager at key points during your leave. It is important for you to participate in two-way conversation(s) with your manager to help: |
| | · Clarify when or if you will be able to return to work on the estimated return to work date |
| | · Inform your manager of any help or accommodation that may allow you to return to work sooner |
| | · Explain what kind of accommodation you will need when you return to work, if any |
| | ***Verify*** that your health care provider has submitted all the paperwork our leaves and claims administrator requires to make a decision on the approval of your leave. |
| | ***Read*** all communications you receive from our leaves and claims administrator. Be sure to review all enclosures to understand your rights and responsibilities. |
| | ***Review*** your approved-through date. If you are unable to return by the approved-through date: |
| | · Contact our claim and leave administrator at 1-877-HRWELLS (1-877-479-3557), to discuss extending your leave, which will require updated information from the health care provider. Refer to the medical certification guidelines under the Medical Leave section of the Employee Handbook for more information |
| | · Advise your manager that you have requested an extension. |
| | ***Record*** accrued unused PTO in the absence application of Workday if your leave of absence is taken intermittently (Medical and Maternity Leaves only). |

00000680 LFPB9WD1 00002781

*Make* timely payments of your benefit premiums. You will receive a letter from the HR Service Center telling you how to continue your health and welfare benefit coverage and how to make payments while on an unpaid leave. If you have any questions about this process, contact the HR Service Center at 1-877-HRWELLS (1-877-479-3557).

*Remember* if you have a court order that requires garnishment of your wages the court may allow for an exemption to the garnishment while you are on short-term disability. You may want to contact the court that issued the order to determine if an exemption is available to you and the next steps to take in order to request the exemption with the court.

Please note, this type of exemption, generally, does not apply to child or spousal support orders.

*Contact* your manager if you would like to take a one-time lump-sum payout of accrued, unused PTO during your approved leave of absence (this does not apply to employees on a Paid Parental Leave).

**Your return from leave**

*Contact* your manager at least 5 calendar days *before* your return from leave date to confirm you will be returning as planned.

*Obtain* a release to return to work note from your health care provider on or before your return; write your name and employee ID:
- fax it to Lincoln Financial Group at 1-866-214-7839 or mail it to:
  > The Lincoln National Life Insurance Company Disability Claims
  > PO Box 49410
  > Charlotte, NC 28277

*Complete* the following if your health care provider has released you to return from leave with restrictions, including a reduced work schedule:
- Contact your manager prior to your return, to advise him or her that you have restrictions so a determination can be made about accommodating them
- Contact our leaves and claims administrator, Lincoln Financial Group, at 1-877-HRWELLS (1-877-479-3557), to report your restrictions
- Ensure your release to return to work note outlines your restrictions

*Confirm* with your manager that he or she has reported your return to the HR Service Center or through Workday unless you are returning with medical restrictions or on a reduced work schedule.

*Contact* Accommodations Management at 1-877-HRWELLS (1-877-479-3557) if you and/or your manager need assistance exploring accommodations that can be made available to assist you with your return to work efforts. Accommodations Management is a resource available to employees with disabilities or medical restrictions to explore successful solutions and reasonable accommodations to successfully perform their jobs.

*Reapply* for commuter subsidies, which include but are not limited to car allowance, parking allowance, or commuter express programs.

*Reenroll* in your commuter benefit elections (including parking, train, bus, subway, ferry or vanpool) at https://participant.wageworks.com or by calling HealthEquity at 1-877-924-3967, 24 hours a day, 7 days a week, excluding some holidays.

*Remember*, if you currently have an Internal Commercial Card, your account has been systematically deactivated immediately upon the beginning of your leave. After you have returned from leave, the card will be systematically reactivated if you are compliant with all Internal Commercial Card policies and procedures. If the account has been closed by Internal Commercial Card, it will not be reopened.

# Leave Services

## Read Me Next - FAQ

**Group Benefits**

### What Is FMLA?

The Family Medical Leave Act (FMLA) is a Federal mandated benefit which provides eligible employees up to 12 weeks of unpaid job protection without the threat of job loss. The Leave Specialist manages the FMLA benefit and other Leave of Absences.

### What Is Entitlement?

Entitlement is 12 Weeks of unpaid, job protected leave provided to "eligible" employees for the following reasons:

- Incapacity due to Pregnancy and childbirth
- Bonding with newborn baby, foster child or adopted child
- Care of a family member or self with serious health condition

### What Is LOA?

Leave of Absence (LOA) is an approved, unpaid absence from work. This absence can either be intermittent or continuous FMLA or coordinated with a disability claim.

### What Is Disability Insurance?

Disability insurance provides supplemental income while an eligible employee is out of work on an approved medical leave of absence (non-work related illness or injury). A disability claim is managed by a Disability Case Manager (DCM).

### What is an Intermittent Leave?

An intermittent leave will allow unpaid, sporadic or periodic absences from work, rather than leave of absence involving a single absence of consecutive days.

### What is a Frequency?

The Frequency of an Intermittent FMLA leave is the estimated rate that absences could occur as a result of a certified serious health condition which is predicted by the physician.

### What is a Continuous Leave?

A continuous leave is a single unpaid leave of absence involving more than three consecutive days.

### Who Is Eligible?

**To be eligible for FMLA employees must:**

- Work for a covered employer at least 12 months prior to the start of the leave and
- Satisfy at least 1,250 hours during the 12 month period and
- Work in a location where the employer has 50 or more employees within a 75-mile radius.

### What is a Leave Specialist?

A Leave Specialist is a Lincoln Financial Group representative who manages and tracks your Leave of Absences.

### What is a Disability Case Manager (DCM)?

A DCM is a Lincoln Financial Group representative who manages your paid disability benefit.

### What is IVR?

The IVR is a computerized Interactive Voice Response system that allows a computer to interact with human voice. The IVR will allow you to report an intermittent absence, report your return to work, and report a new Leave or Claim.

### How do I REPORT INTERMITTENT TIME?

Intermittent time can be submitted via www.MyLincolnPortal.com or using the IVR system. Time can be reported 30 days in advance or within 7 days of your absence.

### What is My Lincoln Portal℠?

A website dedicated to provide you 24/7 access to the most up to date information on your Disability or Leave request.

- Complete a onetime user registration and use company code Wells to create an account. Returning user will enter ID and password.

- Click on View an Existing Claim or Leave and
  - o  Review Disability payments
  - o  See Claim and Leave Status
  - o  Get your leave entitlement balance
  - o  Report intermittent absences
  - o  Review your Time Applied Report



Lincoln
Financial Group



 GROUP BENEFITS DISABILITY CLAIMS
THE LINCOLN NATIONAL LIFE INSURANCE COMPANY
P.O. BOX 2578
OMAHA, NE 68172-9688

000680 LFPB9WD1 000000

 DORETTA BARNER
9106 WOODGREEN WAY
JONESBORO, GA 30238-0000

S 00000680 LFPB9WD1 00002775



Wells Fargo
HR Forms Fulfillment
MAC D1107-021
8740 Research Dr, 2nd Floor
Charlotte, NC 28262-8570

Doretta Barner
9106 Woodgreen Way
Jonesboro, Georgia  30238

# Unemployment Insurance Benefit Determination
Georgia Department of Labor
148 Andrew Young International Blvd. NE
Atlanta, Georgia 30303-1751


DORAETTE E BARNER
9106 WOODGREEN WAY
JONESBORO GA        30238

***-**-3012

| | | | |
|---|---|---|---|
| Weekly Benefit Amount | $365 | Date Mailed | 12/06/23 |
| Potential Number of Weeks | 14 | Appeal Rights Expire | 12/21/23 |
| Maximum Benefit Amount | $5110 | | |

Your claim year begins on 11-26-23 and ends on 11-23-24.  Your claim is based on wages paid from 07-01-22 to 06-30-23.  Examine the wages carefully to be sure that they are reported correctly.

Unless an electronic or a written appeal is filed, this determination becomes final 15 days after the date it is mailed to you.  If the 15th day falls on a Saturday, Sunday or state holiday, the next work day will be considered the 15th day for the purpose of filing an appeal.  An appeal may be filed online at dol.georgia.gov, in writing by email to appeals@gdol.ga.gov, or fax to 404-232-3901 or 404-232-3902. Refer to the Claimant Handbook for more details.

| Employer | JUL-SEP 22 | OCT-DEC 22 | JAN-MAR 23 | APR-JUN 23 | Total |
|---|---|---|---|---|---|
| WELLS FARGO BANK NA | $15022.00 | $12725.59 | $15257.55 | $12463.77 | $55468.91 |
| | | | | | |
| | $15022.00 | $12725.59 | $15257.55 | $12463.77 | $55468.91 |

**See back of this form for explanation of this monetary wage determination and other factors that affect your eligibility for benefits.**
Go to www.worksourcegaportal.com to add or create a résumé for job matches, receive job alerts, and view job postings from employers. Our partners at the Technical College System of Georgia (TCSG) can assist you with your employment needs.

DOL-411H(R-11/23)

1. **TO ESTABLISH A CLAIM**

(a) You must have been paid wages covered by unemployment insurance tax in two or more quarters in the period shown on your wage determination; and,

(b) The sum of your two highest quarters in your base period must equal at least $1,134; and,

(c) Your total wages must equal or exceed 1.5 times the total wages in your highest quarter.**

   ** If the only reason a claim cannot be established is because of the 1.5 times requirement, an alternate calculation may be made as follows:

   (1) Wages in the highest quarter shown are divided by 21 to establish a weekly benefit amount (no more than the current maximum).
   (2) The total earnings must equal or exceed 40 times the established weekly benefit amount.

   NOTE: Only wages actually PAID in the period shown on your wage determination can be considered. If you earned wages during that period, but were not paid until after the period ended, those wages cannot be used on your claim.

2. **TO DETERMINE WEEKLY BENEFIT AMOUNT**

When 1(a), (b), and (c) have been met, the wages in the two highest quarters will be divided by 42. (Fractions of a dollar are disregarded.)  For claims filed on or after 7/1/2019, the maximum weekly benefit amount shall not exceed $365.00.

3. **MAXIMUM AMOUNT AND NUMBER OF WEEKS OF BENEFITS: OCGA 34-8-19**

GA 2021 House Bill 1090 established a fluctuating maximum number of weeks of regular UI eligibility based upon a designated average unemployment rate.  The designated unemployment rate used to determine your UI eligibility is 3.1.  This claim may be established for up to  14  times the weekly benefit amount  or 1/4 of the wages shown on your wage determination, WHICHEVER IS LESS. Maximum Benefit Amount may be adjusted to the nearest multiple of the weekly benefit amount.  More information can be found at https://dol.georgia.gov/faqs-individuals/individuals-faqs-unemployment-insurance.

4. **ELIGIBILITY TO RECEIVE BENEFITS**

Eligibility to receive the benefits shown on the other side of this form is determined by the reason for your separation from your "most recent employer". This is not necessarily your LAST employer. The "most recent employer" will be determined according to the law.

5. **WEEK-TO-WEEK ELIGIBILITY**

If you are eligible to receive benefits based on the reason for separation, your continued eligibility is based on your week-to-week ability to work, availability for work and search for work. Refusal of any work or job referrals or failure to report as scheduled may also affect your eligibility at any time during your claim.

**ADDITIONAL INFORMATION CAN BE FOUND IN YOUR CLAIMANT HANDBOOK**
www.dol.state.ga.us/pdf/dol414.pdf



# Compensation Summary Statement

## Employee Information

| | |
|---|---|
| Name | Doretta Barner |
| Employee ID | 00001049093 |
| 2022 Performance Rating | Meets |
| 2022 Job Title | Associate Operations Processor |
| 2023 Job Title | Associate Operations Processor |

## Completed 2022 Performance Year

| | |
|---|---|
| **Base Salary at Year-End** | **41,600.00** USD |
| **Total Compensation\*** | **41,600.00** USD |

\*Includes base salary, discretionary annual incentives and long-term incentives
Does not include any awards under commission/production, transition or functional incentive plans.

## 2023 Base Salary

| | | |
|---|---|---|
| **Base Salary Increase\*** | **416.00** USD | (1.00%) |
| Annual Base Salary | 42,016.00 USD | |

\*Includes merit, required adjustments, promotional increases, and changes to base pay during the Compensation Review process.

Jan 25, 2023 11:25 AM

**Footnotes**

This statement is for information purposes only. The above amounts will be subject to relevant deductions for tax and social security contributions (if such deductions apply in your jurisdiction) along with any other deductions required or permitted by law, and any required approvals. All amounts are shown to the nearest whole unit. For employees paid on an hourly basis your annual base salary amounts are calculated based upon your hourly rate and your standard work hours per week. The effective dates of base salary and job title changes for the current performance year (if any) typically occur within the month of February. Specific dates vary by location. Discretionary awards or payments received in any one year do not guarantee receipt of such award or payments in subsequent years.

# Workplace Conduct



As an employee, you are expected to do what's right, be great at execution, advance work initiatives, and be accountable for your actions. Refrain from obscene, threatening, harassing, discriminatory, or abusive conduct that is likely to damage Wells Fargo's business or reputation, negatively affect coworkers, or that could be disparaging to customers.

Providing feedback or engaging in open, honest, robust, and direct communication to improve individual and organizational performance is a demonstration of the company's expectation of embracing candor and is not considered to be inappropriate conduct or a violation of this policy.

The way you handle interactions and communicate with others is important to the success of your team and the company. You're expected to treat customers and coworkers with respect and professionalism. You are also expected to treat your supervisor and other managers with respect and to avoid insubordinate behavior.

Visit Who We Are on Teamworks to explore expectations that apply to everyone at Wells Fargo, at every level and every role.

Your actions must always reflect the highest possible standards of business conduct and ethics. You're expected to use good judgment, integrity, and common sense in making work-related decisions and to be accountable for your actions. This includes avoiding conduct that is likely to damage Wells Fargo's business or reputation.

Unprofessional and inappropriate employee behavior includes but is not limited to:

- Any form of harassment or behavior that creates an intimidating or offensive work environment. See the related Anti-Harassment article for U.S. policy, or refer to applicable country policies as needed.
- Abusive behavior or conduct including verbal abuse, insults, name calling, deliberate attempts to humiliate or demean another, or repeated instances of disrespectful interruptions.
- Obscene language or repeated use of profanity.
- It may also include conduct that is welcome between employees but is inappropriate in the workplace or during work-related activities

- Outbursts
- Yelling
- Rudeness
- Bullying
- Distracting behavior during work time (such as being on your electronic or mobile device)
- Conduct that interferes with your or another team member's ability to perform job duties or provide effective customer service (see Violence-Free Workplace)

It may also include conduct that is welcome between team members but is inappropriate in the workplace or at work-related events. Exhibiting unprofessional and inappropriate workplace behavior violates Wells Fargo's policies.

**Insubordination**

Includes but is not limited to situations when:

- A team member fails or refuses to follow a manager's lawful instructions or perform assigned work.
- A team member refuses to stop an activity, behavior, or language that a manager has directed him or her to stop.
- A team member's language or verbal or physical conduct in the workplace is openly hostile or inappropriate.

**Providing information**

Each report of a violation of this policy will be evaluated, and details of the situation explored. Wells Fargo may need to conduct a review of these concerns. If you're asked to be part of such a process, you're expected to cooperate fully and honestly and not to interfere with the integrity of the process. In certain situations, you may be placed on administrative leave. For more information, see the related article: Administrative Leave.

Remember, the company does not tolerate any form of retaliation or other negative actions for speaking up or participating in the process to report and research a concern.

Review the Speak Up and Non-retaliation Policy in the Policy Library for detailed requirements

## Immediate Termination

Employment may be terminated immediately if you engage in illegal conduct on Wells Fargo premises or if your performance or conduct is such that *continued* employment would no longer be in the best interest of Wells Fargo. Examples of conduct that may result in immediate termination of employment include but aren't limited to:

- Certain violations of the Wells Fargo Code of Ethics and Business Conduct.
- Certain violations of the Wells Fargo Risk Management Accountability Policy.
- Certain violations of the Wells Fargo Information Security Policy.
- Violation of the standards for appropriate workplace behavior described in the Team Member Professionalism section of the handbook.

**Consequences**

Failure to meet these expectations can lead to a corrective action, which may affect your eligibility for pay increases, promotions, or transfer opportunities, or result in the adjustment or elimination of bonus and incentive payments (in accordance with your incentive plan terms). In addition, the corrective action may affect your annual performance evaluation and ratings overall or for individual objectives.

***Important:***. Failure to observe all aspects of the policies outlined here, including failure to participate fully and honestly in any investigative or fact-finding process initiated by Wells Fargo, can result in corrective action, which may include termination of your employment. For more information, see the related article: Corrective Action Overview.

_____          _____

Team Member Signature                              Date


_____          _____

Manager  Signature                                        Date

# Riverwoods

BEHAVIORAL HEALTH

223 MEDICAL CENTER DRIVE | RIVERDALE GA 30274-2460

## STATEMENT



## Online Bill Pay

Use this QR code to pay your bill online.



(i) Call us at: (770) 000-0692
Visit us at: www.riverwoodsbehavioral.com

### Statement Date: 10/17/2023

| Account Number | Due Date | Amount Due | Amount Paid |
|---|---|---|---|
| 1541423 | 11/01/2023 | $1,134.40 | $ |

| Addressee | Page 1 of 1 |
|---|---|

### Please make checks payable and remit to:

DORETTA BARNER
9106 WOODGREEN WAY
JONESBORO GA 30238-4534

RIVERWOODS BEHAV HEALTH
223 MEDICAL CENTER DRIVE
RIVERDALE GA 30274-2460

☐ Check if address/insurance changes are on back

Please detach and return top portion with payment.

| Account Number | Patient Name | Statement Date | Due Date |
|---|---|---|---|
| 1541423 | DORETTA BARNER | 10/17/2023 | 11/01/2023 |

| Date | Service Description | Amount |
|---|---|---|
| | **Patient Name: DORETTA BARNER**<br>Guarantor Number: 0048049 INS: KAISER PERMANENTE<br>Date of Service: 09/15/2023 | |
| 09/19/2023<br>09/27/2023 | Balance Forward<br>CA HMO-PPO - IP PSY<br>PMT HMO/PPO | $11,200.00<br>-$7,256.00<br>-$2,693.60 |
| | **INSURANCE PENDING** | **$116.00** |
| | **\*\*\*TOTAL DUE\*\*\*** | **$1,134.40** |

## MESSAGES

Total Charges..............................................$0.00
Total Payments/Adjustments ..............-$9,949.60

**AMOUNT DUE:   $1,134.40**

**RELATION INSURANCE, INC.**
1200 RIVERPLACE BLVD.
SUITE 917
JACKSONVILLE, FL 32207-1806

**ADDITIONAL IMPORTANT INFORMATION ON BACK:**

202309250113

**Return Service Requested**

MIXED AADC 303

2252 0.5738 MB 0.558

DORETTA BARNER                                              71
9106 WOODGREEN WAY
JONESBORO, GA  30238-4534

1 OF 2

ENV 2252

*EXPLANATION OF BENEFITS*
**THIS IS NOT A BILL - FOR INFORMATION ONLY**

GROUP NAME:  KP GA COMMERCIAL 20% COPAY
PATIENT NAME: DORETTA BARNER
PATIENT ID:  226858
CLAIM NO.: 202326479558500
BENEFIT PLAN:  60      KP GEORGIA PLAN
PROVIDER ID:  0000606088-01   VETERANS MEDICAL TRANSPORT
DATE PROCESSED: 09/25/2023

| TYPE OF SERVICE SERVICE DATE(S) | AMOUNT CHARGED | AMT NOT ELIGIBLE | REMARK CODES* | AMT ELIGIBLE | DEDUCTIBLE | MEMBER COST SHARE | AMOUNT PAID |
|---|---|---|---|---|---|---|---|
| TRANSPORTATION SERVICES 9/11-11/23 | 280.00 | 0.00 | | 280.00 | 0.00 | 0.00 | 280.00 |
| TRANSPORTATION SERVICES 9/11-11/23 | 74.25 | 0.00 | | 74.25 | 0.00 | 0.00 | 74.25 |
| TRANSPORTATION SERVICES 9/11-11/23 | 4.00 | 0.00 | | 4.00 | 0.00 | 0.00 | 4.00 |
| TRANSPORTATION SERVICES 9/11-11/23 | 165.00 | 0.00 | | 165.00 | 0.00 | 0.00 | 165.00 |
| **TOTALS  :** | 523.25 | 0.00 | | 523.25 | 0.00 | 0.00 | 523.25 |

YOUR OBLIGATION   : 0.00                    BENEFITS PAID TO PROVIDER   :   523.25

**Relation Insurance – RIS is a third-party administrator who processes ambulance claims on behalf of Kaiser-Permanente.**

## Appointment Information

| | | | |
|---|---|---|---|
| Name: | Barner, Doretta | MRN: | 0226858 |
| | | Needs Interp: | No [2] |
| Date: | 9/20/2023 | Status: | Sch |
| Appt Time: | 3:00 PM | Length: | 20 |
| Visit Type: | OFFICE VISIT ROUTINE 20 [981] | Copay: | $30.00 |
| Provider: | Goldenberg, Md Viviana I, M.D. | Department: | FO INTERNAL MEDICINE A |
| Referral Number: | | Referral Status: | |
| Notes: | Post hospital follow up; bcn: 770-603-1232 | | |
| Made On: | 9/15/2023 2:31 PM | By: | MITCHELL, CHRISTINE [X123678] (ES) |

*FMLA Paperwork*

## Follow Up Information

Follow-up Disposition
Diagnostic Follow up:
Instrucions:
Check Out Comments:

## Appointment Instructions

### Patient Instructions

Visit Type:      OFFICE VISIT ROUTINE 20
                 For your visit, please be prepared to discuss all medications you are taking.

Panel:

### Directions

Location Instruction:
From Sign In Desk:    FO INTERNAL MEDICINE A - Please have a seat in the lobby and we will notify you when
                      your provider is ready to see you.

## Patient Demographics for BARNER, DORETTA [0226858]

| | | | |
|---|---|---|---|
| DOB: | 6/26/1964 | SSN: | xxx-xx-xxxx |
| Age: | 59 yrs | Sex: | Female |
| Home Phone: | 770-603-1232 | Work Phone: | 770-477-4432 |
| Address: | 9106 WOODGREEN WAY | E-Mail: | Barnerdoretta@gmail.com |
| City/State/Zip: | Jonesboro, GA 30238-4534 | | |
| Perm Comments: | | | |

## Appointment Interpreter Information

| | | | |
|---|---|---|---|
| Interp Status: | | Interp Type: | | Pref Lang: | **English [1]** |
| Vendor: | | Ext. Interp: | | Intr Needed: | None |

## Overruled Appointment Warnings

| Warning | User | Reason | Comment |
|---|---|---|---|
| Length Different From Slot [3] | MITCHELL, CHRISTINE | | |
| Block Conflict [17] | MITCHELL, CHRISTINE | · | |

## Event Tracking Log

| Event Name | User | Date & Time | Comments |
|---|---|---|---|
| Appointment Scheduled | MITCHELL, CHRISTINE | 9/15/23 2:31 PM | |

Riverwoods Behavioral Health
9/15/2023

| Name: BARNER, DORETTA | Account #: 1541423 | M/R #: 233710 | Admit Date: 9/11/2023 | Room: SUPP01135A |
|---|---|---|---|---|
| Physician: Foxworth, Beau | Age: 59Y | Sex: Female | Weight : | Birth Date: 6/26/1964 |
| Host Hospital M/R #: 233710 | | Host Hospital Account: 1541423 | | |
| Allergies: No Known Drug Allergies | | Diagnosis: | | |

## My Crisis Safety Plan

*Recognizing my warning signs and use coping skills to keep myself safe and healthy.*

Triggers and Stressors: Behaviors, situations and circumstances that put me at emotional risk.

| | |
|---|---|
| 1: | Work stress |
| 2: | People yelling at me |
| 3: | |
| 4: | |

Warning Signs:    What does my behavior do as my risk increases?

| | |
|---|---|
| 1: | I become upset |
| 2: | I walk away |
| 3: | I pray |
| 4: | |

Things to do:    My goals for healthy behavior:

| | |
|---|---|
| 1: | Meditate |
| 2: | Pray |
| 3: | Deep breathing |
| 4: | |

Support System... Who can I call?

*1. National Suicide Prevention Lifeline 988*

| | | |
|---|---|---|
| 2. Name: | Vincent (friend) | Phone number: (678) 387-8486 |
| 3. Name: | | Phone Number: |
| 4. Name: | | Phone Number: |
| 5. Name: | | Phone Number: |

Firearms Safety:

*I understand that having firearms, or access to them, increases the chances of harming myself. I understand that firearms need to be safely disposed of or stored by someone else.*

Patient/Legal Representative/Guardian/ Family/Support Person Signature:

Signature: *[signature]*

Date: 9/15/2023     Time: 09:42 AM

Name: Barner, Doretta

☐ Unable to Sign    ☐ Refused to Sign

Phone Review with Legal Representative/ Guardian/ Family/ Support Person:

Name:

Date:     Time:

Copy was provided to:

☑ Patient

☐ Legal Representative/Guardian/ Family Support Person

☐ Other

## Intern Signatures

Staff Signature - Intern

Signature: *[signature]*    Date: 9/15/2023    Time: 09:44 AM

Name: Leeks, Virginia

TRC New Visions Behavioral Health
9/15/2023

| | | | | |
|---|---|---|---|---|
| Name: BARNER, DORETTA | Account #: 1541423 | M/R #: 233710 | Admit Date: 9/11/2023 | Room: SUPP01135A |
| Physician: Foxworth, Beau | Age: 59Y | Sex: Female | Weight : | Birth Date: 6/26/1964 |
| Host Hospital M/R #: 233710 | | Host Hospital Account: 1541423 | | |
| Allergies: No Known Drug Allergies | | Diagnosis: | | |

## Addendum

Addendum

---

Electronically Signed By:
**Virginia Leeks, MS LAPC NCC, 09/15/2023 09:43**

Form Audit:
Update - Electronically Signed By: Virginia Leeks, MS LAPC NCC, 09/15/2023 09:45
Complete - Electronically Signed By: Virginia Leeks, MS LAPC NCC, 09/15/2023 09:45

09/15/2023 08:45:28

Discharge Reconciliation Report For BARNER, DORETTA

# Discharge Reconciliation Report For BARNER, DORETTA
504 - Riverwoods Behavioral Health

# CONTINUE THESE MEDICATIONS AT HOME

   

| Medication | Dose | Route | Frequency | Last Given Date/Time | Morning | Afternoon | Evening | Bedtime |
|---|---|---|---|---|---|---|---|---|
| Escitalopram Oxalate (Escitalopram Oxalate)<br>Indication: major depressive disorder<br>Discharge Instructions: take as ordered | 5 mg | by mouth | *Daily | 09/15/2023 9:38 | ✔ | | | |
| hydroCHLOROthiazide (hydroCHLOROthiazide)<br>Indication: hypertension<br>Discharge Instructions: Auto sub for Chlorothalidone | 50 mg | by mouth | *Daily | 09/15/2023 9:38 | ✔ | | | |
| amLODIPine BESYLATE (Norvasc)<br>Indication: hypertension<br>Discharge Instructions: take as ordered | 5 mg | by mouth | *Daily | 09/15/2023 9:38 | ✔ | | | |
| ARIPiprazole (Abilify)<br>Indication: psychotic disorder<br>Discharge Instructions: I tab daily | 5 mg | by mouth | *Daily | 09/15/2023 9:38 | ✔ | | | |

09/15/2023 11:28:06

## Prescription History
### Riverwoods Behavioral Health

| Name: BARNER, DORETTA | Account #: 1541423 | M/R #: 233710 | Admit Date: 09/11/2023 | Room: SUPP01135A |
|---|---|---|---|---|
| Physician: Foxworth, Beau | Age: 59Y | Sex: F | Weight: | Birth Date: 06/26/1964 |
| Host Hospital M/R #: 233710 | | Host Hospital Account: 1541423 | | |
| Allergies: No Known Drug Allergies | | Diagnosis: | | |

| Prescription Order | Description | Status | Entered On | Completed On | Sent to Pharmacy |
|---|---|---|---|---|---|

09/15/2023 11:28:19                 Patient Education Inquiry

| Name: BARNER, DORETTA | Account #: 1541423 | M/R #: 233710 | Admit Date: 9/11/2023 | Room: SUPP01135A |
|---|---|---|---|---|
| Physician: Foxworth, Beau | Age: 59Y | Sex: Female | Weight: | Birth Date: 6/26/1964 |
| Drug Name: Escitalopram - Oral | | Message: Carefully Read This Drug's Patient Education Leaflet | | |

**IMPORTANT:** HOW TO USE THIS INFORMATION: This is a summary and does NOT have all possible information about this product. This information does not assure that this product is safe, effective, or appropriate for you. This information is not individual medical advice and does not substitute for the advice of your health care professional. Always ask your health care professional for complete information about this product and your specific health needs.

ESCITALOPRAM - ORAL (ES-sye-TAL-oh-pram)

COMMON BRAND NAME(S): Lexapro

WARNING: Antidepressant medications are used to treat a variety of conditions, including depression and other mental/mood disorders. These medications can help prevent suicidal thoughts/attempts and provide other important benefits. However, studies have shown that a small number of people (especially people younger than 25) who take antidepressants for any condition may experience worsening depression, other mental/mood symptoms, or suicidal thoughts/attempts. It is very important to talk with the doctor about the risks and benefits of antidepressant medication (especially for people younger than 25), even if treatment is not for a mental/mood condition.

Tell the doctor right away if you notice worsening depression/other psychiatric conditions, unusual behavior changes (including possible suicidal thoughts/attempts), or other mental/mood changes (including new/worsening anxiety, panic attacks, trouble sleeping, irritability, hostile/angry feelings, impulsive actions, severe restlessness, very rapid speech). Be especially watchful for these symptoms when a new antidepressant is started or when the dose is changed.

USES: Escitalopram is used to treat depression and anxiety. It works by helping to restore the balance of a certain natural substance (serotonin) in the brain. Escitalopram belongs to a class of drugs known as selective serotonin reuptake inhibitors (SSRI). It may improve your energy level and feelings of well-being and decrease nervousness.

OTHER USES: This section contains uses of this drug that are not listed in the approved US professional labeling for the drug but that may be prescribed by your health care professional. Use this drug for a condition that is listed in this section only if it has been so prescribed by your health care professional.

This drug may also be used for other mental conditions (such as obsessive-compulsive disorder, panic disorder) or binge eating disorder (BED). It may also be used for hot flashes that occur with menopause.

HOW TO USE: Read the Medication Guide and, if available, the Patient Information Leaflet provided by your pharmacist before you start taking escitalopram and each time you get a refill. If you have any questions, ask your doctor or pharmacist.

Take this medication by mouth with or without food as directed by your doctor, usually once daily in the morning or evening. The dosage is based on your medical condition, response to treatment, age, and other medications you may be taking. Be sure to tell your doctor and pharmacist about all the products you use (including prescription drugs, nonprescription drugs, and herbal products).

If you are using the liquid form of this medication, carefully measure the dose using a special measuring device/spoon. Do not use a household spoon because you may not get the correct dose.

To reduce your risk of side effects, your doctor may direct you to start taking this drug at a low dose and gradually increase your dose. Follow your doctor's instructions carefully. Do not increase your dose or use this drug more often or for longer than prescribed. Your condition will not improve any faster, and your risk of side effects will increase. Take this medication regularly to get the most benefit from it. To help you remember, take it at the same time each day.

Keep taking this medication even if you feel well. Do not stop taking this medication without consulting your doctor. Some conditions may become worse when this drug is suddenly stopped. Also, you may experience symptoms such as mood swings, headache, tiredness, sleep changes, and brief feelings similar to electric shock. To prevent these symptoms while you are stopping treatment with this drug, your doctor may reduce your dose gradually. Consult your doctor or pharmacist for more details. Report any new or worsening symptoms right away.

It may take 1 to 2 weeks to feel a benefit from this drug and 4 weeks to feel the full benefit of this medication. Tell your doctor if your condition does not improve or if it worsens.

SIDE EFFECTS: See also Warning section.

Nausea, dry mouth, trouble sleeping, constipation, tiredness, drowsiness, dizziness, and increased sweating may occur. If any of these effects last or get worse, tell your doctor promptly.

Remember that this medication has been prescribed because your doctor has judged that the benefit to you is greater than the risk of side effects. Many people using this medication do not have serious side effects.

09/15/2023 11:28:19
                                          Patient Education Inquiry

| | | | | |
|---|---|---|---|---|
| Name: BARNER, DORETTA | Account #: 1541423 | M/R #: 233710 | Admit Date: 9/11/2023 | Room: SUPP01135A |
| Physician: Foxworth, Beau | Age: 59Y | Sex: Female | Weight: | Birth Date: 6/26/1964 |
| Drug Name: Escitalopram - Oral | | Message: Carefully Read This Drug's Patient Education Leaflet | | |

Tell your doctor right away if you have any serious side effects, including: decreased interest in sex, changes in sexual ability, easy bleeding/bruising.

Get medical help right away if you have any very serious side effects, including: black stools, fainting, fast/irregular heartbeat, vomit that looks like coffee grounds, seizures, eye pain/swelling/redness, widened pupils, vision changes (such as seeing rainbows around lights at night, blurred vision).

This medication may increase serotonin and rarely cause a very serious condition called serotonin syndrome/toxicity. The risk increases if you are also taking other drugs that increase serotonin, so tell your doctor or pharmacist of all the drugs you take (see Drug Interactions section). Get medical help right away if you develop some of the following symptoms: fast heartbeat, hallucinations, loss of coordination, severe dizziness, severe nausea/vomiting/diarrhea, twitching muscles, unexplained fever, unusual agitation/restlessness.

Rarely, males may have a painful or prolonged erection lasting 4 or more hours. If this occurs, stop using this drug and get medical help right away, or permanent problems could occur.

A very serious allergic reaction to this drug is rare. However, get medical help right away if you notice any symptoms of a serious allergic reaction, including: rash, itching/swelling (especially of the face/tongue/throat), severe dizziness, trouble breathing.

This is not a complete list of possible side effects. If you notice other effects not listed above, contact your doctor or pharmacist.

In the US -

Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088 or at www.fda.gov/medwatch.

In Canada - Call your doctor for medical advice about side effects. You may report side effects to Health Canada at 1-866-234-2345.


PRECAUTIONS: Before taking escitalopram, tell your doctor or pharmacist if you are allergic to it; or to citalopram; or if you have any other allergies. This product may contain inactive ingredients, which can cause allergic reactions or other problems. Talk to your pharmacist for more details.

Before using this medication, tell your doctor or pharmacist your medical history, especially of: personal or family history of bipolar/manic-depressive disorder, personal or family history of suicide attempts, liver disease, seizures, bleeding problems, low sodium in the blood (hyponatremia), personal or family history of glaucoma (angle-closure type).

Escitalopram may cause a condition that affects the heart rhythm (QT prolongation). QT prolongation can rarely cause serious (rarely fatal) fast/irregular heartbeat and other symptoms (such as severe dizziness, fainting) that need medical attention right away.

The risk of QT prolongation may be increased if you have certain medical conditions or are taking other drugs that may cause QT prolongation. Before using escitalopram, tell your doctor or pharmacist of all the drugs you take and if you have any of the following conditions: certain heart problems (heart failure, slow heartbeat, recent heart attack, QT prolongation in the EKG), family history of certain heart problems (QT prolongation in the EKG, sudden cardiac death).

Low levels of potassium or magnesium in the blood may also increase your risk of QT prolongation. This risk may increase if you use certain drugs (such as diuretics/"water pills") or if you have conditions such as severe sweating, diarrhea, or vomiting. Talk to your doctor about using escitalopram safely.

This drug may make you dizzy or drowsy. Alcohol or marijuana (cannabis) can make you more dizzy or drowsy. Do not drive, use machinery, or do anything that needs alertness until you can do it safely. Avoid alcoholic beverages. Talk to your doctor if you are using marijuana (cannabis).

The liquid form of this medication may contain sugar and/or aspartame. Caution is advised if you have diabetes, phenylketonuria (PKU), or any other condition that requires you to limit/avoid these substances in your diet. Ask your doctor or pharmacist about using this medication safely.

Before having surgery, tell your doctor or dentist about all the products you use (including prescription drugs, nonprescription drugs, and herbal products).

Older adults may be more sensitive to the side effects of this drug, especially QT prolongation (see above), loss of coordination, or bleeding. They may also be more likely to lose too much salt (hyponatremia), especially if they are also taking "water pills" (diuretics) with this medication. Loss of coordination can increase the risk of falling.

Children may be more sensitive to the side effects of this drug, especially loss of appetite and weight loss. Monitor weight and height in children who are taking this drug.

During pregnancy, this medication should be used only when clearly needed. It may harm an unborn baby. Also, babies born to mothers who have used this drug during the last 3 months of pregnancy may rarely develop withdrawal symptoms such as feeding/breathing difficulties, seizures, muscle stiffness, or constant crying. If you notice any of these symptoms in your newborn, tell the doctor promptly.

Since untreated mental/mood problems (such as depression, anxiety, obsessive-compulsive disorder, panic disorder) can be a serious condition, do not stop using this medication unless directed by your doctor. If you are planning pregnancy, become pregnant, or think you may be pregnant, immediately discuss with your doctor the benefits and risks of using this medication during pregnancy.

This medication passes into breast milk and may have undesirable effects on a nursing infant. Consult your doctor before breast-feeding.

09/15/2023 11:28:19

## Patient Education Inquiry

| | | | | |
|---|---|---|---|---|
| Name: BARNER, DORETTA | Account #: 1541423 | M/R #: 233710 | Admit Date: 9/11/2023 | Room: SUPP01135A |
| Physician: Foxworth, Beau | Age: 59Y | Sex: Female | Weight: | Birth Date: 6/26/1964 |
| Drug Name: Escitalopram - Oral | | Message: Carefully Read This Drug's Patient Education Leaflet | | |

DRUG INTERACTIONS: Drug interactions may change how your medications work or increase your risk for serious side effects. This document does not contain all possible drug interactions. Keep a list of all the products you use (including prescription/nonprescription drugs and herbal products) and share it with your doctor and pharmacist. Do not start, stop, or change the dosage of any medicines without your doctor's approval.

Some products that may interact with this drug are: other drugs that can cause bleeding/bruising (including antiplatelet drugs such as clopidogrel, NSAIDs such as ibuprofen/naproxen, "blood thinners" such as dabigatran/warfarin).

Aspirin can increase the risk of bleeding when used with this medication. However, if your doctor has directed you to take low-dose aspirin for heart attack or stroke prevention (usually 81-162 milligrams a day), you should continue taking it unless your doctor instructs you otherwise. Ask your doctor or pharmacist for more details.

Taking MAO inhibitors with this medication may cause a serious (possibly fatal) drug interaction. Avoid taking MAO inhibitors (isocarboxazid, linezolid, metaxalone, methylene blue, moclobemide, phenelzine, procarbazine, rasagiline, safinamide, selegiline, tranylcypromine) during treatment with this medication. Most MAO inhibitors should also not be taken for two weeks before and after treatment with this medication. Ask your doctor when to start or stop taking this medication.

The risk of serotonin syndrome/toxicity increases if you are also taking other drugs that increase serotonin. Examples include street drugs such as MDMA/"ecstasy," St. John's wort, certain antidepressants (including other SSRIs such as fluoxetine/paroxetine, SNRIs such as duloxetine/venlafaxine), tryptophan, among others. The risk of serotonin syndrome/toxicity may be more likely when you start or increase the dose of these drugs.

Tell your doctor or pharmacist if you are taking other products that cause drowsiness including alcohol, marijuana (cannabis), antihistamines (such as cetirizine, diphenhydramine), drugs for sleep or anxiety (such as alprazolam, diazepam, zolpidem), muscle relaxants, and opioid pain relievers (such as codeine).

Check the labels on all your medicines (such as allergy, pain/fever reducers, or cough-and-cold products) because they may contain ingredients that cause drowsiness or increase the risk of bleeding. Ask your pharmacist about using those products safely.

Many drugs besides escitalopram may affect the heart rhythm (QT prolongation), including amiodarone, pimozide, procainamide, quinidine, sotalol, among others.

Escitalopram is very similar to citalopram. Do not use medications containing citalopram while using escitalopram.

This medication may interfere with certain medical/lab tests (such as brain scan for Parkinson's disease), possibly causing false test results. Make sure lab personnel and all your doctors know you use this drug.

OVERDOSE: If someone has overdosed and has serious symptoms such as passing out or trouble breathing, call 911. Otherwise, call a poison control center right away. US residents can call their local poison control center at 1-800-222-1222. Canada residents can call a provincial poison control center.

NOTES: Do not share this medication with others.

Keep all regular medical and psychiatric appointments.

MISSED DOSE: If you miss a dose, take it as soon as you remember. If it is near the time of the next dose, skip the missed dose. Take your next dose at the regular time. Do not double the dose to catch up.

STORAGE: Store at room temperature away from light and moisture. Do not store in the bathroom. Keep all medications away from children and pets.

Do not flush medications down the toilet or pour them into a drain unless instructed to do so. Properly discard this product when it is expired or no longer needed. Consult your pharmacist or local waste disposal company.

Information last revised May 2023. Copyright(c) 2023 First Databank, Inc.

09/15/2023 11:28:21

## Patient Education Inquiry

| | | | | |
|---|---|---|---|---|
| Name: BARNER, DORETTA | Account #: 1541423 | M/R #: 233710 | Admit Date: 9/11/2023 | Room: SUPP01135A |
| Physician: Foxworth, Beau | Age: 59Y | Sex: Female | Weight: | Birth Date: 6/26/1964 |
| Drug Name: Hydrochlorothiazide - Oral | | Message: Carefully Read This Drug's Patient Education Leaflet | | |

IMPORTANT: HOW TO USE THIS INFORMATION: This is a summary and does NOT have all possible information about this product. This information does not assure that this product is safe, effective, or appropriate for you. This information is not individual medical advice and does not substitute for the advice of your health care professional. Always ask your health care professional for complete information about this product and your specific health needs.

HYDROCHLOROTHIAZIDE - ORAL (HYE-droe-KLOR-oh-THYE-a-zide)

COMMON BRAND NAME(S): Microzide

USES: This medication is used to treat high blood pressure. Lowering high blood pressure helps prevent strokes, heart attacks, and kidney problems. Hydrochlorothiazide belongs to a class of drugs known as diuretics/"water pills." It works by causing you to make more urine. This helps your body get rid of extra salt and water.

This medication also reduces extra fluid in the body (edema) caused by conditions such as heart failure, liver disease, or kidney disease. This can lessen symptoms such as shortness of breath or swelling in your ankles or feet.

HOW TO USE: Take this medication by mouth as directed by your doctor, usually once daily in the morning with or without food. If you take this drug too close to bedtime, you may need to wake up to urinate. It is best to take this medication at least 4 hours before your bedtime.

The dosage is based on your medical condition and response to treatment.

Use this medication regularly to get the most benefit from it. To help you remember, take it at the same time each day. Keep taking this medication even if you feel well. Most people with high blood pressure do not feel sick.

If you also take certain drugs to lower your cholesterol (bile acid-binding resins such as cholestyramine or colestipol), take hydrochlorothiazide at least 4 hours before or at least 4 to 6 hours after these medications.

Tell your doctor if your condition does not get better or if it gets worse (for example, your blood pressure readings remain high or increase).

SIDE EFFECTS: Upset stomach, dizziness, or headache may occur as your body adjusts to the medication. If any of these effects last or get worse, tell your doctor or pharmacist promptly.

To reduce the risk of dizziness and lightheadedness, get up slowly when rising from a sitting or lying position.

Remember that this medication has been prescribed because your doctor has judged that the benefit to you is greater than the risk of side effects. Many people using this medication do not have serious side effects.

Tell your doctor right away if you have any serious side effects, including: decrease in vision, eye pain.

This medication may cause dehydration and electrolyte imbalance. Tell your doctor right away if you have any symptoms of dehydration or electrolyte imbalance, including: extreme thirst, very dry mouth, muscle cramps/weakness, slow/fast/irregular heartbeat, confusion, decreased urination.

A very serious allergic reaction to this drug is rare. However, get medical help right away if you notice any symptoms of a serious allergic reaction, including: rash, itching/swelling (especially of the face/tongue/throat), severe dizziness, trouble breathing.

This is not a complete list of possible side effects. If you notice other effects not listed above, contact your doctor or pharmacist.

In the US -

Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088 or at www.fda.gov/medwatch.

In Canada - Call your doctor for medical advice about side effects. You may report side effects to Health Canada at 1-866-234-2345.

PRECAUTIONS: Before taking hydrochlorothiazide, tell your doctor or pharmacist if you are allergic to it; or if you have any other allergies. This product may contain inactive ingredients (such as sulfites found in some brands), which can cause allergic reactions or other problems. Talk to your pharmacist for more details.

Before using this medication, tell your doctor or pharmacist your medical history, especially of: diabetes, gout, kidney disease, liver disease, lupus, skin cancer.

This drug may make you dizzy. Alcohol or marijuana (cannabis) can make you more dizzy. Do not drive, use machinery, or do anything that needs alertness until you can do it safely. Limit alcoholic beverages. Talk to your doctor if you are using marijuana (cannabis).

Severe sweating, diarrhea, or vomiting can increase the risk for dehydration. Report prolonged diarrhea or vomiting to your doctor. To prevent dehydration, drink plenty of fluids unless your doctor directs you otherwise.

09/15/2023 11:28:21                Patient Education Inquiry

| | | | | |
|---|---|---|---|---|
| Name: BARNER, DORETTA | Account #: 1541423 | M/R #: 233710 | Admit Date: 9/11/2023 | Room: SUPP01135A |
| Physician: Foxworth, Beau | Age: 59Y | Sex: Female | Weight: | Birth Date: 6/26/1964 |
| Drug Name: Hydrochlorothiazide - Oral | | | Message: Carefully Read This Drug's Patient Education Leaflet | |

If you have diabetes, hydrochlorothiazide may affect your blood sugar. Check your blood sugar regularly as directed by your doctor. Your doctor may need to adjust your diabetes medication, exercise program, or diet.

This drug may decrease your potassium levels. Ask your doctor about foods high in potassium (such as bananas, orange juice) or about using a salt substitute containing potassium. A potassium supplement may be prescribed by your doctor.

This medication may make you more sensitive to the sun. It may also increase your risk for skin cancer, especially if you take it for a long time. Limit your time in the sun. Avoid tanning booths and sunlamps. Use sunscreen and wear protective clothing when outdoors. Tell your doctor right away if you get sunburned, have skin blisters/redness, or notice new or changed moles/skin lesions.

Before having surgery, tell your doctor or dentist about all the products you use (including prescription drugs, nonprescription drugs, and herbal products).

Older adults may be more sensitive to the effects of this drug, especially dizziness.

During pregnancy, this medication should be used only when clearly needed. Discuss the risks and benefits with your doctor.

This drug passes into breast milk, but is unlikely to harm a nursing infant. Consult your doctor before breast-feeding.


DRUG INTERACTIONS:  See also How To Use section.

Drug interactions may change how your medications work or increase your risk for serious side effects. This document does not contain all possible drug interactions. Keep a list of all the products you use (including prescription/nonprescription drugs and herbal products) and share it with your doctor and pharmacist. Do not start, stop, or change the dosage of any medicines without your doctor's approval.

Some products that may interact with this drug include: dofetilide, lithium.

Some products have ingredients that could raise your blood pressure or worsen your swelling. Tell your pharmacist what products you are using, and ask how to use them safely (especially cough-and-cold products, diet aids, or NSAIDs such as ibuprofen/naproxen).

This medication may interfere with certain lab tests (such as parathyroid function), possibly causing false test results. Make sure lab personnel and all your doctors know you use this drug.


OVERDOSE:  If someone has overdosed and has serious symptoms such as passing out or trouble breathing, call 911. Otherwise, call a poison control center right away. US residents can call their local poison control center at 1-800-222-1222. Canada residents can call a provincial poison control center. Symptoms of overdose may include: severe dizziness, weakness, fainting.


NOTES:  Do not share this medication with others.

Lifestyle changes that may help this medication work better include exercising, stopping smoking, and eating a low-cholesterol/low-fat diet. Consult your doctor for more details.

Lab and/or medical tests (such as potassium levels, kidney function, skin exams) should be done while you are taking this medication. Keep all medical and lab appointments. Consult your doctor for more details.

Check your blood pressure and pulse (heart rate) regularly while taking this medication. Learn how to check your own blood pressure and pulse at home, and share the results with your doctor.


MISSED DOSE:  If you miss a dose, take it as soon as you remember. If it is near the time of the next dose, skip the missed dose. Take your next dose at the regular time. Do not double the dose to catch up.


STORAGE:  Store at room temperature away from light and moisture. Do not store in the bathroom. Keep all medications away from children and pets.

Do not flush medications down the toilet or pour them into a drain unless instructed to do so. Properly discard this product when it is expired or no longer needed. Consult your pharmacist or local waste disposal company.


Information last revised October 2021. Copyright(c) 2023 First Databank, Inc.

09/15/2023 11:28:24
Patient Education Inquiry

| Name: BARNER, DORETTA | Account #: 1541423 | M/R #: 233710 | Admit Date: 9/11/2023 | Room: SUPP01135A |
|---|---|---|---|---|
| Physician: Foxworth, Beau | Age: 59Y | Sex: Female | Weight: | Birth Date: 6/26/1964 |
| Drug Name: Amlodipine-Oral | | Message: Carefully Read This Drug's Patient Education Leaflet | | |

IMPORTANT: HOW TO USE THIS INFORMATION: This is a summary and does NOT have all possible information about this product. This information does not assure that this product is safe, effective, or appropriate for you. This information is not individual medical advice and does not substitute for the advice of your health care professional. Always ask your health care professional for complete information about this product and your specific health needs.

AMLODIPINE - ORAL (am-LOE-di-peen)

COMMON BRAND NAME(S): Norvasc

USES: Amlodipine is used with or without other medications to treat high blood pressure. Lowering high blood pressure helps prevent strokes, heart attacks, and kidney problems. Amlodipine belongs to a class of drugs known as calcium channel blockers. It works by relaxing blood vessels so blood can flow more easily.

Amlodipine is also used to prevent certain types of chest pain (angina). It may help to increase your ability to exercise and decrease the frequency of angina attacks. It should not be used to treat attacks of chest pain when they occur. Use other medications (such as sublingual nitroglycerin) to relieve attacks of chest pain as directed by your doctor.

HOW TO USE: Read the Patient Information Leaflet if available from your pharmacist before you start taking amlodipine and each time you get a refill. If you have any questions, ask your doctor or pharmacist.

Take this medication by mouth with or without food as directed by your doctor, usually once daily.

If you are using the liquid form of this medication, check the manufacturer's information or ask your pharmacist for specific directions. Some brands of the liquid form should be shaken before use, while other brands do not need to be shaken before use. Carefully measure the dose using a special measuring device/spoon. Do not use a household spoon because you may not get the correct dose

The dosage is based on your medical condition and response to treatment. Your doctor may gradually increase your dose. Follow your doctor's instructions carefully.

Use this medication regularly to get the most benefit from it. To help you remember, take it at the same time each day. Keep taking this medication even if you feel well. Most people with high blood pressure do not feel sick.

If used for angina, this medication must be taken regularly to be effective. It should not be used to treat angina when it occurs. Use other medications (such as sublingual nitroglycerin) to relieve an angina attack as directed by your doctor. Consult your doctor or pharmacist for details.

Tell your doctor if your condition does not improve or if it worsens (for example, your blood pressure readings remain high or increase, chest pain continues or worsens).

SIDE EFFECTS: Dizziness, lightheadedness, swelling ankles/feet, or flushing may occur. If any of these effects last or get worse, tell your doctor or pharmacist promptly.

To lower your risk of dizziness and lightheadedness, get up slowly when rising from a sitting or lying position.

Remember that this medication has been prescribed because your doctor has judged that the benefit to you is greater than the risk of side effects. Many people using this medication do not have serious side effects.

Tell your doctor right away if you have any serious side effects, including: fast/irregular/pounding heartbeat, fainting.

Although this medication is effective in preventing chest pain (angina), some people who already have severe heart disease may rarely develop worsening chest pain or a heart attack after starting this medication or increasing the dose. Get medical help right away if you experience: worsening chest pain, symptoms of a heart attack (such as chest/jaw/left arm pain, shortness of breath, unusual sweating).

A very serious allergic reaction to this drug is rare. However, get medical help right away if you notice any symptoms of a serious allergic reaction, including: rash, itching/swelling (especially of the face/tongue/throat), severe dizziness, trouble breathing.

This is not a complete list of possible side effects. If you notice other effects not listed above, contact your doctor or pharmacist.

In the US -

Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088 or at www.fda.gov/medwatch.

In Canada - Call your doctor for medical advice about side effects. You may report side effects to Health Canada at 1-866-234-2345.

PRECAUTIONS: Before taking amlodipine, tell your doctor or pharmacist if you are allergic to it; or to other dihydropyridine calcium channel blockers (such as nisoldipine, nifedipine) or if you have any other allergies. This product may contain inactive ingredients, which can cause allergic reactions or other problems. Talk to your pharmacist for more details.

09/15/2023 11:28:24                    Patient Education Inquiry

| Name: BARNER, DORETTA | Account #: 1541423 | M/R #: 233710 | Admit Date: 9/11/2023   Room: SUPP01135A |
|---|---|---|---|
| Physician: Foxworth, Beau | Age: 59Y | Sex: Female | Weight:                    Birth Date: 6/26/1964 |
| Drug Name: Amlodipine-Oral | | Message: Carefully Read This Drug's Patient Education Leaflet | |

Before using this medication, tell your doctor or pharmacist your medical history, especially of: a certain structural heart problem (aortic stenosis), very low blood pressure, liver disease.

This drug may make you dizzy. Alcohol or marijuana (cannabis) can make you more dizzy. Do not drive, use machinery, or do anything that needs alertness until you can do it safely. Limit alcoholic beverages. Talk to your doctor if you are using marijuana (cannabis).

Before having surgery, tell your doctor or dentist about all the products you use (including prescription drugs, nonprescription drugs, and herbal products).

Older adults may be more sensitive to the effects of this drug, especially dizziness.

During pregnancy, this medication should be used only when clearly needed. Discuss the risks and benefits with your doctor.

This drug passes into breast milk. Consult your doctor before breast-feeding.


DRUG INTERACTIONS:  Drug interactions may change how your medications work or increase your risk for serious side effects. This document does not contain all possible drug interactions. Keep a list of all the products you use (including prescription/nonprescription drugs and herbal products) and share it with your doctor and pharmacist. Do not start, stop, or change the dosage of any medicines without your doctor's approval.

Some products have ingredients that could raise your blood pressure. Tell your pharmacist what products you are using, and ask how to use them safely (especially cough-and-cold products, diet aids, or NSAIDs such as ibuprofen/naproxen).


OVERDOSE:  If someone has overdosed and has serious symptoms such as passing out or trouble breathing, call 911. Otherwise, call a poison control center right away. US residents can call their local poison control center at 1-800-222-1222. Canada residents can call a provincial poison control center. Symptoms of overdose may include: fainting, severe dizziness.


NOTES:  Do not share this medication with others.

Lifestyle changes that may help this medication work better include exercising, stopping smoking, reducing stress, and eating a low-cholesterol/low-fat diet. Consult your doctor for more details.

Lab and/or medical tests (such as blood pressure) should be done while you are taking this medication. Keep all medical and lab appointments. Consult your doctor for more details.

Check your blood pressure regularly while taking this medication. Learn how to monitor your own blood pressure at home, and share the results with your doctor.


MISSED DOSE:  If you miss a dose, take it as soon as you remember. If it is near the time of the next dose, skip the missed dose. Take your next dose at the regular time. Do not double the dose to catch up.


STORAGE:  Store the tablets at room temperature away from light and moisture. Do not store in the bathroom. Keep all medications away from children and pets.

Different brands of the liquid form of this medication have different storage needs. Check the product package for instructions on how to store your brand, or ask your pharmacist.

Do not flush medications down the toilet or pour them into a drain unless instructed to do so. Properly discard this product when it is expired or no longer needed. Consult your pharmacist or local waste disposal company.


Information last revised May 2023. Copyright(c) 2023 First Databank, Inc.

| Name: BARNER, DORETTA | Account #: 1541423 | M/R #: 233710 | Admit Date: 9/11/2023 | Room: SUPP01135A |
|---|---|---|---|---|
| Physician: Foxworth, Beau | Age: 59Y | Sex: Female | Weight: | Birth Date: 6/26/1964 |
| Drug Name: Aripiprazole - Oral | | Message: Carefully Read This Drug's Patient Education Leaflet | | |

IMPORTANT: HOW TO USE THIS INFORMATION: This is a summary and does NOT have all possible information about this product. This information does not assure that this product is safe, effective, or appropriate for you. This information is not individual medical advice and does not substitute for the advice of your health care professional. Always ask your health care professional for complete information about this product and your specific health needs.

ARIPIPRAZOLE - ORAL (AR-i-PIP-ra-zole)

COMMON BRAND NAME(S): Abilify

WARNING: If you are using aripiprazole in combination with other medication to treat depression, also carefully read the drug information for the other medication.

There may be a slightly increased risk of serious, possibly fatal side effects (such as stroke, heart failure, fast/irregular heartbeat, pneumonia) when this medication is used by older adults with dementia. This medication is not approved for the treatment of dementia-related behavior problems. Discuss the risks and benefits of this medication, as well as other effective and possibly safer treatments for dementia-related behavior problems, with the doctor.

USES: Aripiprazole is used to treat certain mental/mood disorders (such as bipolar disorder, schizophrenia, Tourette's syndrome, and irritability associated with autistic disorder). It may also be used in combination with other medication to treat depression. Aripiprazole is known as an antipsychotic drug (atypical type). It works by helping to restore the balance of certain natural chemicals in the brain (neurotransmitters).

This medication can decrease hallucinations and improve your concentration. It helps you to think more clearly and positively about yourself, feel less nervous, and take a more active part in everyday life. Aripiprazole can treat severe mood swings and decrease how often mood swings occur.

OTHER USES: This section contains uses of this drug that are not listed in the approved professional labeling for the drug but that may be prescribed by your health care professional. Use this drug for a condition that is listed in this section only if it has been so prescribed by your health care professional.

This medication may also be used for obsessive-compulsive disorder.

HOW TO USE: Read the Medication Guide and, if available, the Patient Information Leaflet provided by your pharmacist before you start taking aripiprazole and each time you get a refill. If you have any questions, ask your doctor or pharmacist.

Take this medication by mouth with or without food as directed by your doctor, usually once daily. The dosage is based on your medical condition, response to treatment, age, and other medications you may be taking. Be sure to tell your doctor and pharmacist about all the products you use (including prescription drugs, nonprescription drugs, and herbal products). To reduce your risk of side effects, your doctor may direct you to start this medication at a low dose and gradually increase your dose. Follow your doctor's instructions carefully.

The manufacturer directs to swallow this medication whole. However, many similar drugs (immediate-release tablets) can be split/crushed. Follow your doctor's direction on how to take this medication.

If you are using the liquid form of this medication, carefully measure the dose using a special measuring device/cup. Do not use a household spoon because you may not get the correct dose.

Do not increase your dose or use this drug more often or for longer than prescribed. Your condition will not improve any faster, and your risk of side effects will increase.

It may take several weeks before you get the full benefit of this drug. Use this medication regularly to get the most benefit from it. To help you remember, take it at the same time each day.

Keep taking this medication even if you feel well. Do not stop taking this medication without consulting your doctor. Some conditions may become worse when this drug is suddenly stopped. Your dose may need to be gradually decreased.

Tell your doctor if your condition does not improve or if it worsens.

SIDE EFFECTS: See also Warning section.

Dizziness, lightheadedness, drowsiness, nausea, vomiting, tiredness, excess saliva/drooling, blurred vision, weight gain, constipation, headache, and trouble sleeping may occur. If any of these effects last or get worse, tell your doctor or pharmacist promptly.

Dizziness and lightheadedness can increase the risk of falling. Get up slowly when rising from a sitting or lying position.

09/15/2023 11:28:25                     Patient Education Inquiry

| Name: BARNER, DORETTA | Account #: 1541423 | M/R #: 233710 | Admit Date: 9/11/2023 | Room: SUPP01135A |
|---|---|---|---|---|
| Physician: Foxworth, Beau | Age: 59Y | Sex: Female | Weight: | Birth Date: 6/26/1964 |
| Drug Name: Aripiprazole - Oral | | Message: Carefully Read This Drug's Patient Education Leaflet | | |

Remember that this medication has been prescribed because your doctor has judged that the benefit to you is greater than the risk of side effects. Many people using this medication do not have serious side effects.

Tell your doctor right away if you have any serious side effects, including: fainting, mental/mood changes (such as increased anxiety, depression, suicidal thoughts), trouble swallowing, restlessness (especially in the legs), shaking (tremor), muscle spasm, mask-like expression of the face, seizures, trouble controlling certain urges (such as gambling, sex, eating or shopping), interrupted breathing during sleep.

This medication may rarely make your blood sugar rise, which can cause or worsen diabetes. Tell your doctor right away if you have symptoms of high blood sugar such as increased thirst/urination. If you already have diabetes, check your blood sugar regularly as directed and share the results with your doctor. Your doctor may need to adjust your diabetes medication, exercise program, or diet.

This medication may rarely cause a condition called tardive dyskinesia. In some cases, this condition may be permanent. Tell your doctor right away if you develop any unusual uncontrolled movements (especially of the face, mouth, tongue, arms, or legs).

This medication may rarely cause a very serious condition called neuroleptic malignant syndrome (NMS). Get medical help right away if you have any of the following symptoms: fever, muscle stiffness/pain/tenderness/weakness, severe tiredness, severe confusion, sweating, fast/irregular heartbeat, dark urine, signs of kidney problems (such as change in the amount of urine).

A very serious allergic reaction to this drug is rare. However, get medical help right away if you notice any symptoms of a serious allergic reaction, including: fever, swollen lymph nodes, rash, itching/swelling (especially of the face/tongue/throat), severe dizziness, trouble breathing.

This is not a complete list of possible side effects. If you notice other effects not listed above, contact your doctor or pharmacist.

In the US -

Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088 or at www.fda.gov/medwatch.

In Canada - Call your doctor for medical advice about side effects. You may report side effects to Health Canada at 1-866-234-2345.


PRECAUTIONS:  See also Warning section.

Before taking aripiprazole, tell your doctor or pharmacist if you are allergic to it; or if you have any other allergies. This product may contain inactive ingredients (such as propylene glycol), which can cause allergic reactions or other problems. Talk to your pharmacist for more details.

Before using this medication, tell your doctor or pharmacist your medical history, especially of: problems with blood flow in the brain (such as cerebrovascular disease, stroke), diabetes (including family history), heart problems (such as low blood pressure, coronary artery disease, heart failure, irregular heartbeat), nervous system problems (such as dementia, NMS, seizures), obesity, low white blood cell count (including history of low white blood cell count caused by medications), swallowing problems, breathing trouble during sleep (sleep apnea).

This drug may make you dizzy or drowsy or blur your vision. Alcohol or marijuana (cannabis) can make you more dizzy or drowsy. Do not drive, use machinery, or do anything that needs alertness or clear vision until you can do it safely. Avoid alcoholic beverages. Talk to your doctor if you are using marijuana (cannabis).

This medication may make you sweat less, making you more likely to get heat stroke. Avoid doing things that may cause you to overheat, such as hard work or exercise in hot weather, or using hot tubs. When the weather is hot, drink a lot of fluids and dress lightly. If you overheat, quickly look for a place to cool down and rest. Get medical help right away if you have a fever that does not go away, mental/mood changes, headache, or dizziness.

Liquid preparations of this product may contain sugar. Caution is advised if you have diabetes. Ask your doctor or pharmacist about using this product safely.

Older adults may be more sensitive to the side effects of this drug, especially seizures, drowsiness, dizziness, lightheadedness, confusion, tardive dyskinesia, swallowing problems, and other serious (rarely fatal) side effects. (See also Warning section.) Drowsiness, dizziness, lightheadedness, and confusion can increase the risk of falling.

Before having surgery, tell your doctor or dentist about all the products you use (including prescription drugs, nonprescription drugs, and herbal products).

During pregnancy, this medication should be used only when clearly needed. Babies born to mothers who have used this drug during the last 3 months of pregnancy may rarely develop symptoms including muscle stiffness or shakiness, drowsiness, feeding/breathing difficulties, or constant crying. If you notice any of these symptoms in your newborn especially during their first month, tell the doctor right away.

Since untreated mental/mood problems (such as bipolar disorder, schizophrenia) can be a serious condition, do not stop taking this medication unless directed by your doctor. If you are planning pregnancy, become pregnant, or think you may be pregnant, immediately discuss with your doctor the benefits and risks of using this medication during pregnancy.

This medication passes into breast milk. Consult your doctor before breast-feeding.


DRUG INTERACTIONS:  Drug interactions may change how your medications work or increase your risk for serious side effects. This document does not contain all possible drug interactions. Keep a list of all the products you use (including prescription/nonprescription drugs and herbal products) and share it with your doctor and pharmacist. Do not start, stop, or change the dosage of any medicines without your doctor's approval.

09/15/2023 11:28:25

## Patient Education Inquiry

| | | | | |
|---|---|---|---|---|
| Name: BARNER, DORETTA | Account #: 1541423 | M/R #: 233710 | Admit Date: 9/11/2023 | Room: SUPP01135A |
| Physician: Foxworth, Beau | Age: 59Y | Sex: Female | Weight: | Birth Date: 6/26/1964 |
| Drug Name: Aripiprazole - Oral | | Message: Carefully Read This Drug's Patient Education Leaflet | | |

A product that may interact with this drug is: metoclopramide.

Tell your doctor or pharmacist if you are taking other products that cause drowsiness such as opioid pain or cough relievers (such as codeine, hydrocodone), alcohol, marijuana (cannabis), drugs for sleep or anxiety (such as alprazolam, lorazepam, zolpidem), muscle relaxants (such as carisoprodol, cyclobenzaprine), or antihistamines (such as cetirizine, diphenhydramine).

Check the labels on all your medicines (such as allergy or cough-and-cold products) because they may contain ingredients that cause drowsiness. Ask your pharmacist about using those products safely.

OVERDOSE:  If someone has overdosed and has serious symptoms such as passing out or trouble breathing, call 911. Otherwise, call a poison control center right away. US residents can call their local poison control center at 1-800-222-1222. Canada residents can call a provincial poison control center. Symptoms of overdose may include: very fast heartbeat, loss of consciousness.

NOTES:  Do not share this medication with others.

Lab and/or medical tests (such as blood sugar, weight, cholesterol/triglyceride levels) may be done before you start taking this medication and while you are taking it. Keep all medical and lab appointments. Consult your doctor for more details.

MISSED DOSE:  If you miss a dose, take it as soon as you remember. If it is near the time of the next dose, skip the missed dose. Take your next dose at the regular time. Do not double the dose to catch up.

STORAGE:  Store the tablet and the oral liquid at room temperature away from light and moisture. Discard the oral solution 6 months after opening or after the expiration date, whichever comes first. Do not store in the bathroom. Keep all medications away from children and pets.

Do not flush medications down the toilet or pour them into a drain unless instructed to do so. Properly discard this product when it is expired or no longer needed. Consult your pharmacist or local waste disposal company.

Information last revised December 2022. Copyright(c) 2023 First Databank, Inc.



*meeting*
*5.55pm*

# 2019 Performance Evaluation



## Team Member Information

Name: Barner, Doretta
Team Member ID: 1049093

Manager Name: Williams, Shenese L

Job Title: Operations Clerk 2
LOB: PYMTVIRSOLSINN/PVSI WH

## Year-End Performance Summary

### Performance Indicator: Performing

**Performance Summary:**
Overall Doretta is performing. I look forward to supporting her to sign up Diversity/Inclusion communities, job shadowing, and other key areas that will help continue her development and success within the organization. I will continue to encourage Doretta to stay positive build an better working relationship with her peers and communicate with management when a issues occurs.

## Leadership

**Weight**: 20%
**Objective Description:**

**Objective Rating**: Improvement Needed

Uphold the Vision, Values, & Goals of Wells Fargo through the behavioral expectations.
• What's right for customers:  Place customers at the center of everything you do. Exceed customer expectations and build relationships that last a lifetime.
• People as a competitive advantage: Collaborate across teams, businesses, and functions.
• Ethics: Commit yourself to the highest standards of integrity, transparency, and principled performance. Do the right thing, in the right way, and hold yourself accountable.
• Diversity and inclusion:  Promote diversity and inclusion in all aspects of business and at all levels.
• Leadership:  Lead yourself, lead the team, and lead the business — in service to customers, communities, team members, and shareholders.

### Success Criteria:
What's right for customers
• Act with integrity and always do the right thing for the customer
• Listen to all customers, anticipate their unique needs, and work in partnership to achieve their goals
• Build trust and long-term relationships
Additional for managers:
• Coach and enable team members to provide best-in-class service and guidance that will help customers succeed financially

People as a competitive advantage
• Encourage well-being and celebrate success
• Recognize and leverage each others' contributions and talents
• Share best practices and embrace new ideas together
• Develop yourself and others
Additional for managers:
• Attract, hire, and retain talent
• Connect the team to business priorities and share what's needed for success

Ethics
• Know what's right, do what's right; if you don't know, ask
• Raise concerns and escalate early

# 2019 Performance Evaluation



• Take accountability for all actions and decisions made
• Be open, honest, and transparent
Additional for managers:
• Foster a safe, ethical environment where team members feel comfortable sharing ideas and opinions, raising concerns, and escalating risks
• Hold yourself and your team responsible for achieving business results in alignment with the Vision, Values, & Goals of Wells Fargo

Diversity and inclusion
• Make sure people feel included, valued, supported, and heard
• Recognize and address your own biases
• Seek, accept, and encourage diversity of people and thought
Additional for managers:
• Cultivate a diverse and inclusive environment
• Intentionally build and engage a diverse team

Leadership
• Inspire, engage, influence, and lead by example
• Proactively seek, give, and apply feedback
• Engage in courageous conversations
• Make decisions with a One Wells Fargo view
Additional for managers:
• Know the business and effectively manage your team to maximize long-term shareholder value
• Motivate and enable team member performance through clear objectives and expectations, ongoing feedback and coaching, and written performance evaluations
• Model, encourage, and celebrate team member community involvement
• Capitalize on self-service resources and complete management activities timely, in compliance with policies and standards

**Objective Evaluation Comments:**
Leadership applies to everyone. Regardless of your position in the company, you demonstrate leadership in the way you lead yourself, lead the team, and lead the business.

Doretta have encounter some opportunities with leading be example. On many occasions she has displayed an negative attitude and provided unprofessional feedback to other team members when giving directions from her leadership team. I encourage Doretta to lead by example and support in any area as needed. Continue to learn and grow within her department as well as seek out additional training from your manager. Ongoing Feedback; Handle situations in a positive and appropriate manner and display professionalism when dealing with others.

---

## Risk Management Accountability

**Weight**: 50%                                    **Objective Rating**: Meets
**Objective Description:**

All Team Members − Individual Contributors and Managers − have an understanding of the risks that are present in their area of responsibility and will be evaluated on effectively managing those risks, including: compliance with applicable laws, rules, and regulations; and adherence to internal policies and procedures and controls. All Team Members must "Raise Your Hand" when concerned about a risk, policy or procedural or internal control issue. All Team Members are expected to meet competency requirements, including timely completion of all learning activities associated with/required for their role. Individual Contributors will be evaluated on their own performance. Managers will be evaluated on their own performance AND the performance of the team members they are responsible for managing.

# 2019 Performance Evaluation



**Success Criteria:**
-Complete 100% of all assigned Compliance training courses by the designated internal E&CS deadline, without exception (Meets)
-Raising Your Hand when you identify a potential risk and follow all established escalation guidelines
-Comply with all compliance and risk policies, applicable laws and regulations
-Meet or exceed Compromised Data standards
-Meet or exceed an error rate of less than 5% on Virtual/Spot Audits
-Meet or exceed 85% effectiveness rating on onsite audits
-Maintain and retain all audit documents according to established guidelines
-Meet or exceed quality standards
-Meet or exceed performance standards outlined in Lockbox Corrective Action Plan (CAP) and standards documents.

**Objective Evaluation Comments:**
Risk management is one of six goals described in the Vision, Values & Goals of Wells Fargo. These core principles guide our work every day and are a good reminder that all team members across the company have a responsibility for managing risk. Managing risk is all about the attitude we bring to work every day, the actions and mindset of doing the right thing for the customer, and the behaviors that are core to who we are.
Doretta successfully completed all compliance courses on or before the corporate due dates. Doretta has received 4 internal audit violations and 3 external audit violations within the last 12 months. I coached her on her errors and received feedback on how she missed steps in the day to day process put in place not to impact the customer. In the beginning of July 2019 a Lockbox Ethics and Risk for team members was reviewed. In addition, mid-year team member received an overview refresher of all the areas they support.
Tips to reduce Risk; Raise your hand and escalate concerns to leadership, keep your workspace clean, follow all procedural steps and policies, look for any loose mail at the end of your shift, lock your work station when walking away, and read your emails for updates and announcements just to list a few.

## Operations Transformation

**Weight**: 15%                     **Objective Rating**: Meets
**Objective Description:**

Job Responsibility: Exempt and Non-exempt Team Members (Do not include Managers)
-Improve Customer Experience, Modernize our Processes, Consolidate for -Simplicity and Scale, Optimize Core/Non-Core Functions

**Success Criteria:**
Job Responsibility: Exempt and Non-exempt Team Members (Do not include Managers)

-Think beyond individual team functions and bring a customer centric mindset in every interaction to seamlessly serve customers at Wells Fargo and beyond
-Effectively use robotic tools
-Communicate when adjustments are needed to instructions
-Adhere to standardized processes
-Submit Best Practice Ideas and successfully implement 2019 initiatives
-Completed functional assessment
-Adhere to established required quality steps
-Questioning potential misapplied items

**Objective Evaluation Comments:**
After listening to and understanding our customers and their financial goals, we want to provide exceptional service and guidance to help them succeed financially.
Tips to reduce quality impacts; verify all deliveries are scanned into PACTRAC timely and accurately, notify management of any potential impacts and/or opportunities, when cutting/cleaning the 105

# 2019 Performance Evaluation



trays for the production floor verify all envelopes are addressed to the correct lockbox, verify all packages are accounted for during the mail-out process, and stay focus throughout the shift while running the APEX. Continue to spot check when pitching the work, support with RTS/Yellow Tag daily, verify HIPAA rubber bands are in the bins and/or worked pulled for the production floor, and all headers are fully stocked in mail-bins each week.

## Shareholder Value Objective (Productivity)

**Weight**: 15%                                                    **Objective Rating**: Meets
**Objective Description:**

Job Responsibility: Operations Clerk, Data Entry, Equipment Operator, Utility Clerk
   -Meet or exceed productivity goals
-Adhere to established team member schedules with a focus to minimize overtime
-Focus on delivering high-quality, accurate and timely production

**Success Criteria:**
Job Function: Operations Clerk, Data Entry, Equipment Operator and Utility Clerk
-Meet or exceed productivity standards, while adhering to and following all procedures and quality controls
-Manage your work and time to minimize need for Over Time
-Meet or exceed utilization standards - >91% Exceeds, 80%-90% Meets, 70%-80% Improvement Needed and <69% Unsatisfactory
**Objective Evaluation Comments:**
We want to deliver long-term value for shareholders through a balanced business model, strong risk discipline, efficient execution, and a world-class team.
Doretta continues to meet productivity deadlines and she assist the production floor when asked by management. She volunteers to stay over to ensure the customer needs are meet. In addition, she has cross trained on scanning overnight packages by deadlines and the outgoing PacTrack system and also inputting the HIPAA accounts into the RIDS system.

# 2020 Performance Evaluation

WELLS
FARGO

## Employee Information

Name: Barner, Doretta
Employee ID: 1049093

Manager Name: Williams, Shenese L

Job Title: Operations Clerk 2
LOB: CONS&SM BUS BKG

## Overall Performance

**Performance Rating**: Needs Improvement

**Performance Summary:**
Doretta was inconsistent with her performance and behavior during this review period. On 4/21/2020 she was placed on a Formal warning for her conduct and on eight previous occasion Doretta engaged making rude and unprofessional comment when given directions by her Work Director. Although Doretta is capable of performing her duties, her behavior deflects from her being able to deliver consistent excellent service to our customers. I encourage Doretta to be cognizant of her behavior and remain focused on serving our customers.

## Risk Overlay

**Rating:** Needs Improvement

Every Wells Fargo employee has a responsibility for managing risk and is expected to do the following. Identify, measure and assess, control, monitor, and report on risk associated with their business activities. Make business decisions that are based on an understanding of the facts (especially the risks generated), balance risk and reward, and remain within the company's risk appetite. Speak up and timely escalate risks and issues that have the potential to cause, or have already caused, adverse impacts to the company's customers, communities, employees, shareholders, or the company itself including its reputation. Act professionally and with integrity in alignment with company expectations. Understand the company's risk management framework and complete required risk (including compliance) trainings timely. Comply with applicable laws, regulations, and enterprise policies (including issue management and escalation policies).

**Risk Overlay Comments:**
During this evaluation period 4/21/2020, Doretta was placed on a Formal warning for her conduct. On eight previous occasion Doretta engaged making rude and unprofessional comments towards her work director in the presence of others on the team. When Doretta is asked to perform a task, she tends to give pushback and this often will escalate. She has also stated in front of others that she will consult her lawyer. Doretta's team will often avoid interaction with her to prevent conflict. Doretta was also warned about using her cell phone in the work area which included watching TV while working. On one occasion she stated in front of the team that she does not need this job. All comments in this objective was taken directly from the Formal warning documentation administered to Doretta. Doretta has showed some improvements in her behavior since this documentation was administered on April 21st. She does understand that when her WD to perform a new task or to support another area she needs to comply and not make unprofessional comments and loud outbursts inform of her peers. She is also aware that failure to maintain improvements in her conduct could result in termination.

## Objectives Feedback

### Leading our transformation

**Objective Rating**: Needs Improvement

**Objective Description:**
Contribute to Wells Fargo's transformation by doing what's right, doing it well, and leading with an

# 2020 Performance Evaluation

WELLS
FARGO

enterprise mindset.

**Success Criteria:**
Embrace candor
-Say what you mean in the moment.
-Share clear, honest, direct feedback with your colleagues and managers.
-Be both direct and respectful.

Do what's right
-Set high standards for being helpful and trustworthy.
-If you see a problem, take ownership or get support to make things right.

Be great at execution
-Make decisions that benefit clients and shareholders in the long term over any single business in the short term.
-Use data to make decisions.
-Act with a sense of urgency
-Strive to simplify transactions and end-to-end processes.
-Measure success based on business results and customer/team satisfaction.

Learn and grow
-Embrace challenges with enthusiasm.
-Be tenacious in overcoming obstacles.
-Ask others for feedback; dedicate the time and effort to learn and grow.
-Take personal accountability for understanding and delivering on your goals and commitments.

Champion diversity & inclusion
-Contribute to a safe, inclusive environment where differences are respected.
-Solicit diverse ideas that challenge your thinking.
-Build relationships with customers and colleagues who are different from you.
-Actively help each other succeed.

Build high-performing teams (for managers)
-Set clear performance objectives.
-Provide ongoing, actionable coaching and feedback.
-Reward successful execution.
-Hold people accountable.
-Encourage community involvement through your words and actions.
-Solicit input from your team and take action on feedback and concerns.

**Objective Evaluation Comments:**
Doretta displayed some issues with conduct this year. I encourage her to communicate and express her concerns or issues in
a professional manner at all times. Doretta was placed on A formal corrective action for her conduct ,
I encourage Doretta adhere to the behavioral expectations and work place conduct guidelines established by Wells Fargo.

## Process Payments in a Timely and Efficient Manner

**Objective Rating**: Meets

**Objective Description:**
Performing all assigned job duties and responsibilities with quality and care is foundational to the success of Lockbox and the customers we serve. Approach each task with a customer centric goal of meeting or exceeding their expectations by delivering timely and accurate payment processing and resulting information for their Receivables business needs.

**Success Criteria:**

# 2020 Performance Evaluation

WELLS FARGO

Escalate to management all potential occurrences for missed deadlines or commitments.

Individual Productivity Tracking Rate – achieve utilization rates based on the number of items (e.g. transactions, keystrokes, images, packages or manually tracked activities) completed during your shift.
Level 5 = or > 120%
Level 4 = 100% - 119.9%
Level 3 = 70% - 99.99%
Level 2 = 35% - 69.99%
Level 1 < 35%

**Objective Evaluation Comments:**
Doretta continues to meet deadlines daily. She supports the Production Floor with Check Keying when needed and also the incoming mailroom with scanning trackable mail and pitching oversized mail. Within the latter half of this evaluation cycle, Doretta began training on how to run the Fluence Mail sorter.
Doretta is also trained on all of the tasks for the outbound mailroom, she will break down work for stapling, prep all wall for mailing and even work on the HIPAA complex wall.

.

## CSBB Operations - Achieve Operational and Customer Excellence
**Objective Rating**: Meets

**Objective Description:**
Operational and Customer excellence results in a work environment that is well designed and understood, where we are all clear on the detailed requirements of our roles and in a position to successfully execute these requirements every day for both the business and our customers. Operational and Customer excellence means we can explicitly connect what we do to what our customers experience and continuously improve the delivery of these experiences. We perform with a level of transparency and mastery of our work environment that results in no surprises. To achieve Operational and Customer excellence, we all have an important role to play, including:
- Starting with our customers: we 1) are actively engaged in listening to and serving our customers, offering high quality customer service the first time, 2) raise our hands early when we see obstacles for our customers and areas for improvement, 3) respond with empathy to our customers' complaints and provide perspective on root cause of the complaint to solve and prevent for the future, 4) are in a position to provide complete and accurate information about Wells Fargo products, resources and digital tools as appropriate, 5) comply with all policies, procedures, and internal safeguards while consistently utilizing all available resources.
- Focusing on well defined and designed business processes to deliver great customer experience: we 1) proactively raise our hands and identify process improvement opportunities - evaluating the process through what our customers' experience, 2) contribute to well defined, designed, and controlled business processes, 3) create and nurture a culture of continuous improvement where new ideas are encouraged, 4) welcome credible challenge and inspection of our work to make things better.
- Being ready to perform our roles: we 1) are receptive and proactive to coach and be coached, 2) are well trained and seek the knowledge we need to do our jobs effectively, 3) are comfortable asking questions when we don't have the answers, 4) operate with well documented end-to-end procedures designed to deliver quality solutions, 5) raise concerns and escalate early.
- Solving for problems: when something breaks down, we are diligent about sizing and resolving issues permanently, within a predetermined and fact-based timeframe.

**Success Criteria:**
Approach completing all assigned duties, responsibilities and tasks with the customer in mind. Endeavor to identify new ways to improve results benefitting our clients and the business of Lockbox. Submit your ideas through CPI or Best Practices.

Think beyond individual or team functions to the betterment of the entire site and overall business of

# 2020 Performance Evaluation

WELLS
FARGO

Lockbox.

Become knowledgeable of how your job performance impacts our customers and business. Maintain an end-to-end perspective and how your actions may affect your teammates, and downstream processes.
Complete 100% of all assigned Compliance training courses by the designated internal E&CS deadline, without exception. This has regulatory implications and is critically important to your annual performance rating.

Bring awareness to your manager when you identify changes needed to customer instructions to improve understanding and ultimately results.

**Objective Evaluation Comments:**
Doretta always express her concerns when it may cause a customer impact. I encourage her to continue putting the
customer first while performing her daily tasks including stapling, mailing, matching up and check keying with accuracy.

## Process Payments with Quality and Care

**Objective Rating**: Meets

**Objective Description:**
Completing all assigned functions, duties and responsibilities at the pre-defined target rate is foundational to the success of Lockbox and the customers we serve. Producing work at an expeditious rate, while maintaining quality, is critical to helping Lockbox achieve its financial and cost efficiency goals. Minimally achieving or exceeding the rate goals for your job function is expected of all team members.

**Success Criteria:**
All audit control logs and reports are completed as required, following all policies, regulations and procedures that pertain to your job functions.

Meet monthly quality standards as outlined in your 2020 Quality Standards Document, which includes the following accuracy measures:
Payment Processing – errors requiring a financial adjustment
Procedural
Data Entry
Packaging/Distribution
Imaging

**Objective Evaluation Comments:**
Doretta is efficient and  detailed  when mailing, stapling, matching up or check keying. She received 3 internals and 2 external errors
 for the year. Doretta mails over 1000 packages a month, key a total of 10 plus hours a week and staples around 1400 items
 weekly. Doretta did not have any mailing errors for this evaluation period.


**Employee Name:**
**Acknowledged Date:**

- ER Solutions is available to assist you in resolving workplace concerns and conflicts. Contact ER Solutions using the <u>Employee Relations eForm</u> that can be found on Teamworks by searching for "Employee Relations eForm."
- Employee Assistance Services (EAS) is available free of charge and provides confidential and professional consulting 24 hours a day, 7 days a week.  Contact EAS at 1-888-327-0027, option 1.
- Leave Management is available to provide you with information regarding leaves of absence for which you may be eligible, including Family and Medical Leave (FMLA).  Contact Leave Management at **1-877-HRWELLS** (1-877-479-3557).
- Accommodations Management is available to help you with medical restrictions or disabilities and with exploring job modifications or accommodations.  Contact Accommodations Management at **1-877-HRWELLS** (1-877-479-3557).

2

# FORMAL WARNING
## Conduct



| | | | |
|---|---|---|---|
| **Team member's name:** | Barner, Doretta | **Date:** | 4/21/2020 |
| **Job title:** | OPERATIONS CLERK 2 | **Employee ID #:** | 1049093 |
| **Manager's name:** | **WILLIAMS, SHENESE L** | **AU #:** | 0054480 |

This memo provides you with information about your **formal warning** for displaying unprofessionalism work place behavior on several different occasions.

**Expectation for professional conduct**
Our goal at Wells Fargo is to maintain a professional and productive work environment for every team member and for our customers and clients. As stated in the *Team Member Handbook*, "You're expected to conduct yourself in a professional manner and to use good judgment in all aspects of your conduct as a Wells Fargo team member."

**Reason for corrective action**
[X] On 08/17/2019 you engaged in rude outburst in front of your team and work directors. Doretta has stated on many occasions that she don't need this job & will not follow tasks that has been assigned to her. Also Doretta will keep her phone on at all time and answer in the work area ever after she has been addressed by management. and the impact was dividing the team because it's always conflict when she is asked to complete a tasks. Her team avoids interaction with her because she will make rude outbursts or go to management causing a seen within the department. Doretta will state in front of others that she will contact her lawyer any time you try to provide feedback on her behavior.

[X] On the following dates 8-17-19,9-12-19,9-27-19,10-1-19,12-12-19,12-23-19,1-17-20 and 1-29-20 you engaged in making rude outbursts to your work directors and peers. Doretta works at her own pace regardless of directions received for management. and the impact was Doretta's behavior makes the department pull apart avoiding contact with her because of the backlash of her behavior.

**Plan to correct the situation**
Doretta need to remain professional at all time, follow the directions of her work directors and follow all departmental standards daily.

**Consequences**
If this conduct continues, you may be subject to further corrective action up to and including termination of employment.

A formal warning may affect your eligibility for salary increases, promotions, transfer opportunities, or bonus and incentive payments, (in accordance with your incentive plan terms). In addition, the corrective action may affect your annual performance evaluation and ratings at the individual objective and/or overall performance level. If you apply for another position within Wells Fargo in the next 12 months, you are required to inform any Wells Fargo hiring manager of, and provide him or her with an explanation for, this warning. You are also required to disclose this warning when completing the Questionnaire portion of the application process.

The following resources are available to you if you wish to discuss personal issues that may be affecting your performance.

**Team Member Signature:** Refused

Date: 8 - 16 - 2017

**Team Leader Signature:**

Date: 8 - 16 - 2017

**WELLS FARGO**

**Wells Fargo Bank, N.A.**
**Operations Group**

## <u>Record of Conversation for Management</u>
(For Supervisors File)

**Date:** 08-14-2017
**Time:**
**Team Member Name:** Doretta Barner

**Employee ID Number:** 10490093

**Subject:** Workplace Conduct

---

*Notify H.R. **immediately** if the issue is of a repetitive nature or is a possible violation of policy (i.e. infraction of the Code of Ethics or Harassment etc.).   <u>Do not</u> conduct investigations.*

**Notes:** **This memo provides you with information about your record of conversation for unacceptable conduct and to establish Wells Fargo & Co. expectation.**

**Expectation for professional conduct**
**Our goal at Wells Fargo is to maintain a professional and productive work environment for every team member and for our customers and clients. As stated in the Team Member Handbook, "You're expected to conduct yourself in a professional manner and to use good judgment in all aspects of your conduct as a Wells Fargo team member."**

**Reason for corrective action**
**On August 14, 2017, you engaged in inappropriate behavior by not informing your Work Director about adjusting work/lunch schedules , not following directions provided in order to meet customer deadlines timely. Also displaying disruptive behavior to other Team Members.**
**Distuptive behavior is inappropriate behavior that interferes with the functioning and flow of the workplace.**

**Plan to correct the situation**
**This conduct is unacceptable and must stop immediately.**

**Team Member Comments:**

---

---

Revised 04/2009



# Compensation Summary Statement

## Team Member

Name                            Doretta Barner
Employee ID                     1049093
2019 Performance Indicator      Performing
Current Job Title               Operations Clerk 2

## Completed 2019 Performance Year

Base Salary at Year-end                              32,490 USD

## 2020 Base Salary

Base Salary Increase                          666 USD    (2.05%)
Annual Base Salary                          33,155 USD

**Footnotes**

This statement is for information purposes only. The above amounts will be subject to relevant deductions for tax and social security contributions (if such deductions apply in your jurisdiction) along with any other deductions required or permitted by law, and any required approvals. All amounts are shown to the nearest whole unit. For team members paid on an hourly basis your annual base salary amounts are calculated based upon your hourly rate and your standard work hours per week. The effective dates of base salary and job title changes for the current performance year (if any) typically occur within the month of March. Specific dates vary by location. Discretionary awards or payments received in any one year do not guarantee receipt of such award or payments in subsequent years. Data shown reflects information as of the data freeze date used for compensation planning purposes. Any changes made to a team member's compensation or job title outside of the Compensation Planning and Decisioning system after the data freeze date will not be reflected on this Compensation Summary Statement.



# Compensation Summary Statement

## Team Member

Name                            Doretta Barner
Employee ID                     1049093
2018 Performance Indicator      Improvement Needed
Current Job Title               Operations Clerk 2

## Completed 2018 Performance Year

Base Salary at Year-end                 32,490 USD

## 2019 Base Salary

Annual Base Salary                      32,490 USD

**Footnotes**

This statement is for information purposes only. The above amounts will be subject to relevant deductions for tax and social security contributions (if such deductions apply in your jurisdiction) and any other deductions required or permitted by law. All amounts are shown to the nearest whole unit. For team members paid on an hourly basis your annual base salary amounts are calculated based upon your hourly rate and your standard work hours per week. The effective dates of base salary and job title changes for the current performance year (if any) typically occur within the month of March. Specific dates vary by location. Discretionary awards or payments received in any one year do not guarantee receipt of such award or payments in subsequent years. Data shown reflects information as of the data freeze date used for compensation planning purposes. Any changes made to a team member's compensation or job title outside of the Compensation Planning and Decisioning system after the data freeze date will not be reflected on this Compensation Summary Statement.

 **Staples.**

Your fax has been sent successfully!

Date: Tue 20-Aug-2024 10:02:58 EDT

Phone Number: 6892192101

Images Scanned: 24

Fax Id: d40dad12-db12-4537-8901-c9ada4f2d764

Status: SUCCESS

# EXHIBIT A

WF202458450657-000001

# Affirmative Action, Equal Employment Opportunity Policy for the U.S.

Supplemental to the Risk Management Framework

Published July 17, 2023

## 1. Purpose

Wells Fargo employees are required to adhere to all applicable laws and regulations governing nondiscrimination, affirmative action, and equal employment opportunity in the workplace. This policy establishes the expectations and requirements to verify compliance with these laws and regulations.

## 2. Scope

All U.S.-based Wells Fargo businesses and employees are covered by this policy. The requirements for non-U.S.-based employees are defined by country-specific practices and laws and are not covered by this policy.

## 3. Summary

- Wells Fargo employees must not discriminate on the basis of race, color, gender, national origin, religion, age, sexual orientation, gender identity, gender expression, genetic information, physical or mental disability, pregnancy, marital status, status as a protected veteran; or any other status protected by federal, state, or local law.
- Wells Fargo managers must recruit, hire, and promote employees based on their individual ability and experience in accordance with Affirmative Action and Equal Employment Opportunity laws and regulations.
- Affirmative Action, Equal Employment Opportunity and Diversity, Equity, and Inclusion programs work together to make sure that all employees are treated with equality and respect and are given the opportunity, such as training or career opportunities, to make a contribution to the company's success.

## 4. Affirmative Action and Equal Employment Opportunity

### 4.1 Affirmative Action

Wells Fargo must comply with Affirmative Action and Equal Employment Opportunity laws and make a good-faith effort to meet affirmative action goals during recruitment, hiring, retention, and promotion. As such, Wells Fargo leaders designated as plan owners must adhere to affirmative action plans that:
- Set goals and timetables for hiring and promoting women and minorities.
- Establish a hiring benchmark for protected veterans.
- Set a utilization goal for individuals with disabilities.

Wells Fargo managers must not set quotas for hiring, promoting, or making any selection decision.

### 4.2 Equal Employment Opportunity and Nonretaliation

Wells Fargo employees and job candidates must not be subject to discrimination, harassment, or retaliation for:

- Filing a complaint.
- Assisting or participating in an investigation.
- Inquiring about, discussing, or disclosing one's own pay or the pay of another employee or applicant.
  (**Note:** An employee whose essential job functions require access to employee compensation information is subject to corrective action for inappropriate disclosure of information).
- Opposing any unlawful act or discriminatory practice.
- Exercising any rights protected under federal or state laws and regulations.

Additionally, all employees can participate in company-sponsored educational, training, recreational, or social activities regardless of status as known individuals with disabilities or protected veterans and without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, or any other status protected by federal, state, or local law. Any employee who believes they have been excluded from a company-sponsored educational, training, recreational, or social activity should report it consistent with Wells Fargo Speak Up and Nonretaliation Policy.

### 4.3 Pay Equity

Managers are responsible for administrating employee compensation in accordance with the company commitment to providing fair and equitable pay.

### 4.4 Equal Employment Opportunity (EEO) Official

Pursuant to 41 CFR 300.44(a), the EEO official responsible for the implementation of the company's Affirmative Action Program must be named in the EEO Policy Statement. Please see link below in Related Information section for the applicable policy statement.

# 5. Escalation

### 5.1 Enterprise Escalation Management Policy Criteria

All employees are expected to escalate potential and known issues and risks in a timely manner. See the Escalation Management Policy for escalation criteria.

# 6. Roles and Responsibilities

### 6.1 Enterprise Affirmative Action Team

The Enterprise Affirmative Action team is considered front line and responsible for consultation on affirmative action plans, how affirmative action work ties to other diversity initiatives, and how to support and comply with the regulations and this policy.

### 6.2 Plan Owners

Plan owners are considered front line and responsible for complying with regulations, policies, and expectations concerning Affirmative Action and Equal Employment Opportunity.

# 7. Managing This Policy

WF202458450657-000003

## 7.1 Accountability

The following individuals are responsible for managing this policy:
- Executive officer: Head of Human Resources
- Policy owner: Affirmative Action Leader

## 7.2 Monitoring This Policy

The Enterprise Affirmative Action team fulfills its oversight responsibility through the monitoring of personnel transactions, which include hiring and promoting activity.

## 7.3 Policy Exceptions and Violations

To request an exception or to report a suspected violation of this policy, see the Policy Management Procedures.

# 8. Related Information

## 8.1 Related Law or Regulation

Affirmative Action

*The Wells Fargo Legal Department is the final authority for interpreting laws and regulations on behalf of Wells Fargo. For more information about or interpretation of applicable laws or regulations, consult the Wells Fargo Legal Department.*

## 8.2 Related Policies or Resources

Enterprise Diversity and Inclusion

Policy Statement: Affirmative Action and Equal Employment Opportunity

Recruiting and Hiring Policy

Speak up and Nonretaliation Policy

# Appendix: Glossary

## Affirmative Action

These are the steps taken to recruit and promote qualified minorities, women, persons with disabilities, and covered veterans.

## Equal Employment Opportunity

Government regulations require that all people, regardless of race, color, gender, national origin, religion, age, sexual orientation, gender identity, gender expression, genetic information, physical or mental disability, pregnancy, marital status, status as a protected veteran; or any other status protected by federal, state, or local law, have equal opportunities for hire, promotion, and in all terms and conditions of employment. Laws in certain locations (for example, New York City) cover additional protected classes, including creed, citizenship status, and sex, all of which are covered by this policy.

## Quota

A quota is a requirement that an employer hire a certain number or percentage of employees from a specified group(s), without regard to the availability of qualified candidates or the presence of more qualified members of other groups. The Office of Federal Contract Compliance Programs (OFCCP) regulations prohibit the use of quotas.

# EXHIBIT B

WF202458450657-000006

Enterprise Policy: Anti-Harassment and Discrimination Policy

# Anti-Harassment and Discrimination Policy

Supplemental to the Compliance Program Policy

Published December 14, 2023

## 1. Purpose

This Policy establishes requirements for providing a workplace free from harassment and discrimination based on all characteristics protected by applicable country-specific laws.

## 2. Scope

This Policy applies globally to all Wells Fargo employees, business groups, and enterprise functions. It is subject to country-specific legal requirements. Refer to Anti-Harassment and Discrimination Country Specific Requirements (Includes U.S. State Requirements) or Work Rules, Employment Notices, and Agreements (restricted access - only for employees in the locations that applies).

## 3. Summary

Wells Fargo prohibits harassment and discrimination based on characteristics protected by applicable laws.
- The Policy outlines the steps for reporting any concern of harassment and discrimination.
- Concerns of harassment and discrimination are investigated and managed in an objective, thorough, consistent, and timely manner.
- Violating the Policy, Country Specific Requirements (includes U.S. State Requirements) or Work Rules, Employment Notices, and Agreements (restricted access - only for employees in the locations that applies) can result in corrective action, up to and including termination of employment.

## 4. Harassment and Discrimination

Wells Fargo does not tolerate harassment or discrimination based on:
- Race
- Color
- Gender
- National origin
- Religion
- Age
- Sexual orientation
- Gender identity
- Gender expression
- Genetic information
- Physical or mental disability
- Pregnancy
- Marital status

WF202458450657-000007

Enterprise Policy: Anti-Harassment and Discrimination Policy

- Hairstyles or hair texture
- Status as a protected veteran
- Or any other status protected by applicable law

Prohibited conduct includes harassment and discrimination inside or outside the workplace but is not limited to:
- Office buildings
- Company vehicles
- Company communication systems
- Work related or company sponsored events
- During business travel
- Customer locations
- During remote work

Employees are still subject to the Policy even if they did not intend to harass or discriminate, or believed their conduct was welcome.

Employees are required to promptly report concerns of harassment or discrimination in accordance with the Speak Up and Nonretaliation Policy, using one of the options described in section 5.1 Reporting Harassment or Discrimination.

## 4.1 Discrimination

Discrimination is based on the protected characteristics of an individual or group identified above.

Discrimination can be:
- Unjust, less favorable treatment or denial of equal opportunity to an individual or a group.
- Imposed burdens, obligations, or disadvantages on an individual or group not imposed on others.
- Denying or limiting access to opportunities, benefits, and advantages available to others.

## 4.2 Harassment

Harassment based on the protected characteristics of an individual or group identified above covers a wide range of behaviors that are offensive, demeaning, or humiliating. This includes behavior that unreasonably interferes with an individual's work performance, creates an intimidating, hostile, or offensive work environment, or creates a risk to health and safety.

Prohibited behavior may take the form of:
- Written, verbal, physical, or visual harassment and may include epithets, slurs, derogatory comments, or jokes
- Intimidation
- Negative stereotyping
- Threats
- Bullying or assault
- Written or graphic material
- Other behavior that denigrates, shows hostility or aversion toward an individual or group.

### 4.2.1 Sexual Harassment

Sexual Harassment is defined as unwanted sexual advances, requests for sexual favors, visual, verbal, or physical conduct of a sexual nature when:
- Submission to this conduct is made either explicitly or implicitly a term or condition of an individual's employment.

  WF202458450657-000008

Enterprise Policy: Anti-Harassment and Discrimination Policy

- ▪ Submission to or rejection of this conduct is used as the basis for employment decisions that affect the individual.
- ▪ The conduct has the purpose or effect of unreasonably interfering with an individual's work performance or creating an intimidating, hostile, or offensive work environment.

Sexual harassment also may be in the form of nonsexual, offensive conduct that is directed at an employee because of their gender. Sexual harassment may occur between members of different sexes or members of the same sex.

Examples of prohibited sexual harassment include conduct, such as:
- ▪ Physical harassment: Assault, stalking behaviors, any unwanted, inappropriate touching or body contact. Any physical touching that makes a person feel uncomfortable, impeding or blocking movement, or encroaching on another's personal space (standing or sitting too close).
- ▪ Verbal harassment: Sexual comments, advances, propositions, derogatory comments, slurs, jokes and comments about an individual's body or appearance, including comments made on voicemail or another recording device.
- ▪ Visual harassment: Sexual gestures; staring, inappropriate display of sexually explicit objects, pictures, cartoons, or posters (hardcopy or electronic) through work or personal devices.
- ▪ Written harassment: Sexually suggestive or obscene letters, e-messages, texts, instant messages, notes, social media posts, or invitations.

# 5. Reporting and Investigating Harassment or Discrimination

## 5.1 Reporting Harassment or Discrimination

Wells Fargo encourages and expects all employees to report any concerns related to harassment or discrimination, whether it's directed at the employee or someone else, even if all the facts are not immediately available or if it is unclear whether the conduct or behavior violates this Policy. In addition, managers must report all harassing or discriminatory concerns observed, learned of, or received from employees against another employee (including an employee not on the team, or another manager), contingent resource, third parties, customer, or other parties external to Wells Fargo unless the employee confirms, verbally or in writing, that the employee already reported the concern.

For details on reporting misconduct, refer to the Speak Up and Nonretaliation Policy.

For additional requirements on reporting concerns related to harassment and discrimination, refer to the Country Specific Requirements (Includes U.S. State Requirements) or Work Rules, Employment Notices, and Agreements (restricted access - only for employees in the locations that applies). Where applicable, follow the grievance resolution or reporting requirements. If no specific grievance resolution or reporting requirements are identified, you must promptly report potential misconduct to one of the following reporting resources, as required by the Speak Up and Nonretaliation Policy:
- ▪ Member of management
- ▪ EthicsLine by phone
- ▪ EthicsLine Online Reporting
- ▪ Employee Relations (or another Human Resources Professional)

Employees who are uncomfortable reporting a concern to management or Employee Relations are able to report anonymously through the EthicsLine, as permitted by local laws and regulations.

## 5.2 Investigation

Wells Fargo promptly investigates and manages allegations of harassment and discrimination in an objective, thorough, consistent, and timely manner. Refer to the Allegation Management Policy for information on management of allegations, including investigations. Refer to Country Specific Requirements (Including U.S. State Requirements), or Work Rules, Employment Notices, and Agreements (restricted access - only for employees in the locations that applies) for location specific handling procedures for instances where Wells Fargo must review the matter and attempt to resolve it through conciliation, review committees or any other required actions before starting an investigation.

# 6. Confidentiality and Retaliation

## 6.1 Confidentiality Expectations

Reports related to discrimination or harassment are treated confidentially as permitted by local laws and regulations and are shared only with those who have a legitimate business need to know. Additionally, information may be shared with regulatory or law enforcement agencies, when a law, regulation, court order, or other legal mandate requires, or when instructed otherwise by Legal.

Refer to Allegation Management Policy for information on the confidential treatment of allegations.

## 6.2 Retaliation

Retaliation against any employee who in good faith reports, provides information, or takes part in an investigation about a concern related to an allegation of misconduct, including harassment or discrimination is prohibited. Refer to Speak Up and Nonretaliation Policy.

# 7. Corrective Action

Violating the Policy can result in corrective action, up to and including termination of employment. Wells Fargo takes action per the Corrective Action Policy to determine the appropriate action.

# 8. Escalation

## 8.1 Enterprise Escalation Management Policy Criteria

Employees must promptly raise awareness and act on any risks, adverse events, and issues as explained in the Escalation Management Policy.

# 9. Roles and Responsibilities

## 9.1 Employee Relations

Employee Relations is responsible for:

WF202458450657-000010

- Reviewing this Policy, in consultation with Compliance, to comply with global regulatory requirements.
- Administering the corrective action process in alignment with country specific requirements.
- Providing consultation to leaders and employees ensuring compliance to the established behavior and conduct expectations.

## 9.2 Employees and Managers

Employees and managers are responsible for complying with this policy including the reporting requirements outlined in section 5.1 Reporting Harassment or Discrimination.

# 10. Managing This Policy

## 10.1 Accountability

The following individuals are responsible for managing this Policy:
- Executive officer: Head of Human Resources
- Policy owner: Employee Relations Executive

## 10.2 Monitoring This Policy

This Policy is monitored under the Policy Management Policy.

Employee Relations monitors and reports on violations related to this Policy to Global HR Policy Design and Governance. Refer to Human Resources Policy Adherence Monitoring Procedure: 4.4. Report HR policy adherence monitoring results and HR Policy Adherence Monitoring Questionnaires (restricted access).

## 10.3 Policy Exceptions and Violations

To request an exception or to report a suspected violation of this Policy, refer to the Policy Management Procedures.

# 11. Related Information

## 11.1 Related Policies or Resources

Allegation

Allegation Management Policy

Contact Human Resources - Employee Relations

Corrective Action Policy

Country Specific Requirements (includes U.S. State Requirements)

EthicsLine for Wells Fargo

Glossary

HR Policy Adherence Monitoring Questionnaires (restricted access)

HR Services and Support - Anti-Harassment and Discrimination

Human Resources Policy Adherence Monitoring Procedure

Misconduct

Retaliation

Speak Up and Nonretaliation Policy

Workplace Conduct

Work Rules, Employment Notices, and Agreements (restricted access - only for employees in the locations that applies)

# EXHIBIT C

WF202458450657-000013

Enterprise Policy: Speak Up and Nonretaliation Policy

# Speak Up and Nonretaliation Policy

Supplemental to the Code of Conduct

Published August 17, 2023

## 1. Purpose

This Policy establishes requirements for employees to speak up about potential misconduct and prohibits retaliation by management against those who speak up in good faith. This Policy reinforces the expectations, established by the Code of Conduct, for employees to promptly report concerns that have the potential to cause harm to our communities, customers, employees, or our Company's reputation.

## 2. Scope

This Policy applies globally to all Wells Fargo employees, business groups, and enterprise functions.

## 3. Summary

Misconduct may occur anywhere and by any employee or third party at the Company. All employees must understand the Company's expectations on ethical behavior established in the Code of Conduct, as well as all policies, laws, rules, and regulations applicable to their role and apply this knowledge to identify potential misconduct. Employees must:
* Speak up as soon as they become aware of potential misconduct.
* Report potential misconduct through a resource listed in this Policy.

Retaliation, as defined in this Policy, is strictly prohibited. This includes retaliation in response to an employee reporting potential misconduct. Concerns regarding retaliation must be promptly reported through a resource listed in this Policy.

This Policy requires prompt reporting of concerns and must not be interpreted to discourage, in any way, anonymous reporting of concerns. This Policy does not limit the rights of employees to report misconduct, potential misconduct, or potential noncompliance with laws, rules, or regulations by Wells Fargo directly to the applicable regulatory bodies, government agencies, or authorities.

## 4. Speak Up

### 4.1 Reporting Potential Misconduct

Employees must:
* Report potential misconduct as soon as possible, even if all the facts or information associated with the concern are not available, including behavior either observed or learned of (for example, through other employees, third parties, customers, or other parties external to Wells Fargo), even if the employee is not directly involved or affected by the behavior.
* Report potential misconduct to a member of management, if comfortable doing so, or through a resource listed below.
* Report potential misconduct in good faith.

WF202458450657-000014

Enterprise Policy: Speak Up and Nonretaliation Policy

- Cooperate fully and honestly with any research or investigative processes and not interfere with the integrity of such processes.

When an employee reports potential misconduct to a manager, the manager must report it using one of the speak up resources listed below unless the employee confirms with the manager, verbally or in writing, that the employee already reported the concern to one of the speak up resources.

Speak up resources for U.S.-based employees:
- EthicsLine (███████████████)
- EthicsLine Online Reporting
- Employee Relations

Speak up resources for non-U.S. based employees:
- Where applicable, follow the grievance resolution or reporting procedures at the employee's work location or if there is no specific grievance resolution or reporting procedure, report via:
  - EthicsLine by phone
  - EthicsLine Online Reporting
  - Employee Relations

Employees who are uncomfortable reporting a concern to management or Employee Relations are able to report anonymously through the EthicsLine, as permitted by local laws and regulations.

Refer to the "Reporting Concerns That are not Misconduct" section for additional information on reporting concerns that do not meet the definition of misconduct. (Refer to the Allegation Management Policy for reporting requirements where potential misconduct is identified through the allegation management process and for requirements applicable to the business groups and enterprise functions authorized to report potential misconduct via a business-established channel.)

## 4.2 Reporting Concerns That are not Misconduct

Employees with concerns that are not related to misconduct may:
- Discuss concerns regarding the employee performance review and evaluation process with their manager or Employee Relations.
- Discuss concerns about unprofessionalism or rudeness with their manager or Human Resources.
- Report adverse events that are not misconduct, such as inadvertent errors resulting in material negative customer impact, or potential policy violations, per the requirements found in the Escalation Management Policy.
- Report business process concerns to their manager and, where applicable, in line with the requirements found in the Escalation Management Policy.
- Report process improvement recommendations through Loudspeaker.

Concerns involving misconduct, including retaliation, must be reported via the resources found in the section on "Reporting Potential Misconduct."

## 4.3 Managing Resources for Reporting Potential Misconduct

The EthicsLine must allow for anonymous and confidential reporting, as permitted by local laws and regulations, with translation services. Sales Practices & Conduct Management (hereafter "Conduct Management") must engage the third party managing the EthicsLine to:
- Collect concerns reported to the EthicsLine.
- Manage the reported concerns in alignment with the requirements in the Allegation Management Policy.

Employee Relations must have a process to receive and manage the concerns raised via the Employee Relations site or referred by an allegation management team. Employee relations must refer potential misconduct, as soon as it is identified, to an appropriate allegation management team, as defined in the Allegation Management Policy, for review.

Enterprise Policy: Speak Up and Nonretaliation Policy

# 5. Do Not Retaliate

Retaliation is strictly prohibited and must be immediately reported through the resources listed in the "Reporting Potential Misconduct" section.

Retaliation is any adverse employment action taken against an employee based upon their actual or perceived engagement in a protected activity such as:
- Speaking up in good faith about potential violations of policy, procedure, the Code of Conduct, or potential noncompliance with law, rule, or regulation.
- Assisting or participating in an investigation, proceeding, or hearing.
- Exercising any right protected by law, rule, or regulation.

Adverse employment action occurs where there is any direct or indirect form of employment discipline or penalty, including dismissal, suspension, demotion, transfer, reassignment, official reprimand, adverse performance evaluation, withholding of work, denial of any compensation or benefit, or threat of any such discipline or penalty, that is motivated by an employee's actual or perceived engagement in a protected activity.

# 6. International Requirements

## 6.1 For Non-U.S.-Based Employees

Employees in regions/countries that have more restrictive requirements, laws, rules, or regulations than detailed in this Policy are responsible for understanding and abiding by those requirements, laws, rules, or regulations, including:

For Australia:

Wells Fargo International Finance (Australia) Pty Ltd – Whistleblower Policy

For Canada:

Wells Fargo Bank, N.A., Canadian Branch (Canada Branch) Whistleblowing Policy

For EMEA:

EMEA Policy: Whistleblowing

For India:

Wells Fargo India Employee Grievance and Dispute Resolution Procedures

# 7. Escalation

## 7.1 Enterprise Escalation Management Policy Criteria

All employees are expected to escalate potential and known issues and risks in a timely manner. See the Escalation Management Policy and the following criteria.

When an employee believes an escalated concern is not being adequately addressed or is not comfortable escalating according to the Escalation Management Policy, the concern must be reported via the resources listed in "Reporting Potential Misconduct" section.

# 8. Roles and Responsibilities

WF202458450657-000016

Enterprise Policy: Speak Up and Nonretaliation Policy

## 8.1 Employee Relations

Employee Relations is responsible for:
- Receiving and managing the concerns raised via the Employee Relations site.
- Managing referrals from Conduct Management that were raised in the EthicsLine channel.
- Referring concerns that, after a review of the details, may pertain to misconduct to an allegation management team, defined in the Allegation Management Policy.

## 8.2 Employees

Employees are responsible for:
- Reporting potential misconduct, including any conduct that conflicts with the expectations outlined in the Code of Conduct and as detailed in the "Reporting Potential Misconduct" section.
- Speaking up based on behavior that they observe, learn of, or become aware of (for example, through other employees, third parties, customers, or other parties external to Wells Fargo), even if the employee is not directly involved with or affected by the behavior.
- Reporting concerns as soon as possible to a manager or one of the speak up resources listed in "Reporting Potential Misconduct."
- Reporting concerns in good faith.
- Cooperating fully and honestly with any research or investigative process and not interfering with the integrity of the process.
- Adhering to the prohibition on retaliating against another employee for speaking up in good faith.
- Learning about the resources available for reporting concerns, to enable prompt follow-up by raising concerns directly with the correct source, when possible.

Employees in managerial roles are additionally responsible for:
- Listening to employees and reporting concerns that may meet the definition of misconduct as soon as possible in accordance with "Reporting Potential Misconduct" above.
- Adhering to the prohibition on retaliating against an employee for speaking up in good faith. See Support Nonretaliation - Ethics for Managers on Teamworks.

## 8.3 Conduct Management

Conduct Management is responsible for the EthicsLine, which is operated by a third party and staffed by communication specialists available 24 hours a day, seven days a week. Conduct Management's responsibilities include:
- Collecting concerns reported to the EthicsLine.
- Confirming all concerns raised to the EthicsLine are received by Conduct Management.
- Receiving and managing concerns that may pertain to misconduct, in line with the Allegation Management Policy.
- Facilitating the ability of employees to raise concerns anonymously and protecting confidentiality of employees, as permitted by local laws and regulations.

# 9. Managing This Policy

## 9.1 Accountability

The following individuals are responsible for managing this Policy:
- Executive officer: Chief risk officer
- Policy owner: Head of Conduct Risk

## 9.2 Monitoring This Policy

Monitoring of this Policy is conducted by Conduct Risk teams using risk-based standards to determine whether employees and managers are executing their responsibilities consistently and in alignment

WF202458450657-000017

Enterprise Policy: Speak Up and Nonretaliation Policy

with this Policy, including evaluating internal and external environment for changes. Examples include regulatory change alerts and issues.

## 9.3 Policy Exceptions and Violations

To request an exception or to report a suspected violation of this Policy, see the Policy Management Procedures.

# 10. Related Information

## 10.1 Related Law or Regulation
- Consumer Financial Protection Act of 2010 (CFPA), Section 1057
- Sarbanes-Oxley Act of 2002, Section 806

*The Wells Fargo Legal Department is the final authority for interpreting laws and regulations on behalf of Wells Fargo. For more information about or interpretation of applicable laws or regulations, consult the Wells Fargo Legal Department.*

## 10.2 Related Policies or Resources

Allegation Management Policy

Code of Conduct

EMEA Policy: Whistleblowing

Employee Relations

Escalation Management Policy

EthicsLine

Wells Fargo Bank, N.A., Canadian Branch (Canada Branch) Whistleblowing Policy

Wells Fargo International Finance (Australia) Pty Ltd – Whistleblower Policy

Wells Fargo India Employee Grievance and Dispute Resolution Procedures

# Appendix 1: Glossary

## Adverse Employment Action

Adverse employment action is any direct or indirect form of employment discipline or penalty, including dismissal, suspension, demotion, transfer, reassignment, official reprimand, adverse performance evaluation, withholding of work, denial of any compensation or benefit, or threat of any such discipline or penalty.

## Allegation

See the definition in the Enterprise Risk Glossary

## Good Faith

Good faith is sharing relevant details an employee is aware of honestly and accurately, based on the information available at the time of disclosure.

WF202458450657-000018

Enterprise Policy: Speak Up and Nonretaliation Policy

## Misconduct

Misconduct is employee or third-party conduct that is unlawful, unethical, or conflicts with the Company's expectations on ethical and lawful behavior outlined in the Code of Conduct.

Misconduct may include theft, fraud, money laundering, falsifying or providing false or misleading information or data, <u>unfair</u> or <u>deceptive</u> business practices or representations, anticompetitive behaviors, insider abuse, insider trading, unjust enrichment, conflicts of interest, gifts and entertainment misuse, improper sales practices, bribery and other forms of corruption, expense reporting abuse, unapproved communications to circumvent controls, information security violations, hiding or misrepresenting material risks and issues, violence and threats of violence, destruction or misuse of company assets, harassment, discrimination, and retaliation.

For the purposes of this Policy, misconduct does not include concerns about the following, unless the concern is accompanied by unlawful or unethical conduct:
- Employee performance concerns, rudeness, or unprofessionalism
- Failure to follow procedures, business processes, job aids, or other nonpolicy business guidelines
- Business processes or procedures (or problems/issues caused by faulty business processes or procedures)

Misconduct does not include concerns about third parties not acting on behalf of Wells Fargo.

## Retaliation

Retaliation is any <u>adverse employment action</u> taken against an employee based upon their actual or perceived engagement in a protected activity such as:
- Speaking up in good faith about potential violations of policy, procedure, the Code of Conduct, or potential noncompliance with law, rule, or regulation.
- Assisting or participating in an investigation, proceeding, or hearing.
- Exercising any right protected by law, rule, or regulation.

WF202458450657-000019

# EXHIBIT D

WF202458450657-000020

# Team Member Acknowledgment

**WELLS FARGO**

Wells Fargo Team Member Handbook, Code of Ethics and Business Conduct, Compliance & Risk Management Accountability Policy, Information Security Policy Overview, and HR Systems Authorization

## Wells Fargo Team Member Handbook

*The online Wells Fargo Team Member Handbook is your main resource outlining team member policies covering Wells Fargo and its subsidiaries. You can find the online Handbook at http://teamworks.portal.wellsfargo.com/portal/site/tmhandbook/. The online Handbook provides every team member with important information on topics such as employment, performance, and workplace conduct including Wells Fargo's policies against harassment and retaliation.*

- I have been provided the link to access the online Wells Fargo Team Member Handbook. I understand that the policies it contains do not constitute an express or implied contract of employment, and that my employment is at will. I further understand that it is my responsibility to read the online *Handbook* thoroughly and become familiar with its content.

## Code of Ethics and Business Conduct

*The Code of Ethics and Business Conduct sets forth Wells Fargo's policy and standards concerning ethical conduct for all team members.*

- I understand that the Code of Ethics and Business Conduct is included in the online Wells Fargo Team Member Handbook and that, under the Code, I may be required to disclose information or obtain approval in certain situations.
- I will read the Code and I will conduct myself in accordance with its provisions.

## Compliance and Risk Management Accountability Policy

*Accountability for appropriate risk management and for full compliance with applicable laws and regulations is a critical element of Wells Fargo's enterprise risk management and compliance management programs.*

- I understand that the Compliance and Risk Management Accountability Policy is included in the online Wells Fargo Team Member Handbook.
- I will read this policy and will adhere to its requirements.

## Information Security Policy Overview

The Information Security Policy sets forth standards governing the protection of information and team members' use of Wells Fargo electronic communication systems. Wells Fargo maintains the right to monitor such activity.

- I understand that an overview of the Information Security Policy is included in the online Wells Fargo Team Member Handbook.
- I will read this overview and I will abide by its provisions.
- I agree that Wells Fargo has the right to monitor any company electronic communications systems and equipment to which I have access.

## Electronic Human Resources Systems Authorization

*This authorization is required in order for you to use Wells Fargo's electronic Human Resources (HR) systems, including automated telephone systems and online computer applications. These systems will in many cases allow you to change your personal or benefits information without submitting additional paperwork.*

- I agree that, to ensure privacy and maintain confidentiality, I will use my Employee ID Number or my Social Security Number and a password when I first access a Wells Fargo electronic HR system. I will create my own confidential password during the initial use of the system, and it will be known only to me. I understand that each electronic HR system may require a different password.
- I authorize Wells Fargo & Company and its affiliates to carry out all decisions relating to personal and benefits information executed by me through a Wells Fargo electronic HR system, including automated telephone systems and online computer systems.

## Acknowledgment

My signature below acknowledges that:

☐ I have received the link to access the online Wells Fargo Team Member Handbook, and understand its application to my employment with Wells Fargo;

☐ I will read and will adhere to the provisions of the online Handbook, including the Code of Ethics and Business Conduct, Compliance and Risk Management Accountability Policy and the Information Security Policy Overview; and

☐ I agree to the Electronic Human Resources Systems Authorization.

| Print Name | Employee ID |
|---|---|
| BARNER, DORETTA | |
| Team Member Signature | Date |
| /s/ completed via Learning Center training course EH01-255686 | 1/21/2010 |

Sign this form and return it, within 10 days of receipt, to Employment Processing,

*Form applicable only to team members paid on a U.S. payroll system

CONFIDENTIAL

HRS2987 (10-09 125178) FOL

WF202458450657-000021
DO NOT SUBMIT PHOTOCOPY OR FAX - send original only.

# EXHIBIT E

CONFIDENTIAL

# Overview

## Overview

| | |
|---|---|
| **Inactive** | No |
| **View As Of** | 11/21/2024 |
| **Date of Last Change** | 11/21/2024 12:01:50.986 PM |
| **Job Profile Name** | Associate Operations Processor |
| **Job Code** | 101818 |
| **Include Job Code in Name** | No |
| **Job Profile Summary** | Operations:  Covers jobs responsible for activities that support the operational infrastructure, performance, and efficiency. |
| **Job Description** | |

About this role:
Wells Fargo is seeking a...

In this role, you will:

- Perform general clerical operations tasks that are routine in nature
- Receive, log, batch, and distribute work
- File, photocopy, and answer phones
- Prepare and distribute incoming and outgoing mail
- Regularly receive direction from supervisor and escalate questions and issues to more experienced roles
- Work under close supervision following established procedures

Required Qualifications:

- 6+ months of operations support experience, or equivalent demonstrated through one or a combination of the following: work experience, training, military experience, education

Required Qualifications for Europe, Middle East & Africa only:

- Experience in operations support, or equivalent demonstrated through one or a combination of the following: work experience, training, military experience, education

Desired Qualifications:

-

Job Expectations:



·

| | |
|---|---|
| **Job Description - Additional Language** | |
| **Job Title Default** | Associate Operations Processor |
| **Restrict to Country** | |
| **Job Level** | S1 |
| **Job Family** | Business Operations |
| **Job Category** | N |
| **Job Classifications** | 131199 - Business Operations Specialists, All Other (AK OCC CODE-United States of America)<br>5-1 - ADMIN SUPPORT WORKERS - (EEO Job Group-United States of America)<br>5810 - 5810 Other office and administrative support workers (US STD OCC CODE-United States of America)<br>5 - Administrative Support Workers - (EEO-1 Job Category-United States of America)<br>DI - DI (Incentive Class)<br>DP - DP (Incentive Class)<br>Eligible - (Eligible for Performance Review)<br>Eligible - (Eligible for Shift Differential)<br>IND Shift Allowance Eligible - India employees eligible for shift allowance (IND Time Tracking-India)<br>Job Class - 2 - This is assigned to all US Wells Fargo jobs that don't meet the definitions of job class codes 5 or 1. Most US jobs have a job class code of 2. (Job Class Code-United States of America)<br>Mort - Mortgage Incentive Eligible (Mortgage Incentive Eligibility-United States of America)<br>Operations - (SUBFAMILY)<br>PHL Night Differential Eligible - Philippines employees eligible for night differential (PHL Time Tracking-Philippines)<br>Processing & Ops - Customer Servicing - (Worker Segments) |
| **Work Shift Required** | No |
| **Public Job** | Yes |
| **Referral Payment Plan** | |

# EXHIBIT F

WF202458450657-000025

# Professionalism

KB7014240 • Published: October 16, 2024

---

This PDF was created on December 02, 2024 from content on the HR Services & Support site. Content is updated frequently. Access HR Services & Support for the most current HR information.

---

Intended for all employees globally.

At Wells Fargo, we're committed to providing an environment that promotes professionalism and encourages each employee's professional development and achievement. We take this commitment seriously. Consistency, fairness, and respect are essential to good relations between employees, their managers, and Wells Fargo. This approach creates a professional and productive work environment for every employee, in the  workplace, and at work-related activities such as company meetings, business travel, and recognition programs.

The related articles outline policies and guiding principles that will help employees meet these responsibilities.

Visit  Who We Are on Teamworks to explore expectations that apply to everyone at Wells Fargo, at every level and role.

This resource helps to ensure everyone understands and lives the Wells Fargo culture in our interactions with each other, our communities, and our customers.

## Chat

Use Chat to get fast answers to common HR questions and guidance on tasks.

- Select Chat in the top right corner on the navigation menu or select the chat bubble.
- For more information and live chat hours, refer to the  HR Chat FAQs article.
- If you're unable to chat or live chat is not available, submit an  Ask a Question HR Request.

© 2024 Wells Fargo Bank, N.A. All rights reserved.

WF202458450657-000026

# Workplace Conduct

KB7014009 • Published: September 11, 2024

This PDF was created on December 02, 2024 from content on the HR Services & Support site. Content is updated frequently. Access HR Services & Support for the most current HR information.

Intended for all employees globally.

You are expected to treat your coworkers, managers, supervisors, direct reports, and customers with respect and professionalism. Refrain from conduct that may damage Wells Fargo's business or reputation, negatively affect employees, or disparage customers.

Unprofessional employee behavior includes but is not limited to:

- Behavior that creates an intimidating or offensive work environment
- Abusive behavior or conduct including verbal abuse, insults, name calling, deliberate attempts to humiliate or demean another, or disrespectful interruptions
- Obscene language or repeated use of profanity
- Conduct that might otherwise be considered welcome between employees but is inappropriate in the workplace or during work-related activities

Providing feedback or engaging in professional, open, honest, robust, and direct communication to improve individual and organizational performance is a demonstration of the company's expectation of embracing candor and not considered to be inappropriate conduct or a violation of this expectation.

This information is not intended to limit or restrict rights under the National Labor Relations Act, including the right to communicate with others concerning wages, hours, benefits, and other terms or conditions of employment.

For concerns or more information related to harassment and discrimination, refer to Anti-Harassment and Discrimination.

Visit Who We Are on Teamworks to explore expectations that apply to everyone at Wells Fargo, at every level and role.

# Providing information

© 2024 Wells Fargo Bank, N.A. All rights reserved.

WF202458450657-000027

2

Report concerns related to this expectation. Review the related article Speak Up and Nonretaliation for detailed requirements for promptly reporting potential misconduct.

Wells Fargo may need to conduct a review of reported concerns. If you're asked to be part of an investigative or fact-finding process, you're expected to cooperate fully and honestly and not to interfere with the integrity of the process. In certain situations, employees who engage in unprofessional conduct may be placed on administrative leave. For more information, refer to Administrative Leave.

Remember, the company does not tolerate any form of retaliation or other negative actions for speaking up and reporting a concern or participating in the company's investigative or fact-finding process to review a concern.

## Consequences

Failure to meet these expectations can lead to corrective action up to and including termination, and may affect your eligibility for pay increases, promotions, or transfer opportunities, or result in the adjustment or elimination of bonus and incentive payments (in accordance with your incentive plan terms). This includes failing to participate fully and honestly in any investigative or fact-finding process initiated by Wells Fargo. For more information, refer to Corrective Action Overview.

In addition, corrective action may affect your annual performance evaluation, including the Risk Overlay rating. For more information, refer to Risk Overlay in Performance Management.

## Contact Employee Relations

For non-urgent inquiries, including corrective action reviews, attendance and punctuality issues, time away questions, policy interpretation, or initiation of Wells Fargo Dispute Resolution process, submit an Employee Relations Consultation request.

If you are not able to complete an online request or if this is an urgent matter that truly requires immediate Employee Relations consultation (for example, employee impairment or arrest in the workplace, which causes workplace disruption):

- U.S.-based employees: Call ▮▮▮▮▮▮▮▮▮ and an HR professional will notify Employee Relations or the appropriate team. This line is available Monday through Friday, 8:00 a.m. to 6:00 p.m. Eastern Time.

- International-based employees: Contact a local HR professional and they will notify Employee Relations or the appropriate team.

© 2024 Wells Fargo Bank, N.A. All rights reserved.

# EXHIBIT G

WF202458450657-000029

1

# Corrective Action Overview

KB7013995 • Published: August 05, 2024

---

This PDF was created on December 02, 2024 from content on the HR Services & Support site. Content is updated frequently. Access HR Services & Support for the most current HR information.

---

Intended for all employees globally.

Version française (PDF) | Deutsch Version (PDF)

If you have an ongoing, unresolved performance, conduct, attendance, or punctuality issue, your manager will work with you to provide the appropriate form of corrective action. Review detailed requirements in the global policy:

Corrective Action Policy

You can review and acknowledge any corrective action issued by your manager in Workday. Review the related articles for more information.

If you need to view a corrective action administered before 2022:

- U.S. employees: Access your Electronic Personnel File. For more information, refer to the related article: Personnel File.
- International employees: Talk with your manager or contact your local HR team for instructions. Refer to the Personnel Information article.

**Workday**

Sign on

If you don't achieve the necessary improvement in performance, conduct, attendance, or punctuality that was outlined in the Informal Warning, Formal Warning, or Final Notice/Final Warning, your employment may be terminated. For examples of situations that may be appropriate for immediate termination, refer to the related article: Involuntary Termination.

---

© 2024 Wells Fargo Bank, N.A. All rights reserved.

WF202458450657-000030

# Corrective action types

When appropriate, your manager will work with Employee Relations (ER) to determine whether corrective is needed, and, if so, which type of corrective action to initiate.

International employees:

For information about corrective action types or processes for your location, refer to the related articles.

U.S. employees:

There are three primary types of corrective action.

| Corrective action type | Description |
|---|---|
| Informal Warning | If your performance, work-related conduct, attendance, or punctuality doesn't meet specified requirements, your manager may initiate an informal warning that documents the need for improvement and is delivered verbally to you and in writing by your manager. The informal warning generally contains:<br><br>• The specific areas of performance, work-related conduct, attendance, or punctuality that don't meet the requirements or expectations of your assigned job duties or company policy.<br>• Clear notice that if the issue continues, it could lead to a formal warning or termination of employment. |
| Formal Warning | If your performance, work-related conduct, attendance, or punctuality doesn't improve or keeps declining after an informal warning — or if the nature of the underlying concern requires more formal action — then your manager may document the situation in a formal warning. A formal warning documenting the need for improvement will be delivered verbally to you and in writing by your manager. The formal warning generally contains:<br><br>• An explanation of the issue.<br>• A definition of the expected level of performance or the identified need to improve work-related conduct or adherence to the attendance and punctuality standards.<br>• Clear notice that if the issue continues, it can result in the termination of employment. |
| Final Notice | Situations that involve a serious policy violation or workplace conduct issue may require corrective action just short of termination of employment. In a situation like this, you may receive a final notice advising you that if a similar action or any other serious policy violation occurs again at any time during your Wells Fargo employment, your employment may be terminated immediately. A final notice will be delivered to you verbally and in writing by your manager. A final notice generally contains: |

© 2024 Wells Fargo Bank, N.A. All rights reserved.

3

| Corrective action type | Description |
|---|---|
| | • A description of the significant workplace conduct issues or serious one-time policy violation (such as a Code of Conduct violation).<br>• A definition of the expectations.<br>• Clear notice that if the issue reoccurs, it may result in the termination of employment. |

Note: Select groups may issue Financial Industry Regulatory Authority (FINRA) compliance corrective actions, as advised by the Special Surveillance and Reviews (SSR) team. These corrective actions are based on violations to FINRA rules and regulations. FINRA is the regulatory authority for the brokerage securities industry.

If you are unclear about what a corrective action means for you, contact your manager or submit an Employee Relations Consultation request as soon as possible. Issuance of certain types of corrective action may affect your eligibility for pay increases, promotions, or transfer opportunities. In addition, it may result in the adjustment or elimination of bonus and incentive payments (in accordance with your incentive plan terms) or affect your annual performance evaluation at the individual objective or overall performance level.

If you are issued a conduct-related formal warning or final notice, your corrective action will place you in the Misconduct Accountability Program for that performance year. For more information, refer to the related article: Misconduct Accountability Program.

# Manager responsibilities

Managers are encouraged to consult with Employee Relations for guidance on any corrective action. ER consultation may be required in some countries and for certain types of corrective action. Refer to the related articles for more details.

In addition, managers will:

• Partner with Employee Relations as required to provide the corrective action in writing, discuss the corrective action with the employee, and submit the corrective action in Workday.
• For Formal Warnings or Final Notices/Warnings for misconduct (or a similar disciplinary action such as a Memo of Censure), refer to the Managers: Misconduct Accountability Program article for details and actions to take during the performance evaluation and year-end compensation cycles.
• Make it clear that if the employee repeats the behavior or conduct while employed at Wells Fargo, their employment may be terminated.

U.S. managers:

Note: You must consult with the Special Surveillance and Reviews (SSR) team before issuing a FINRA compliance corrective action (for select groups only). Managers should follow their business group's escalation process when referring compliance issues to SSR.

© 2024 Wells Fargo Bank, N.A. All rights reserved.

4

## Manager resources (U.S.)

For more information about understanding where and when corrective action is needed and how to document it in Workday, managers can refer to the related articles:

- Managers: Understanding How and When to Move to Corrective Action
- Managers: Implementing Corrective Action
- Managers: Corrective Action in Workday

---

## Manager resources (international)

For more information about corrective action and how to document it in Workday, managers can refer to the related article:

- Managers: International Corrective Action and Performance Improvement Plans in Workday

---

# Contact Employee Relations

For non-urgent inquiries, including corrective action reviews, attendance and punctuality issues, time away questions, policy interpretation, or initiation of Wells Fargo Dispute Resolution process, submit an  Employee Relations Consultation request.

If you are not able to complete an online request or if this is an urgent matter that truly requires immediate Employee Relations consultation (for example, employee impairment or arrest in the workplace, which causes workplace disruption):

- U.S.-based employees: Call ███████████████████████, and an HR professional will notify Employee Relations or the appropriate team. This line is available Monday through Friday, 8:00 a.m. to 6:00 p.m. Eastern Time.

- International-based employees: Contact a local HR professional and they will notify Employee Relations or the appropriate team.

© 2024 Wells Fargo Bank, N.A. All rights reserved.                                                                  WF202458450657-000033

# EXHIBIT H

CONFIDENTIAL



# INFORMAL WARNING
## Conduct

| | | | |
|---|---|---|---|
| **Team member's name:** | Barner, Doretta | **Date:** | 8/1/2019 |
| **Job title:** | OPERATIONS CLERK 2 | **Employee ID #:** | ▇▇▇▇ |
| **Manager's name:** | **WILLIAMS, SHENESE L** | **AU #:** | ▇▇▇▇ |

This memo provides you with information about your **informal warning** for having outbursts making rude and negative comments to her peers..

**Expectation for professional conduct**
Our goal at Wells Fargo is to maintain a professional and productive work environment for every team member and for our customers and clients. As stated in the *Team Member Handbook*, "You're expected to conduct yourself in a professional manner and to use good judgment in all aspects of your conduct as a Wells Fargo team member."

**Reason for corrective action**
On On 7-31-19 you engaged in making inappropriate comments to other team members. and the impact was disruptive to the workplace displaying unprofessional behavior.

**Plan to correct the situation**
Doretta needs to uphold Wells Fargo's expectations of professional workplace conduct at all time.

**Consequences**
If this conduct continues, you may be subject to further corrective action, up to and including termination of employment.

The following resources are available to you if you wish to discuss personal issues that may be affecting your performance.
- ER Solutions is available to assist you in resolving workplace concerns and conflicts. Contact ER Solutions using the Employee Relations eForm that can be found on Teamworks by searching for "Employee Relations eForm."
- Employee Assistance Services (EAS) is available free of charge and provides confidential and professional consulting 24 hours a day, 7 days a week. Contact EAS at ▇▇▇▇▇▇▇▇
- Leave Management is available to provide you with information regarding leaves of absence for which you may be eligible, including Family and Medical Leave (FMLA). Contact Leave Management at ▇▇▇▇▇▇▇▇
- Accommodations Management is available to help you with medical restrictions or disabilities and with exploring job modifications or accommodations. Contact Accommodations Management at ▇▇▇▇▇▇▇▇

CONFIDENTIAL                                                    WF202458450657-000035

BARNER, DORETTA, ███████, has not viewed this form or acknowledged receipt of this form. Form was presented to Team Member online on 8/1/2019.

**WELLS FARGO**

# FORMAL WARNING
## Conduct

| | | | |
|---|---|---|---|
| **Team member's name:** | Barner, Doretta | **Date:** | 4/21/2020 |
| **Job title:** | OPERATIONS CLERK 2 | **Employee ID #:** | ███ |
| **Manager's name:** | WILLIAMS, SHENESE L | **AU #:** | ███ |

This memo provides you with information about your **formal warning** for displaying unprofessionalism work place behavior on several different occasions.

### Expectation for professional conduct
Our goal at Wells Fargo is to maintain a professional and productive work environment for every team member and for our customers and clients. As stated in the *Team Member Handbook*, "You're expected to conduct yourself in a professional manner and to use good judgment in all aspects of your conduct as a Wells Fargo team member."

### Reason for corrective action
[X] On 08/17/2019 you engaged in rude outburst in front of your team and work directors. Doretta has stated on many occasions that she don't need this job & will not follow tasks that has been assigned to her. Also Doretta will keep her phone on at all time and answer in the work area ever after she has been addressed by management. and the impact was dividing the team because it's always conflict when she is asked to complete a tasks. Her team avoids interaction with her because she will make rude outbursts or go to management causing a seen within the department. Doretta will state in front of others that she will contact her lawyer any time you try to provide feedback on her behavior.

[X] On the following dates 8-17-19,9-12-19,9-27-19,10-1-19,12-12-19,12-23-19,1-17-20 and 1-29-20 you engaged in making rude outbursts to your work directors and peers. Doretta works at her own pace regardless of directions received for management. and the impact was Doretta's behavior makes the department pull apart avoiding contact with her because of the backlash of her behavior.

### Plan to correct the situation
Doretta need to remain professional at all time, follow the directions of her work directors and follow all departmental standards daily.

### Consequences
If this conduct continues, you may be subject to further corrective action up to and including termination of employment.

A formal warning may affect your eligibility for salary increases, promotions, transfer opportunities, or bonus and incentive payments, (in accordance with your incentive plan terms). In addition, the corrective action may affect your annual performance evaluation and ratings at the individual objective and/or overall performance level. If you apply for another position within Wells Fargo in the next 12 months, you are required to inform any Wells Fargo hiring manager of, and provide him or her with an explanation for, this warning. You are also required to disclose this warning when completing the Questionnaire portion of the application process.

The following resources are available to you if you wish to discuss personal issues that may be affecting your performance.

CONFIDENTIAL    WF202458450657-000038

- ER Solutions is available to assist you in resolving workplace concerns and conflicts. Contact ER Solutions using the <u>Employee Relations eForm</u> that can be found on Teamworks by searching for "Employee Relations eForm."
- Employee Assistance Services (EAS) is available free of charge and provides confidential and professional consulting 24 hours a day, 7 days a week.  Contact EAS █████████████████
- Leave Management is available to provide you with information regarding leaves of absence for which you may be eligible, including Family and Medical Leave (FMLA).  Contact Leave Management at ████████████████
- Accommodations Management is available to help you with medical restrictions or disabilities and with exploring job modifications or accommodations.  Contact Accommodations Management at ██████████████████

2

BARNER, DORETTA, ▮▮▮▮▮, has not viewed this form or acknowledged receipt of this form. Form was presented to Team Member online on 4/21/2020.

# Barner, Doretta

Associate Operations Processor

Manager: Shenese Williams (Terminated)

Evaluated By: Shenese Williams (Terminated)

# Corrective Action (US)

Organization: BUSINESS OPERATIONS (richard robinson (Inherited))

Location: 142676-GA-Atlanta Ops Center

12/20/2022 - 12/20/2023

## Corrective Action

**Reason:**          Informal Warning: Conduct (United States of America)

**Related Corrective Actions:**

## Incident Details

**Provide performance/conduct expectations, found on the HR Services and Support site, for this corrective action.**

### Manager Evaluation

**Response:**     This message is a follow-up to our conversation about your decision to move forward with a Informal Warning for Conduct your team member –Doretta Barner **to be delivered by December 20, 2022**. The information below will assist you in completing the corrective action documentation and delivering the corrective action to the employee in a professional and respectful manner.

**Provide a detailed summary of the reason for the corrective action.**

### Manager Evaluation

**Response:**     December 12,2022 Doretta was mailing a HIPPA sensitive account when she discovers about 5 batches were missing. Doretta started making loud outburst in front of her peers about someone must have already mailed the accounts are the account are located in the wrong area. After she finished distracted her area, she approached Claudette Burns and stated all my bills are paid I don't care about being wrote up and I mean I don't care about being wrote up. Once Doretta finished her comments with Claudette, she walked over to Eleanor Nolden and stated they can take this job and shove it. One on the mailroom manager (Tameeka Toussaint) also witness her behavior.  Doretta has been placed on a formal warning for her behavior prior to this request.

**Provide a summary of the impact to the employee, business and/or customers.**

### Manager Evaluation

**Response:**     Distracting behavior can interfere with other TM's causing customer impacts.

**Provide the plan to correct the situation, if appropriate, for this corrective action.**

**(Note, the above dates do not indicate the period of the incident or the length of the corrective action. The manager delivering the corrective action may add dates within the body of the document which set milestones for certain deliverables, activities or tasks to be completed which demonstrate progress toward performance expectations.)**

**Manager Evaluation**

**Response:**    I have already spoke with Doretta about her behavior and provided her a copy of the company workplace conduct handbook.

**Enter the HR Services and Support case number (for formal warning and final notice, add N/A if a FINRA or informal warning).**

**If you are submitting a formal warning or final notice corrective action and have not started a case with Employee Relations, please contact ER via the HR Services and Support site before submitting this Corrective Action.**

**Manager Evaluation**

Response:    

## Consequences

You are expected to show immediate and sustained improvement in all performance standards and work expectations as outlined in this document. If you do not consistently meet and sustain performance at an acceptable level, you may be subject to further corrective action, up to and including termination of employment. In addition to corrective action, your technology access may be disabled or limited for certain policy violations.

A formal warning, final notice or memo of censure may affect your eligibility for salary increases, promotions, transfer opportunities, bonus and incentive payments or technology access, if applicable. If you apply for another position within Wells Fargo in the next 12 months, you are required to disclose a formal warning or final notice during the application process and to any hiring manager.

If you wish to discuss personal issues that may be affecting your performance, visit the HR Services and Support site to submit an HR Request for Workplace Support.

  WF202458450657-000042

# Barner, Doretta

Associate Operations Processor

## Corrective Action (US)

Organization: BUSINESS OPERATIONS (richard robinson (Inherited))

Manager: Shenese Williams (Terminated)

Evaluated By: Shenese Williams (Terminated)

Location: 142676-GA-Atlanta Ops Center

04/23/2023 - 04/23/2023

## Corrective Action

**Reason:**                              Formal Warning: Conduct (United States of America)

**Related Corrective Actions:**    Corrective Action (US)

## Incident Details

**Provide performance/conduct expectations, found on the HR Services and Support site, for this corrective action.**

### Manager Evaluation

**Response:**    Providing feedback or engaging in open, honest, robust, and direct communication to improve individual and organizational performance is a demonstration of the company's expectation of embracing candor and is not considered to be inappropriate conduct or a violation of this policy.

The way you handle interactions and communicate with others is important to the success of your team and the company. You're expected to treat customers and coworkers with respect and professionalism. You are also expected to treat your supervisor and other managers with respect and to avoid insubordinate behavior.

Unprofessional and inappropriate employee behavior includes but is not limited to:

- Any form of harassment or behavior that creates an intimidating or offensive work environment. See the related Anti-Harassment article for U.S. policy, or refer to applicable country policies as needed.
- Abusive behavior or conduct including verbal abuse, insults, name calling, deliberate attempts to humiliate or demean another, or repeated instances of disrespectful interruptions.
- Obscene language or repeated use of profanity.
- It may also include conduct that is welcome between employees but is inappropriate in the workplace or during work-related activities.

### Provide a detailed summary of the reason for the corrective action.

#### Manager Evaluation

**Response:**    Today while working with my Wholetail team to complete an additional tray of possible holdover, I observed Doretta talking with Shantrice while she was at the cutter. I gave them a few minutes to complete their conversation. However, they continued talking beyond what was acceptable given the urgency of getting the work done. I asked Doretta to stop talking to Shantrice and return to her workstation and she aggressively responded stating she's not the problem and I need to talk to other people who do the same. I stated that at this moment I needed her to leave Shantrice along so she could get her work done. She then stated in a rude manner that we don't see other people doing the same thing and need to address them. As she walked away, she continues talking loudly disrupting the team and making her dislike of my asking her to leave the area well known.

Her behavior was disruptive and disrespectful and not acceptable in the work environment. This behavior must be addressed immediately.

**Provide a summary of the impact to the employee, business and/or customers.**

**Manager Evaluation**

**Response:**    Doretta cause a disruptive outburst to a Barbara Ashe in front of the production floor. All employees stop
working in the area to see what the loud disrespectful behavior was coming from. As Doretta walk back to
her area she continued to be loud and rude.

**Provide the plan to correct the situation, if appropriate, for this corrective action.**

**(Note, the above dates do not indicate the period of the incident or the length of the corrective action.
The manager delivering the corrective action may add dates within the body of the document which set
milestones for certain deliverables, activities or tasks to be completed which demonstrate progress
toward performance expectations.)**

**Manager Evaluation**

**Response:**    Doretta has displayed behavior issues in the pass three year if she can't work in her department without
following the company unprofessional workplace behavior policy after her formal warning is issued ending
her employment would be my suggest.

**Enter the HR Services and Support case number (for formal warning and final notice, add N/A if a
FINRA or informal warning).**

**If you are submitting a formal warning or final notice corrective action and have not started a case with
Employee Relations, please contact ER via the HR Services and Support site before submitting this
Corrective Action.**

**Manager Evaluation**

**Response:**    

## Consequences

**You are expected to show immediate and sustained improvement in all performance standards and work
expectations as outlined in this document. If you do not consistently meet and sustain performance at an
acceptable level, you may be subject to further corrective action, up to and including termination of
employment. In addition to corrective action, your technology access may be disabled or limited for
certain policy violations.**

**A formal warning, final notice or memo of censure may affect your eligibility for salary increases,
promotions, transfer opportunities, bonus and incentive payments or technology access, if applicable. If
you apply for another position within Wells Fargo in the next 12 months, you are required to disclose a
formal warning or final notice during the application process and to any hiring manager.**

**If you wish to discuss personal issues that may be affecting your performance, visit the HR Services and
Support site to submit an HR Request for Workplace Support.**



Kau J. Guannu-Emmette, Legal EEO Associate Counsel
Wells Fargo Legal Department
90 S. 7th Street, Floor 17
Minneapolis, MN 55402
MAC N9305-179
Tel: (612) 667-0010
kau.guannu@wellsfargo.com

December 2, 2024

*Via EEOC Respondent Portal*

Erika Lacour, Federal Investigator
U.S. Equal Employment Opportunity Commission
Atlanta District Office
100 Alabama St, SW, Suite 4R30
Atlanta, GA 30303

      **RE:**      **Respondent's Position Statement**
               *Doretta Barner v. Wells Fargo Bank, N.A.*
               **EEOC Case No. 410-2024-13478**

Dear Federal Investigator Lacour,

      I am writing on behalf of Wells Fargo Bank, N.A. ("Wells Fargo" or the "Company") in response to the above-referenced Charge of Discrimination ("Charge") filed by former employee Doretta Barner ("Ms. Barner"). The Company recognizes that Ms. Barner may request a copy of the non-confidential portions of this Position Statement. Aside from this narrow disclosure, any and all information submitted in connection with this matter is provided with the understanding that it will be kept confidential and used exclusively in the Equal Employment Opportunity Commission's ("EEOC") investigation of this Charge. The information contained below is based on Wells Fargo's understanding of the facts to date, and Wells Fargo respectfully reserves the right to amend or supplement this Position Statement in the future, including the right to assert additional defenses.

## I.    INTRODUCTION

      Ms. Barner filed this Charge alleging disability discrimination and retaliation. Her allegations are completely unsupported. Ms. Barner was terminated because she violated the Company's Professionalism and Workplace Conduct policies after being delivered coaching and corrective action. Accordingly, Wells Fargo respectfully requests that the EEOC dismiss this Charge in its entirety.

## II.    WELLS FARGO VALUES DIVERSITY AND PROHIBITS DISCRIMINATION AND RETALIATION

Wells Fargo does not discriminate on the basis of race, color, gender, national origin, religion, age, sexual orientation, gender identity, gender expression, genetic information, physical or mental disability, pregnancy, marital status, status as a protected veteran, or any other status protected by federal, state, or local law. (**Exhibit A:** Affirmative Action, EEO, and Diversity and Inclusion Policy.)

Wells Fargo also prohibits harassment. Harassment will not be tolerated in the workplace or at work-related events. Wells Fargo looks to all employees to assist in preventing harassment in the workplace. Each employee is charged with the responsibility to report harassing behavior, whether it is directed at that employee or someone else. Managers and employees who learn of harassing behavior are instructed to immediately report the activity to the appropriate Employee Relations ("ER") professional. Once harassment is reported, a Wells Fargo ER Representative will conduct a thorough, effective, and objective investigation of the harassment allegations. (**Exhibit B:** Anti-Harassment and Reporting Harassment Policies.)

Furthermore, Wells Fargo is committed to providing an environment and processes to encourage employees to recognize and report, without fear of retaliation, any suspected unethical or illegal conduct, including fraud; securities law or regulatory violations; possible violation of any Wells Fargo policies; or other inappropriate workplace behavior. There is zero tolerance for retaliation against an employee who engages in protected activity. (**Exhibit C:** Speak Up and Nonretaliation Policy.) Finally, the Company offers a wide variety of dispute resolution methods and prohibits retaliation against those who utilize the dispute resolution process.

The above-referenced policies are set forth in Wells Fargo's Employee Handbook ("Handbook"). At all times relevant to this Charge, Wells Fargo has maintained an online Handbook available to all employees, including Ms. Barner. Ms. Barner completed a Team Member Acknowledgment, acknowledging her receipt of and adherence to the Handbook. (**Exhibit D:** Team Member Acknowledgment.)

## III.    WELLS FARGO TREATED MS. BARNER IN A NON-DISCRIMINATORY AND NON-RETALIATORY MANNER

Ms. Barner was employed by Wells Fargo from June 23, 1997, until she was terminated on November 17, 2023. During the relevant time period, Ms. Barner was an Associate Operations Processor reporting to former Operations Associate Manager, Shenese Williams ("Ms. Williams"). In the Associate Operations Processor role, Ms. Barner was primarily responsible for moderately complex transactional and operational tasks such as processing servicing related tasks, identifying problems, improving service levels and developing metrics to measure growth and performance. (**Exhibit E:** Job Description.)

### a.    Wells Fargo holds its employees accountable for their decisions and actions.

Wells Fargo employees are required to comply with the Company's Professionalism and Workplace Conduct expectations. (**Exhibit F:** Professionalism and Workplace Conduct Knowledge Articles.) The expectations state in relevant part that Wells Fargo is committed to providing an

2

environment that promotes professionalism, consistency, fairness, and respect between employees, managers, supervisors, direct reports, and customers. Failure to adhere to these expectations may result in corrective action up to and including termination. Wells Fargo's approach to coaching and corrective action is not progressive; appropriate coaching and/or corrective action depends on the circumstances. (**Exhibit G:** Corrective Action Policy.)

### b. Wells Fargo appropriately performance managed and terminated Ms. Barner for repeated violations of its Professionalism and Workplace Conduct expectations.

Wells Fargo's Employee Relations ("ER") team received several complaints regarding Ms. Barner's workplace conduct during her employment with the Company. The concerns included her engaging in unprofessional behavior and making inappropriate comments to her managers and peers. For example, on July 31, 2019, Ms. Barner was issued an Informal Warning ("IW") for having outbursts and making rude and negative comments to her peers. As another example, in August, September, and October 2019 and January 2020, Ms. Barner was observed having rude outbursts in front of her team and work directors. She was issued a Formal Warning ("FW") for her conduct. (**Exhibit H:** Barner Corrective Actions.)

Despite these corrective actions, Ms. Barner's unprofessional behavior continued. For instance, on December 12, 2022, she had a loud outburst in front of her peers. Following the outburst, Ms. Barner approached Senior Operations Processors, Claudette Burns ("Ms. Burns") and Eleanor Nolden ("Ms. Nolden") to state that all her bills are paid and she does not care about being written up, and that they can take this job and shove it. Ms. Barner's behavior was distracting and resulted in her receiving another IW for Conduct. (**Exhibit H:** Barner Corrective Actions.)

Moreover, on April 23, 2023, Ms. Barner behaved rudely towards Ms. Williams after Ms. Williams asked her to stop talking to a colleague and return to her workstation. This disruptive and disrespectful incident resulted in Ms. Barner receiving a FW for Conduct. (**Exhibit H:** Barner Corrective Actions.)

Finally, on September 8, 2023, Ms. Barner behaved rudely to Ms. Burns after Ms. Burns made Ms. Barner aware of a HIPPA error she made. Specifically, Ms. Barner proceeded to get loud with Ms. Burns and questioned why she was looking for errors. Additionally, she stated to Ms. Burns that "she needs to be in Athens with White people, intelligent people." Ms. Burns reported this incident to Operations Manager, Tiffani Williams. Ms. Barner was consequently terminated for her unprofessional interaction and inappropriate comments.

## IV. WELLS FARGO DID NOT DISCRIMINATE OR RETALIATE AGAINST MS. BARNER

Ms. Barner alleges in her Charge that discrimination and retaliation were the underlying reasons for her termination. Ms. Barner's conclusory allegations ignore the relevant facts and history of her workplace conduct violations. Notwithstanding, Wells Fargo investigated Ms. Barner's previously raised allegations of disparate treatment and hostile work environment, including the allegations in this Charge and found no evidence of policy violations. Ms. Barner's termination was based exclusively on her

unprofessional conduct in violation of the Company's Professionalism and Workplace Conduct expectations.

## V.     CONCLUSION

Wells Fargo did not discriminate against Ms. Barner on any basis. Nor did the Company retaliate against her for engaging in protected activity. Accordingly, the EEOC should dismiss this Charge in its entirety.

Sincerely,

*/s/ Kau J. Guannu-Emmette*

Kau J. Guannu-Emmette
Legal EEO Associate Counsel

Enclosures

4

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Mobile Local Office
63 South Royal Street, Suite 504
Mobile, AL 36602
(251) 304-7920
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 01/21/2025

**To:** Doretta Barner
9106 Wood green Way , Jonesboro, GA 30238
Charge No: 410-2024-13478

EEOC Representative and email:    ERIKA LACOUR
MLO Director
erika.lacour@eeoc.gov

---

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 410-2024-13478.

On behalf of the Commission,

Digitally Signed By: Erika La'Cour
01/21/2025
Erika La'Cour
Local Office Director

**cc:**
Kau Guannu
Wells Fargo
90 South 7th Street
17th FloorMinneapolis, MN 55402


Please retain this notice for your records.

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 410-2024-13478 to the

District Director, Bradley A. Anderson, at 1130 22nd Street South Suite 2000, Birmingham, AL 35205.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 410-2024-13478 to the District Director, Bradley A. Anderson, at 1130 22nd Street South Suite 2000, Birmingham, AL 35205.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.

NOTICE OF RIGHTS UNDER THE ADA AMENDMENTS ACT OF 2008 (ADAAA)

The ADA was amended, effective January 1, 2009, to broaden the definitions of disability to make it easier for individuals to be covered under the ADA/ADAAA. A disability is still defined as (1) a physical or mental impairment that substantially limits one or more major life activities (actual disability); (2) a record of a substantially limiting impairment; or (3) being regarded as having a disability. *However, these terms are redefined, and it is easier to be covered under the new law.*

If you plan to retain an attorney to assist you with your ADA claim, we recommend that you share this information with your attorney and suggest that he or she consult the amended regulations and appendix, and other ADA related publications, available at: http://www.eeoc.gov/laws/types/disability_regulations.cfm.

**"Actual" disability or a "record of" a disability**

If you are pursuing a failure to accommodate claim you must meet the standards for either "actual" or "record of" a disability:

- ✓ **The limitations from the impairment no longer must be severe or significant** for the impairment to be considered substantially limiting.

- ✓ In addition to activities such as performing manual tasks, walking, seeing, hearing, speaking, breathing, learning, thinking, concentrating, reading, bending, and communicating (more examples at 29 C.F.R. § 1630.2(i)), **"major life activities" now include the operation of major bodily functions**, such as: functions of the immune system, special sense organs and skin; normal cell growth; and digestive, genitourinary, bowel, bladder, neurological, brain, respiratory, circulatory, cardiovascular, endocrine, hemic, lymphatic, musculoskeletal, and reproductive functions; or the operation of an individual organ within a body system.

- ✓ **Only one** major life activity need be substantially limited.

- ✓ Except for ordinary eyeglasses or contact lenses, the beneficial effects of **"mitigating measures"** (e.g., hearing aid, prosthesis, medication, therapy, behavioral modifications)

**are not considered** in determining if the impairment substantially limits a major life activity.

✓ An impairment that is **"episodic"** (e.g., epilepsy, depression, multiple sclerosis) or **"in remission"** (e.g., cancer) is a disability if it **would be substantially limiting when active**.

✓ An impairment **may be substantially limiting even though** it lasts or is expected to last **fewer than six months**.

## "Regarded as" coverage

An individual can meet the definition of disability if an **employment action was taken because of an actual or perceived impairment** (e.g., refusal to hire, demotion, placement on involuntary leave, termination, exclusion for failure to meet a qualification standard, harassment, or denial of any other term, condition, or privilege of employment).

✓ "Regarded as" coverage under the ADAAA no longer requires that an impairment be substantially limiting, or that the employer perceives the impairment to be substantially limiting.

✓ The employer has a defense against a "regarded as" claim only when the impairment at issue is objectively **both** transitory (lasting or expected to last six months or less) **and** minor.

✓ A person is not able to bring a failure to accommodate claim **if** the individual is covered only under the "regarded as" definition of "disability".

*Note: Although the amended ADA states that the definition of disability "shall be construed broadly" and "should not demand extensive analysis," some courts require specificity in the complaint explaining how an impairment substantially limits a major life activity or what facts indicate the challenged employment action was because of the impairment. Beyond the initial pleading stage, some courts will require specific evidence to establish disability.* For more information, consult the amended regulations and appendix, as well as explanatory publications, available at http://www.eeoc.gov/laws/types/disability_regulations.cfm.



Kau J. Guannu-Emmette, Legal EEO Associate Counsel
Wells Fargo Legal Department
90 S. 7th Street, Floor 17
Minneapolis, MN 55402
MAC N9305-179
Tel: (612) 667-0010
kau.guannu@wellsfargo.com

December 2, 2024

*Via EEOC Respondent Portal*

Erika Lacour, Federal Investigator
U.S. Equal Employment Opportunity Commission
Atlanta District Office
100 Alabama St, SW, Suite 4R30
Atlanta, GA 30303

> **RE:** **Respondent's Position Statement**
> ***Doretta Barner v. Wells Fargo Bank, N.A.***
> **EEOC Case No. 410-2024-13478**

Dear Federal Investigator Lacour,

    I am writing on behalf of Wells Fargo Bank, N.A. ("Wells Fargo" or the "Company") in response to the above-referenced Charge of Discrimination ("Charge") filed by former employee Doretta Barner ("Ms. Barner"). The Company recognizes that Ms. Barner may request a copy of the non-confidential portions of this Position Statement. Aside from this narrow disclosure, any and all information submitted in connection with this matter is provided with the understanding that it will be kept confidential and used exclusively in the Equal Employment Opportunity Commission's ("EEOC") investigation of this Charge. The information contained below is based on Wells Fargo's understanding of the facts to date, and Wells Fargo respectfully reserves the right to amend or supplement this Position Statement in the future, including the right to assert additional defenses.

## I.  INTRODUCTION

    Ms. Barner filed this Charge alleging disability discrimination and retaliation. Her allegations are completely unsupported. Ms. Barner was terminated because she violated the Company's Professionalism and Workplace Conduct policies after being delivered coaching and corrective action. Accordingly, Wells Fargo respectfully requests that the EEOC dismiss this Charge in its entirety.

## II.    WELLS FARGO VALUES DIVERSITY AND PROHIBITS DISCRIMINATION AND RETALIATION

Wells Fargo does not discriminate on the basis of race, color, gender, national origin, religion, age, sexual orientation, gender identity, gender expression, genetic information, physical or mental disability, pregnancy, marital status, status as a protected veteran, or any other status protected by federal, state, or local law. (**Exhibit A:** Affirmative Action, EEO, and Diversity and Inclusion Policy.)

Wells Fargo also prohibits harassment. Harassment will not be tolerated in the workplace or at work-related events. Wells Fargo looks to all employees to assist in preventing harassment in the workplace. Each employee is charged with the responsibility to report harassing behavior, whether it is directed at that employee or someone else. Managers and employees who learn of harassing behavior are instructed to immediately report the activity to the appropriate Employee Relations ("ER") professional. Once harassment is reported, a Wells Fargo ER Representative will conduct a thorough, effective, and objective investigation of the harassment allegations. (**Exhibit B:** Anti-Harassment and Reporting Harassment Policies.)

Furthermore, Wells Fargo is committed to providing an environment and processes to encourage employees to recognize and report, without fear of retaliation, any suspected unethical or illegal conduct, including fraud; securities law or regulatory violations; possible violation of any Wells Fargo policies; or other inappropriate workplace behavior. There is zero tolerance for retaliation against an employee who engages in protected activity. (**Exhibit C:** Speak Up and Nonretaliation Policy.) Finally, the Company offers a wide variety of dispute resolution methods and prohibits retaliation against those who utilize the dispute resolution process.

The above-referenced policies are set forth in Wells Fargo's Employee Handbook ("Handbook"). At all times relevant to this Charge, Wells Fargo has maintained an online Handbook available to all employees, including Ms. Barner. Ms. Barner completed a Team Member Acknowledgment, acknowledging her receipt of and adherence to the Handbook. (**Exhibit D:** Team Member Acknowledgment.)

## III.    WELLS FARGO TREATED MS. BARNER IN A NON-DISCRIMINATORY AND NON-RETALIATORY MANNER

Ms. Barner was employed by Wells Fargo from June 23, 1997, until she was terminated on November 17, 2023. During the relevant time period, Ms. Barner was an Associate Operations Processor reporting to former Operations Associate Manager, Shenese Williams ("Ms. Williams"). In the Associate Operations Processor role, Ms. Barner was primarily responsible for moderately complex transactional and operational tasks such as processing servicing related tasks, identifying problems, improving service levels and developing metrics to measure growth and performance. (**Exhibit E:** Job Description.)

### a.    Wells Fargo holds its employees accountable for their decisions and actions.

Wells Fargo employees are required to comply with the Company's Professionalism and Workplace Conduct expectations. (**Exhibit F:** Professionalism and Workplace Conduct Knowledge Articles.) The expectations state in relevant part that Wells Fargo is committed to providing an

environment that promotes professionalism, consistency, fairness, and respect between employees, managers, supervisors, direct reports, and customers. Failure to adhere to these expectations may result in corrective action up to and including termination. Wells Fargo's approach to coaching and corrective action is not progressive; appropriate coaching and/or corrective action depends on the circumstances. (**Exhibit G:** Corrective Action Policy.)

### b. Wells Fargo appropriately performance managed and terminated Ms. Barner for repeated violations of its Professionalism and Workplace Conduct expectations.

Wells Fargo's Employee Relations ("ER") team received several complaints regarding Ms. Barner's workplace conduct during her employment with the Company. The concerns included her engaging in unprofessional behavior and making inappropriate comments to her managers and peers. For example, on July 31, 2019, Ms. Barner was issued an Informal Warning ("IW") for having outbursts and making rude and negative comments to her peers. As another example, in August, September, and October 2019 and January 2020, Ms. Barner was observed having rude outbursts in front of her team and work directors. She was issued a Formal Warning ("FW") for her conduct. (**Exhibit H:** Barner Corrective Actions.)

Despite these corrective actions, Ms. Barner's unprofessional behavior continued. For instance, on December 12, 2022, she had a loud outburst in front of her peers. Following the outburst, Ms. Barner approached Senior Operations Processors, Claudette Burns ("Ms. Burns") and Eleanor Nolden ("Ms. Nolden") to state that all her bills are paid and she does not care about being written up, and that they can take this job and shove it. Ms. Barner's behavior was distracting and resulted in her receiving another IW for Conduct. (**Exhibit H:** Barner Corrective Actions.)

Moreover, on April 23, 2023, Ms. Barner behaved rudely towards Ms. Williams after Ms. Williams asked her to stop talking to a colleague and return to her workstation. This disruptive and disrespectful incident resulted in Ms. Barner receiving a FW for Conduct. (**Exhibit H:** Barner Corrective Actions.)

Finally, on September 8, 2023, Ms. Barner behaved rudely to Ms. Burns after Ms. Burns made Ms. Barner aware of a HIPPA error she made. Specifically, Ms. Barner proceeded to get loud with Ms. Burns and questioned why she was looking for errors. Additionally, she stated to Ms. Burns that "she needs to be in Athens with White people, intelligent people." Ms. Burns reported this incident to Operations Manager, Tiffani Williams. Ms. Barner was consequently terminated for her unprofessional interaction and inappropriate comments.

## IV.    WELLS FARGO DID NOT DISCRIMINATE OR RETALIATE AGAINST MS. BARNER

Ms. Barner alleges in her Charge that discrimination and retaliation were the underlying reasons for her termination. Ms. Barner's conclusory allegations ignore the relevant facts and history of her workplace conduct violations. Notwithstanding, Wells Fargo investigated Ms. Barner's previously raised allegations of disparate treatment and hostile work environment, including the allegations in this Charge and found no evidence of policy violations. Ms. Barner's termination was based exclusively on her

3

unprofessional conduct in violation of the Company's Professionalism and Workplace Conduct expectations.

## V.    CONCLUSION

Wells Fargo did not discriminate against Ms. Barner on any basis. Nor did the Company retaliate against her for engaging in protected activity. Accordingly, the EEOC should dismiss this Charge in its entirety.

Sincerely,

*/s/ Kau J. Guannu-Emmette*

Kau J. Guannu-Emmette
Legal EEO Associate Counsel

Enclosures

4

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Mobile Local Office
63 South Royal Street, Suite 504
Mobile, AL 36602
(251) 304-7920
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 01/21/2025

**To:** Doretta Barner
9106 Wood green Way , Jonesboro, GA 30238
Charge No: 410-2024-13478

EEOC Representative and email:      ERIKA LACOUR
MLO Director
erika.lacour@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 410-2024-13478.

On behalf of the Commission,

Digitally Signed By: Erika La'Cour
01/21/2025
Erika La'Cour
Local Office Director

**cc:**
Kau Guannu
Wells Fargo
90 South 7th Street
17th FloorMinneapolis, MN 55402


Please retain this notice for your records.

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 410-2024-13478 to the

District Director, Bradley A. Anderson, at 1130 22nd Street South Suite 2000, Birmingham, AL 35205.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 410-2024-13478 to the District Director, Bradley A. Anderson, at 1130 22nd Street South Suite 2000, Birmingham, AL 35205.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.

### NOTICE OF RIGHTS UNDER THE ADA AMENDMENTS ACT OF 2008 (ADAAA)

The ADA was amended, effective January 1, 2009, to broaden the definitions of disability to make it easier for individuals to be covered under the ADA/ADAAA. A disability is still defined as (1) a physical or mental impairment that substantially limits one or more major life activities (actual disability); (2) a record of a substantially limiting impairment; or (3) being regarded as having a disability. *However, these terms are redefined, and it is easier to be covered under the new law.*

If you plan to retain an attorney to assist you with your ADA claim, we recommend that you share this information with your attorney and suggest that he or she consult the amended regulations and appendix, and other ADA related publications, available at: http://www.eeoc.gov/laws/types/disability_regulations.cfm.

### "Actual" disability or a "record of" a disability

If you are pursuing a failure to accommodate claim you must meet the standards for either "actual" or "record of" a disability:

- ✓ **The limitations from the impairment no longer must be severe or significant** for the impairment to be considered substantially limiting.

- ✓ In addition to activities such as performing manual tasks, walking, seeing, hearing, speaking, breathing, learning, thinking, concentrating, reading, bending, and communicating (more examples at 29 C.F.R. § 1630.2(i)), **"major life activities" now include the operation of major bodily functions**, such as: functions of the immune system, special sense organs and skin; normal cell growth; and digestive, genitourinary, bowel, bladder, neurological, brain, respiratory, circulatory, cardiovascular, endocrine, hemic, lymphatic, musculoskeletal, and reproductive functions; or the operation of an individual organ within a body system.

- ✓ **Only one** major life activity need be substantially limited.

- ✓ Except for ordinary eyeglasses or contact lenses, the beneficial effects of **"mitigating measures"** (e.g., hearing aid, prosthesis, medication, therapy, behavioral modifications)

Enclosure with EEOC Notice of Closure and Rights (01/22)

**are not considered** in determining if the impairment substantially limits a major life activity.

✓ An impairment that is **"episodic"** (e.g., epilepsy, depression, multiple sclerosis) or "**in remission**" (e.g., cancer) is a disability if it **would be substantially limiting when active**.

✓ An impairment **may be substantially limiting even though** it lasts or is expected to last **fewer than six months**.

## "Regarded as" coverage

An individual can meet the definition of disability if an **employment action was taken because of an actual or perceived impairment** (e.g., refusal to hire, demotion, placement on involuntary leave, termination, exclusion for failure to meet a qualification standard, harassment, or denial of any other term, condition, or privilege of employment).

✓ "Regarded as" coverage under the ADAAA no longer requires that an impairment be substantially limiting, or that the employer perceives the impairment to be substantially limiting.

✓ The employer has a defense against a "regarded as" claim only when the impairment at issue is objectively **both** transitory (lasting or expected to last six months or less) **and** minor.

✓ A person is not able to bring a failure to accommodate claim **if** the individual is covered only under the "regarded as" definition of "disability".

*Note: Although the amended ADA states that the definition of disability "shall be construed broadly" and "should not demand extensive analysis," some courts require specificity in the complaint explaining how an impairment substantially limits a major life activity or what facts indicate the challenged employment action was because of the impairment. Beyond the initial pleading stage, some courts will require specific evidence to establish disability.* For more information, consult the amended regulations and appendix, as well as explanatory publications, available at http://www.eeoc.gov/laws/types/disability_regulations.cfm.

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974.
See attached Privacy Act Statement and other information before completing this form.

| CHARGE PRESENTED TO: | AGENCY CHARGE NO. |
|---|---|
| EEOC | 410-2024-13478 |

Name (indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.): Doretta Barner
Home Phone:      (770) 603-1232
Year of Birth:      1964
Street Address:    9106 Wood green Way
Jonesboro, GA 30238

Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency that I believe discriminated against me or others.

Name: WELLS FARGO
No. Employees, Members: 501+ Employees
Phone No.: (404) 865-2610
Street Address:   3579 ATLANTA AVE

HAPEVILLE, GA 30354

Name:
No. Employees, Members:
Phone No.:
Street Address:

DISCRIMINATION BASED ON:
Disability, Retaliation

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 06/23/1997
Latest: 11/17/2023

THE PARTICULARS ARE:

I.  I began my employment with the above-named employer on June 23, 1997, as a Lockbox Clerk.  I am a person with a disability.  My employer is aware of my disability.  During my employment, I was subjected to disparate treatment, and a hostile work environment.  On September 8, 2023, Claudette Burns, Workflow Specialist, told me that I made a work quality error.  Tiffany, Second Shift Manager, told me I needed to be retrained, and she had me to write a letter about my quality error. Because of the stress of this event, I suffered a medical incident at work.  On September 11, 2023, I went to my physician for treatment from my workplace medical incident.  On September 15, 2023, I filed short-term disability.  On November 15, 2023, I was discharged.

II.  I was told that I was discharged for professionalism and workplace conduct policy.  No reason was given for the disparate treatment.

III.  I believe that I have been discriminated against because of my disability and subjected to retaliation for engaging in protected activity, in violation of Title I of the Americans with Disabilities Act of 1990, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

_____   9-23-2022

Charging Party Signature & Date

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief.

_____

Signature of Complainant

Subscribed and sworn to before me this date:   9-23-24

ZAKIA SANTOS
NOTARY
EXPIRES
GEORGIA
August 16,2027
PUBLIC
CLAYTON COUNTY

EEOC ATDO
Received 09/23/2024

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Atlanta District Office**
100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
1-800-669-4000
Website: www.eeoc.gov

Doretta Barner

Re: Doretta Barner v. WELLS FARGO
    EEOC Charge Number: 410-2024-13478

## NOTICE OF TRANSFER OF Charge of Discrimination

This is to notify you that the above-referenced Charge of Discrimination has been transferred to the Mobile Local Office for Workload Redistribution. Please make all future contact regarding this charge to:

    Mobile Local Office
    63 South Royal Street Suite 504
    Mobile, AL  36602
    Phone: (251) 304-7920
Email: mobile.intake@eeoc.gov

On Behalf of the Commission:

Digitally Signed By:Darrell E. Graham
11/27/2024

Darrell E. Graham
District Director